| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) _____  Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   286 Rider Ave Acquisition LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   83-3254455

4. **Debtor's address**

   **Principal place of business**  
   123 5th Avenue  
   4th Floor  
   Attn: 286 Rider Ave Lender LLC  
   New York, NY 10003  
   Number, Street, City, State & ZIP Code

   New York  
   County

   **Mailing address, if different from principal place of business**  
   _____  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   286 Rider Avenue Bronx, NY 10451  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor    **286 Rider Ave Acquisition LLC**    Case number (*if known*)
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2361__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **286 Rider Ave Acquisition LLC**     Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ■ $1,000,001 - $10 million
- ☐ $500,000,001 - $1 billion

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor   **286 Rider Ave Acquisition LLC**                                                                        Case number (*if known*)
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **286 Rider Ave Acquisition LLC**                                          Case number (*if known*)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 15, 2021**
              MM / DD / YYYY

**X**   **/s/ Lee E. Buchwald**                               **Lee E. Buchwald**
        Signature of authorized representative of debtor      Printed name

        Title   **Manager**

**18. Signature of attorney**

**X**   **/s/ FRED B. RINGEL**                                Date   **July 15, 2021**
        Signature of attorney for debtor                             MM / DD / YYYY

        **FRED B. RINGEL**
        Printed name

        **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
        Firm name

        **875 THIRD AVENUE**
        **New York, NY 10022**
        Number, Street, City, State & ZIP Code

        Contact phone   **(212) 603-6300**    Email address

        Bar number and State

# RESOLUTION TO FILE CHAPTER 11 REORGANIZATION

# BY THE MANAGER OF

# 286 RIDER AVE ACQUISITION LLC

The undersigned manager ("**Manager**") of 286 RIDER AVE ACQUISITION LLC, a New York limited liability company ("**Company**"), acting pursuant to New York Limited Liability Company Law and the Operating Agreement of the Company hereby adopts the following resolutions:

**WHEREAS**, the Company is unable to satisfy its current financial obligations to its creditors and Manager having received, considered, and had discussions with counsel and other professionals; and

**WHEREAS**, it appearing in the business judgment of the Manager that it is in the best interest of the Company and its creditors to file a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code ("**Bankruptcy Code**"); it is hereby

**RESOLVED**, that the Company initiate a case ("**Case**") under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court Southern District of New York; and it is further

**RESOLVED**, that, subject to Bankruptcy Court approval, the Company is hereby authorized to obtain debtor-in-possession financing from Be-Aviv 286 Rider LLC or such other lender offering better terms for debtor-in-possession financing; and it is further

**RESOLVED**, that, the actions of the Manager shall always be in accordance with the Operating Agreement of the Company and any amendments thereto; and it is further

**RESOLVED**, that the Company shall employ and retain the following professionals to assist it in the bankruptcy process: Robinson Brog Leinwand Greene Genovese & Gluck, P.C., as bankruptcy counsel for the Company; and Rosewood Realty Group, as real estate sale broker.

**IN WITNESS WHEREOF**, the undersigned Manager has executed this consent as of July 15, 2021.

**286 RIDER AVE ACQUISITION LLC**

/s/ Lee E. Buchwald
Lee E. Buchwald
Manager

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                                    Chapter 11

**286 RIDER AVE ACQUISITION LLC,**                       Case No: []

                                      Debtor.
---------------------------------------------------------X

## DECLARATION PURSUANT TO LOCAL RULE 1007-2

    **Lee E. Buchwald**, hereby declares under penalty of perjury that the following statements are true and correct:

    1.    I am the manager of 286 Rider Ave Acquisition LLC ("Debtor") and am fully familiar with the facts set forth herein.

    2.    I submit this declaration in accordance with Local Bankruptcy Rule 1007-2 in support of the Debtors' filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

    3.    The Debtor is the owner of the real property located at 286 Rider Avenue, Bronx, New York ("Property"). On September 19, 2019, Debtor, as borrower entered into a mortgage loan ("Loan") in the original principal amount of $8,000,000.00 with Be-Aviv 286 Rider LLC ("Lender") in its capacity as lender. Contemporaneously, the Debtor granted Lender a mortgage and security interest in Borrower's interest in the Property and pledged its one hundred percent (100%) of the membership interests in Borrower to Lender ("Pledge").

4.     By letter dated March 2, 2021, Lender advised the Debtor that the Loan had matured on March 1, 2021, demanded immediate payment of all amounts due under the Loan, and reserved all its rights.

5.     By letter dated April 27, 2021, Lender advised the Debtor that the Debtor's continued failure to pay the amounts due under the Loan constituted an event of default under the Loan documents, allowing Lender to exercise its rights under the Pledge. Accordingly, Lender assigned, transferred, and registered, as applicable, all membership and equity interest of the Debtor to and in the name of Lender as if Lender were the absolute owner

6.     By letter dated July 15, 2021, Lender confirmed its notification to the Debtor's former equity security holders that it had exercised its rights under the Pledge and made a second demand for all of the books and records of the Debtor.

7.     On June 14, 2021, Lender appointed 286 Rider Ave Lender LLC as managing member of the Debtor. On July 1, 2021 286 Rider Ave Lender LLC engaged Lee E. Buchwald as a manager of the Debtor and authorized him to file this chapter 11 case as soon as practical.

8.     No pre-petition committee was organized prior to the Order for relief.

9.     No property of the Debtor is in the possession and control of a receiver.

10.    Because of the membership change brought on by the Debtor's default under the Loan and the Lender's exercise of its rights under the Pledge and transfer of the membership interests to 286 Rider Ave Lender LLC, the Debtor is currently not in possession of its books and records and cannot file, among other things, its

list of 20 largest unsecured creditors, schedules, and statement of financial affairs. In order to prepare its schedules and statement of financial affairs, the Debtor intends to immediately file an application under Bankruptcy Rule 2004 to subpoena the Debtor's books and records from the prior interest holders and to depose the prior members to obtain the information needed to file a complete set of schedules and statement of financial affairs.  The Debtor has also filed a motion to extend its deadline to files its schedules and statement of financial affairs so that upon receipt of its books and records and other financial information, the Debtor will have sufficient time to review all information and complete its schedules and statement of financial affairs.

11.   At the present time, there is no ongoing development of the Property and, therefore, no budget is included with this declaration.

Dated: July 15, 2021

                          286 RIDER AVE ACQUISITION LLC

                          By: /s/ Lee E. Buchwald
                          LEE E. BUCHWALD
                          MANAGER