**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
Fred B. Ringel
Clement Yee
*Proposed Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                                               Chapter 11

**286 RIDER AVE ACQUISITION LLC,**                       Case No: 21-11298-lgb

                                         Debtor.
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

NATHANAEL F. MEYERS, hereby certifies under penalty of perjury:

1. I am not a party to the action, am over 18 years of age and reside in Hamilton, New Jersey.

2. On the 20th day of July, 2021, I served true and correct copies of Order Granting 286 Rider Ave Acquisition LLC's Ex Parte Motion For Entry Of An Order Pursuant To Bankruptcy Rule 2004 Authorizing Discovery Examinations Of (i) Toby Moskovits And (ii) Michael Lichtenstein [Doc. No. 5] (the "Order") by First-class mail, postage pre-paid, upon:

| | |
|---|---|
| Toby Moskovits | Michael Lichtenstein |
| 286 Rider Ave Development LLC | 286 Rider Ave Development LLC |
| 679 Driggs Avenue | 679 Driggs Avenue |
| Brooklyn, New York 11211 | Brooklyn, New York 11211 |

by depositing true copies of same enclosed in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of United State Postal Service within the State of New York.

Dated: July 20, 2021

                                                                    /s/ Nathanael F. Meyers
                                                                    **Nathanael F. Meyers**

{01111531.DOC;1 }