**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022-4784
Telephone: (212) 735-8600
Joseph T. Moldovan, Esq.
David J. Kozlowski, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 286 RIDER AVE ACQUISITION LLC, | ) | Case No. 21-11298 (LGB) |
| | ) | |
| Debtor. | ) | |

───────────────────────────────────────

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Be-Aviv 286 Rider LLC ("**Be-Aviv**"), party-in-interest in the above-captioned case, hereby appears by its counsel, Morrison Cohen LLP ("**Morrison**"). Morrison hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code ("**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"), and requests that the undersigned be added to the official mailing matrix and service list in this case. Morrison requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be

given and served upon Be-Aviv through service upon Morrison, at the addresses, telephone, and facsimile numbers set forth below:

>    Joseph T. Moldovan, Esq.
>    David J. Kozlowski, Esq.
>    MORRISON COHEN LLP
>    909 Third Avenue
>    New York, NY 10022
>    Telephone: (212) 735-8600
>    Facsimile:  (212) 735-8708
>    Email: bankruptcy@morrisoncohen.com
>             dkozlowski@morrisoncohen.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Be-Aviv including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or

#10482975 v1 \029220 \0001

recoupments to which may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 20, 2021
MORRISON COHEN LLP

/s/ *Joseph T. Moldovan*
Joseph T. Moldovan, Esq.
David J. Kozlowski, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
Email: bankruptcy@morrisoncohen.com
dkozlowski@morrisoncohen.com

#10482975 v1 \029220 \0001