UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                                    Chapter 11

**286 RIDER AVE ACQUISITION LLC,**                    Case No: 21-11298-lgb

                                     Debtor.
---------------------------------------------------------X

## ORDER GRANTING EXTENSION OF TIME FOR THE DEBTOR TO FILE STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES OF ASSETS AND LIABILITIES AND OTHER DOCUMENTS

UPON consideration of the motion ("Motion")[1] of 286 Rider Ave Acquisition LLC ("Debtor"), the above-captioned Debtor and Debtor in possession, seeking entry of an order extending the time within which the Debtor must file its list of 20 largest unsecured creditors, schedules of assets and liabilities, its statements of financial affairs and lists of executory contracts and unexpired leases (collectively, "Schedules"), in accordance with Bankruptcy Rule 1007(c); and sufficient cause appearing therefor; and it appearing that no further notice of the relief requested in the Motion is required; it is hereby

**ORDERED**, that the time for the Debtor to file the Schedules is hereby extended through and including August 26, 2021, without prejudice to the Debtor's rights to seek additional extensions upon proper motion and for cause shown.

DATED:  New York, New York
              July 21, 2021

                                                                /s/ Lisa G. Beckerman
                                                              HONORABLE LISA G. BECKERMAN
                                                              UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

{01110168.DOC;2 }