AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Mark S. Lichtenstein
Joshua D. Bernstein
*Counsel for 286 Rider Ave Development LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                      Chapter 11

286 RIDER AVE ACQUISITION LLC,                      Case No: 21-11298-LGB

                      Debtor.
----------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

**TO: ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that Mark S. Lichtenstein, Esq. and Joshua D. Bernstein, Esq. of Akerman LLP, hereby appear as counsel in this case for *286 Rider Ave Development LLC ("Development"),* pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2090-1(a), and requests copies of all notices and pleadings given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the following office and address:

AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
Attn.: Mark S. Lichtenstein, Esq.
Joshua D. Bernstein, Esq.
Email: mark.lichtenstein@akerman.com
Email: joshua.bernstein@akerman.com

59248833;1

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or telecopier or otherwise, filed with regard to the above-captioned case and proceeding therein.

**PLEASE TAKE FURTHER NOTICE,** that Development reserves all rights including, without limitation, seeking to dismiss this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the undersigned be added to any official service lists for notices of all contested matters, adversary proceedings or other proceedings in this case.

Dated: New York, New York
July 30, 2021

**AKERMAN LLP**

By: /s/ Mark Lichtenstein
Mark S. Lichtenstein
Joshua D. Bernstein
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Tel. (212) 880-3800
E-mail: mark.lichtenstein@akerman.com
E-mail: joshua.bernstein@akerman.com

*Counsel for 286 Rider Ave Development LLC*

59248833;1