**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

286 RIDER AVE ACQUISITION LLC,

                Debtor.

Chapter 11

Case No. 21-11298-LGB

**RELATED DOC. NO. 13**

**AFFIDAVIT OF SERVICE**

I, Reyko E. Delpino, being duly sworn, depose and say:

1. I am not a party to the action and am over 18 years of age.

2. A true copy of the *OBJECTION OF 286 RIDER AVE DEVELOPMENT LLC TO ORDER GRANTING 286 RIDER AVE ACQUISITION LLC'S EX-PARTE MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING DISCOVERY EXAMINATIONS OF (I) TOBY MOSKOVITS AND (II) MICHAEL LICHTENSTEIN* **[ECF NO. 13]** was served on August 3, 2021 via Electronic Service and Electronic Mail upon: (i) Fred B. Ringel on behalf of Debtor 286 Rider Ave Acquisition LLC [fbr@robinsonbrog.com]; (ii) Joseph Thomas Moldovan on behalf of Interested Party Be-Aviv 286 Rider LLC [bankruptcy@morrisoncohen.com]; and (iii) United States Trustee [USTPRegion02.NYECF@USDOJ.GOV] and (iv) via Electronic Mail upon Greg Zipes on behalf of the United States Trustee [greg.zipes@usdoj.gov].

                                                               */s/ Reyko E. Delpino*
                                                               Reyko E. Delpino

Sworn to before me this
3rd day of August 2021.

*/s/ Pamela R. Martinez*
Pamela R. Martinez
Notary Public-State of New York
No. 01MA6314397
Qualified in Queens County
My Commission Expires 11-03-2022

59302751;1