UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| 286 RIDER AVE ACQUISITION LLC, | Case No: 21-11298-LGB |
| Debtor. | **RELATED DOC. NO. 17** |

-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK  )

    I, Reyko E. Delpino, being duly sworn, depose and says:

1.    I am not a party to the action, and am over 18 years of age.

2.    A true copy of the *NOTICE OF TELEPHONIC HEARING* with *MOTION OF 286 RIDER AVE DEVELOPMENT LLC TO (I) DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. §§ 303, 305, AND 1112 AND (II) FOR TURNOVER OF CERTAIN MEMBERSHIP INTERESTS UNDER 11 U.S.C. § 543* with Exhibits thereto *[Doc. No. 17]* was served on August 5, 2021 via (i) Electronic Notice and E-Mail on August 5, 2021 upon the parties listed on the attached service list as denoted with a "*"; (ii) E-mail upon the parties listed on the attached service list as denoted with a "**"; and (iii) on August 6, 2021 via U.S. Mail postage pre-paid upon the parties listed on the attached service list as denoted with a "***".

                                                              /s/ *Reyko E. Delpino*
                                                               Reyko E. Delpino

Sworn to before me this
6th day of August 2021.

/s/ *Pamela R. Martinez*
Pamela R. Martinez
Notary Public-State of New York
No. 01MA6314397
Qualified in Queens County
My Commission Expires 11-03-2022

59392185;1

## SERVICE LIST

**VIA ELECTRONIC NOTICE AND E-MAIL (*)**
Joseph Thomas Moldovan on behalf of Interested Party Be-Aviv 286 Rider LLC
bankruptcy@morrisoncohen.com

Fred B. Ringel on behalf of Debtor 286 Rider Ave Acquisition LLC
fbr@robinsonbrog.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

**VIA E-MAIL (**)**
Greg Zipes on behalf of United States Trustee
greg.zipes@usdoj.gov

**VIA U.S. MAIL (***)**

NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYC Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Fischer Makooi Architects as creditor
242 West 30th Street, Ste. 1102
New York, NY 1001

Titan Engineers PC as creditor
1331 Stuyvesant Ave.
Union, NJ 07083

Robert Newblatt as creditor
286 Rider Ave Realty LLC
286 Rider Avenue
Bronx, NY 10451

United States Attorney's Office
Southern District of New York
Attention: Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007

U.S. Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

59392185;1