# EXHIBIT A

RESOLUTION TO FILE CHAPTER 11 REORGANIZATION

BY THE MANAGER OF

286 RIDER AVE ACQUISITION LLC

The undersigned manager ("**Manager**") of 286 RIDER AVE ACQUISITION LLC, a New York limited liability company ("**Company**"), acting pursuant to New York Limited Liability Company Law and the Operating Agreement of the Company hereby adopts the following resolutions:

**WHEREAS**, the Company is unable to satisfy its current financial obligations to its creditors and Manager having received, considered, and had discussions with counsel and other professionals; and

**WHEREAS**, it appearing in the business judgment of the Manager that it is in the best interest of the Company and its creditors to file a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code ("**Bankruptcy Code**"); it is hereby

**RESOLVED**, that the Company initiate a case ("**Case**") under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court Southern District of New York; and it is further

**RESOLVED**, that, subject to Bankruptcy Court approval, the Company is hereby authorized to obtain debtor-in-possession financing from Be-Aviv 286 Rider LLC or such other lender offering better terms for debtor-in-possession financing; and it is further

**RESOLVED**, that, the actions of the Manager shall always be in accordance with the Operating Agreement of the Company and any amendments thereto; and it is further

**RESOLVED**, that the Company shall employ and retain the following professionals to assist it in the bankruptcy process: Robinson Brog Leinwand Greene Genovese & Gluck, P.C., as bankruptcy counsel for the Company; and Rosewood Realty Group, as real estate sale broker.

**IN WITNESS WHEREOF**, the undersigned Manager has executed this consent as of July 15, 2021.

**286 RIDER AVE ACQUISITION LLC**

/s/ Lee E. Buchwald
Lee E. Buchwald
Manager