# EXHIBIT F

# DOCUMENT RE-EXECUTION AGREEMENT

In consideration of the loan in the principal amount of **EIGHT MILLION AND 00/100 ($8,000,000.00) DOLLARS** (the "Loan") made by Be-Aviv 286 Rider LLC (the "Lender") to the undersigned Borrower as of the 19th day of September, 2019, and to induce Lender to make said loan evidenced by a Promissory Note and other ancillary documents of even date herewith, and secured by, inter alia, that certain Mortgage and Security Agreement of even date herewith, (as may be amended, restated or modified from time to time, the "Mortgage", and such other documents as have been executed and/or delivered by Borrower to Lender in connection with the Loan (as may be amended, restated or modified from time to time, the "Loan Documents"), the undersigned do hereby represent and promise as follows:

1. The undersigned parties will re-execute any document or instrument signed in connection with the Loan, or will execute any document or instrument that should have been signed at or before the closing of the Loan, or which was incorrectly drafted and/or signed.

2. In the event of any miscalculation, misapplication or error in payment or collections of monies at closing, Borrower agrees to correct the same upon request.

3. Borrower shall execute and deliver, or cause to be executed and delivered to Lender, all other instruments, certificates and agreements as Lender or Lender's counsel may reasonably require, including, but not limited to, an estoppel certificate stating that the Loan is in full force and effect and that there are no defenses or offsets thereto, or any document, certificate, instrument or agreement reasonably required by Lender or Lender's counsel to effect, confirm or assure the rights, remedies and liens intended to be granted or conveyed to Lender under the Note, the Mortgage or any other Loan Document.

4. Each request by Lender pursuant to Paragraph 1, 2 or 3 above shall receive full cooperation and compliance by the undersigned Borrower by execution or re-execution (as the case may be) and delivery at Lender's office located in New York, NY or such other location as Lender may designate within seven (7) days of Lender's making such request. Failure to so comply shall constitute an event of default under said Note, Mortgage and Loan Documents.

[Remainder of this Page Intentionally Left Blank]

The undersigned hereby executes this Document Re-Execution Agreement as of the day set forth above.

**286 RIDER AVE ACQUISITION LLC**

By: _____
Name: Toby Moskovits
Title: Authorized Signatory

**286 RIDER AVE DEVELOPMENT LLC**

By: _____
Name: Toby Moskovits
Title: Authorized Signatory

_____
Toby Moskovits

_____
Yechial Michael Lichtenstein


STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

On the 15 day of September in the year 2019 before me, the undersigned, personally appeared Toby Moskovits, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

_____
Notary Public

[Notary Seal: CHAVA ROSENWASSER, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Kings County, 01RO6390342, MY COMMISSION EXPIRES 04/15/2023]

009960-012/00205244-1                 Errors and Omissions Statement 2

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

On the 15 day of September in the year 2019 before me, the undersigned, personally appeared Yechial Michael Lichtenstein, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

_____
Notary Public

[Notary Seal: CHAVA ROSENWASSER, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Kings County, 01RO6390342, MY COMMISSION EXPIRES 04/15/2023]