# EXHIBIT G

## CERTIFICATE FOR LIMITED LIABILITY COMPANY INTERESTS IN
## 286 RIDER AVE ACQUISITION LLC

THIS CERTIFICATE HAS NOT BEEN AND WILL NOT BE REGISTERED UNDER THE SECURITIES ACT OF 1933 OR UNDER THE SECURITIES OR BLUE SKY LAWS OF ANY STATE. THE HOLDER OF THIS CERTIFICATE, BY ITS ACCEPTANCE HEREOF, REPRESENTS THAT IT IS ACQUIRING THIS SECURITY FOR INVESTMENT AND NOT WITH A VIEW TO ANY SALE OR DISTRIBUTION HEREOF. ANY TRANSFER OF THIS CERTIFICATE OR ANY LIMITED LIABILITY COMPANY INTEREST REPRESENTED HEREBY IS SUBJECT TO THE TERMS AND CONDITIONS OF THE LIMITED LIABILITY COMPANY AGREEMENT (AS DEFINED BELOW).

Certificate Number 001                                                                                     100% Percentage Interest

      286 Rider Ave Acquisition LLC, a New York limited liability company (the "Company"), hereby certifies that 286 Rider Ave Development LLC, a New York limited liability company (together with any assignee of this Certificate, the "Holder") is the registered owner of one hundred percent (100%) of the limited liability company interests in the Company. The rights, powers, preferences, restrictions and limitations of the limited liability company interests in the Company are set forth in, and this Certificate and the limited liability company interests in the Company represented hereby are issued and shall in all respects be subject to the terms and provisions of, the Limited Liability Company Agreement of the Company dated as of August 15, 2019, as the same may be amended or restated from time to time (the "Limited Liability Company Agreement"). By acceptance of this Certificate, and as a condition to being entitled to any rights and/or benefits with respect to the limited liability company interests evidenced hereby, the Holder is deemed to have agreed to comply with and be bound by all the terms and conditions of the Limited Liability Company Agreement. The Company will furnish a copy of the Limited Liability Company Agreement to the Holder without charge upon written request to the Company at its principal place of business. Transfer of any or all of the limited liability company interests in the Company evidenced by this Certificate is subject to certain restrictions in the Limited Liability Company Agreement and can be effected only after compliance with all of those restrictions and the presentation to the Company of the Certificate, accompanied by an assignment in the form appearing on the second page of this Certificate, duly completed and executed by and on behalf of the transferor in such Transfer.

      Each limited liability company interest in the Company shall constitute a "security" within the meaning of (i) Article 8 of the Uniform Commercial Code (including Section 8-102(a)(15) thereof) as in effect from time to time in the State of New York and (ii) the Uniform Commercial Code of any other applicable jurisdiction that now or hereafter substantially includes the 1994 revisions to Article 8 thereof as adopted by the American Law Institute and the National Conference of Commissioners on Uniform State Laws and approved by the American Bar Association on February 14, 1995 (and each limited liability company interest in the Company shall be treated as such a "security" for all purposes, including, without limitation perfection of the security interest therein under Article 8 of each applicable Uniform Commercial Code).

      This Certificate and the limited liability company interests evidenced hereby shall be governed by and construed in accordance with the laws of the State of Delaware without regard to principles of conflicts of laws.

      IN WITNESS WHEREOF, the Company has caused this Certificate to be executed as of the date set forth below.

Dated: September 17, 2019

286 RIDER AVE ACQUISITION LLC

By: _____
Name: Toby Moskovits
Title: Authorized Signatory

009960-012/00205597-1
722171534

**(SECOND PAGE OF CERTIFICATE)**

**ASSIGNMENT OF INTEREST**

FOR VALUE RECEIVED, the undersigned hereby sells, assigns and transfers unto _Be-Aviv 286 Rider LLC_ ("Transferee"), the following specified percentage of limited liability company membership interests in 286 Rider Ave Acquisition LLC: 100% evidenced by that certain Membership, Certificate Number 001 to which this Assignment is attached; and the undersigned irrevocably constitutes and appoints Transferee and its authorized officers, as attorney-in-fact, to transfer the same on the books and records of the Company, with full power of substitution in the premises.

Dated: _April 27, 2021_    Signature:    286 RIDER AVE DEVELOPMENT LLC
By: _[signature]_
Toby Moskovits, Authorized Signatory

009960-012/00205597-1
722171534