# EXHIBIT I

**286 RIDER AVE ACQUISITION LLC**
**679 DRIGGS AVENUE**
**BROOKLYN, NEW YORK 11211**

January 3, 2021

**VIA EMAIL**
ben@be-aviv.com

BE-AVIV 286 RIDER LLC,
123 5th Avenue, 4th Floor,
New York, New York 10003
Attention: Ben Harlev

    Re:  **Extension Notice**

Ben,

This letter references those certain Mortgage Note (the "Note"), dated September 19, 2019 by **286 RIDER AVE ACQUISITION LLC**, respectively (the "Company") for the benefit of **BE-AVIV 286 RIDER LLC** (the "Lender").  All capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the respective Note.  This letter shall serve as the Extension Notice pursuant to the **FIRST AMENDMENT TO PROMISSORY NOTE** dated September 18, 2020, (the "Amendment").

    The Company is hereby exercising its right, pursuant to the Amendment, to extend the Maturity Date from February 1, 2021 to March 1, 2021, the **First Extended Maturity Date**.

    By signing in the space indicated below, the Lender grants the Company an extension of the Maturity Date to the Extended Maturity Date.  Upon receipt of the Lender's execution copy of this Extension Notice, the Lender affirms the Extension has been granted to the Company.

Sincerely,

**286 RIDER AVE ACQUISITION LLC**

By: _/s/ Toby Moskovits_
Toby Moskovits
Authorized Signatory

**AGREED AND CONSENTED TO:**
of **BE-AVIV 286 RIDER LLC**

By: _____
Ben Harlev
Authorized Signatory

1795167.1