# EXHIBIT O

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
                                                                    525228
286 Rider Associates, LLC,                                Index No.        /2020

                        Plaintiff,
        -against-                                         JUDGMENT BY CONFESSION

286 Rider Ave Acquisition LLC,
                        Defendant.
-------------------------------------------------------------------X

**Amounts Confessed:**

Principal Amount Confessed------------------------------------------------------$1,000,000.00

Interest (9% per annum based on a 360 day year, thus $250/day) from loan date September 19, 2019 to March 19, 2020 ($45,000) and thereafter to September 19, 2020 ($45,000.00, each per the Note)...............................................................$90,000.00

Late charges (5% of principal $1,000,000 and overdue interest $90,000) $54,500.00

Interest (9% per annum, or $250/day for the period September 20 to November 20, 2020:
                                                                            $15,500.00

Attorneys' fees per Confession-----------------------------------------------$5,000.00

Costs------------------------------------------------------------------------- $225.00

Interest at 18% per annum on $1,000,000.00 from acceleration date November 21, 2020 until the date of judgment ($500.00 per day based on 360 day year per the Note)
.......................................................................$ $13,500.00

                                TOTAL                    $ $1,178,725.00

ATTORNEY'S AFFIRMATION

STATE OF NEW YORK, COUNTY OF WESTCHESTER

    The undersigned, attorney at law of the State of New York and a member of the law firm of Dahan & Nowick LLP, attorneys for the plaintiff herein, states that the costs and disbursements above specified are correct and true and have been, or will necessarily be made or incurred herein and are reasonable in amount. The undersigned affirms this statement to be true under the penalties of perjury pursuant to CPLR 2106.
Dated:  December 16, 2020
        White Plains, New York
                                                            *signature*
                                                        David R. Taxin, Esq.

G:\DRT\Newblatt\Judgment against 286 Acq121620.doc

FILED: KINGS COUNTY CLERK 12/17/2020 00:05 PM
NYSCEF DOC. NO. 92
21-11298-lgb   Doc 24-15   Filed 08/19/21   Entered 08/19/21 15:22:12   Exhibit O
Pg 3 of 4
INDEX NO. 525228/2020
RECEIVED NYSCEF: 12/17/2020

JUDGMENT entered this 17th day of December, 2020.

Plaintiff, 286 Rider Associates, LLC having applied to this Court for judgment against defendant 286 Rider Ave Acquisition LLC, which application was supported by the Affidavit of Confession of Judgment on behalf of 286 Rider Ave Acquisition LLC by its principals Toby Moskovits and Michael Lichtenstein, duly sworn to on September 19, 2019, together with exhibits, and the Affidavit of Robert Newblatt, duly sworn to on November 25, 2020, together with exhibits,

NOW THEREFORE, on application of Dahan & Nowick LLP, attorneys for the plaintiff, it is

ADJUDGED that plaintiff 286 Rider Associates, LLC, residing at 213 Via Emilia, Palm Beach Gardens, Florida 33418, Attn: Robert Newblatt have judgment against and recover of the defendant 286 Rider Ave Acquisition LLC, residing at 679 Driggs Avenue, Brooklyn, New York 11211, (i) the sum of $1,165,000.00, plus (ii) costs and disbursements in the sum of $275.00, plus (iii) the sum of $500.00 per day (representing 18% interest on the principal indebtedness of $1,000,000.00) for the period November 21, 2020 until the date of judgment, thus the sum of $ $13,500.00 making a total judgment sum of $ $1,178,725.00 and that the plaintiff have execution thereon.

_____
Clerk

**FILED**

2020 DEC 17 AM 11:21

**KINGS COUNTY CLERK**

**FEE** _____

FILED: KINGS COUNTY CLERK 12/17/2020 10:45 AM
NYSCEF DOC. NO. 82
21-11298-lgb    Doc 24-15    Filed 08/19/21    Entered 08/19/21 15:22:12    Exhibit O
Pg 4 of 4
INDEX NO. 525228/2020
RECEIVED NYSCEF: 12/17/2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

Index No.: 525228 /2020

286 Rider Associates, LLC

Plaintiff,

Against

286 Rider Ave Acquisition LLC

Defendant.

BILL OF COSTS OF PLAINTIFF

| | |
|---|---|
| Cost by Statute | $15.00 |
| Service of Summons and Complaint | |
| Affidavits | |
| Transcripts and Docketing | |
| Clerk's Fees – Motion fee | |
| Postage | |
| Sheriff's Fees on Execution | $ [redacted] |
| Satisfaction Piece | |
| Taxing Costs | |
| Fee for Index Number | 210.00 |
| **Total** | **$225.00** |

Costs Taxed at $ $225.00

_Nancy T. Sunshine_ Clerk

$ [redacted]

ATTORNEY'S AFFIRMATION

STATE OF NEW YORK, COUNTY OF WESTCHESTER

The undersigned, attorney at law of the State of New York and a member of the law firm of Dahan & Nowick LLP, attorneys for the plaintiff herein, states that the costs and disbursements above specified are correct and true and have been, or will necessarily be made or incurred herein and are reasonable in amount: The undersigned affirms this statement to be true under the penalties of perjury pursuant to CPLR 2106.

Dated: December 16, 2020
White Plains, New York

David R. Taxin, Esq.

**FILED**

2020 DEC 17 AM 10:41

**KINGS COUNTY CLERK**

G:\DRT\Newblatt\Bill of Costs 286.doc    **FEE** _____