UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**286 RIDER AVE ACQUISITION LLC,**<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11298 (LGB) |

### AFFIDAVIT OF SERVICE

I, Tukisha Knox, depose and says that I am employed by Morrison Cohen LLC, counsel to Be-Aviv 286 Rider LLC in the above-captioned case.

On August 19, 2021, I caused a true and correct copy of the following to be served via email and first-class mail on the service list attached hereto as **Exhibit A**, and via first-class mail only on the service list attached hereto as **Exhibit B**.

- Response to Motion to Dismiss, [Docket No. 23]
- Declaration of Ben Harlev, with exhibits, [Docket No. 24]
- Declaration of Latisha Thompson, with exhibits, [Docket No. 25]

Dated: New York, New York
       August 19, 2021

/s/ Tukisha Knox
Tukisha Knox
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600

State of New York    )
                               )ss.:
County of New York  )

Subscribed and sworn to (or affirmed) before me this 19th day of August, 2021, by Tukisha Knox, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_G. William Haas_
Notary Public

G. WILLIAM HAAS
Notary Public, State of New York
No. 02HA4606196
Qualified in New York County
Commission Expires February 28, 2023

## EXHIBIT A

| | |
|---|---|
| AKERMAN LLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, New York 10020<br>Attn.: Mark S. Lichtenstein, Esq.<br>Mark.lichtenstein@akerman.com | AKERMAN LLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, New York 10020<br>Attn.: Joshua D. Bernstein, Esq.<br>Joshua.bernstein@ackerman.com |
| Fred B. Ringel<br>Robinson Brog et. al.<br>875 Third Avenue<br>9th Floor<br>New York, NY 10022<br>fbr@robinsonbrog.com | William K. Harrington, United States Trustee<br>U.S. Department of Justice<br>Office of the United States Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>(Attn.: Greg Zipes, Esq.)<br>USTPRegionon02.NYECG@USDOJ.GOV<br>greg.zipes@usdoj.gov |

## EXHIBIT B

| | |
|---|---|
| NYS Dept. of Taxation and Finance<br>Bankruptcy/Special Procedures Section<br>P O Box 5300<br>Albany, NY 12205-0300 | NYC Dept. of Finance<br>Office of Legal Affairs<br>375 Pearl Street, 30th Floor<br>New York, NY 10038 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | U.S. Securities and Exchange Commission<br>New York Regional Office<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022 |
| United States Attorney's Office<br>Southern District of New York<br>Attention: Tax & Bankruptcy Unit<br>86 Chambers Street, Third Floor<br>New York, NY 10007 | Fischer Makooi Architects as creditor<br>242 West 30th Street, Ste. 1102<br>New York, NY 1001 |
| Titan Engineers PC as creditor<br>1331 Stuyvesant Ave.<br>Union, NJ 07083 | Robert Newblatt as creditor<br>286 Rider Ave Realty LLC<br>286 Rider Avenue<br>Bronx, NY 10451 |