| | |
|---|---|
| **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**<br>875 Third Avenue<br>New York, New York 10022<br>Fred B. Ringel<br>Clement Yee<br>*Attorneys for the Debtor and Debtor in Possession* | <u>Hearing Date and Time:</u><br>August 26, 2021 at 10:00 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **286 RIDER AVE ACQUISITION LLC,** | Case No: 21-11298-lgb |
| Debtor. | |

-----------------------------------------------------------X

CERTIFICATE OF NO OBJECTION WITH RESPECT TO
SECOND APPLICATION PURSUANT TO BANKRUPTCY
RULE 1007 FOR AN ORDER GRANTING AN EXTENSION OF TIME
TO FILE ITS STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES

On August 12, 2021, 286 Rider Ave Acquisition LLC ("Debtor"), by its attorneys, Robinson Brog Leinwand Greene Genovese & Gluck P.C. filed its Second Application Pursuant to Bankruptcy Rule 1007 for an Order Granting an Extension of Time to File its Statement of Financial Affairs and Schedules ("Application") along with a proposed order ("Order"). Pursuant to the notice filed and served with the Application, the objection deadline was set for August 19, 2021 ("Objection Deadline").

{01115393.DOCX;1 }

On August 12, 2021, counsel to the Debtor caused the Application to be served on the United States Trustee, counsel to 286 Rider Ave Development, and all those who have entered an appearance in this case pursuant to Bankruptcy Rule 2002

Pursuant to Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York, the undersigned certifies that, as of the date hereof, which is more than 48 hours after the Objection Deadline, counsel to the Debtor has received no objection or other responsive pleading to the Application. The undersigned further certifies that, as of the date hereof, counsel to the Debtor has reviewed the Court's docket in this case and no objection or other responsive pleading to the Application appeared on the docket.

WHEREFORE, the Debtor respectfully requests that the Order submitted with the Application be entered.

DATED:   New York, New York
         August 24, 2021

                                    **ROBINSON BROG LEINWAND GREENE
                                      GENOVESE & GLUCK P.C.**
                                    **Attorneys for Debtor**
                                    875 Third Avenue, 9th Floor
                                    New York, New York 10022
                                    Tel. No.: 212-603-6300

                                    By: /s/ Fred B. Ringel
                                    Fred B. Ringel

{01115393.DOCX;1 }2