**ROBINSON BROG LEINWAND GREENE**
**GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
Fred B. Ringel
Clement Yee
*Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                              Chapter 11

**286 RIDER AVE ACQUISITION LLC,**          Case No: 21-11298-lgb

                              Debtor.
--------------------------------------------------------X

## <u>CORRECTED CERTIFICATE OF SERVICE</u>

NATHANAEL F. MEYERS, hereby certifies under penalty of perjury:

1. I am not a party to the action, am over 18 years of age and reside in Hamilton, New Jersey.

2. On the 12th day of August, 2021, I served true and correct copies of Second Application Pursuant To Bankruptcy Rule 1007 for an Order Granting an Extension of Time To File Its Statement of Financial Affairs and Schedules [Doc. No. 19] via First-Class Mail upon the attached Service List by depositing true copies of same enclosed in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.


Dated: August 13, 2021

                                        /s/ Nathanael F. Meyers
                                        **Nathanael F. Meyers**

{01114500.DOC;1 }

**Schedules Extension Service List as of 8/12/21**

Joseph T. Moldovan, Esq.
David J. Kozlowski, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022

Toby Moskovits
286 Rider Ave Development LLC
679 Driggs Avenue
Brooklyn, New York 11211

Michael Lichtenstein
286 Rider Ave Development LLC
679 Driggs Avenue
Brooklyn, New York 11211

AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Attn.: Mark S. Lichtenstein, Esq.
Joshua D. Bernstein, Esq.

William K. Harrington, United States Trustee
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
(Attn.: Greg Zipes, Esq.)