UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **286 RIDER AVE ACQUISITION LLC,** | Case No: 21-11298-lgb |
| Debtor. | |

----------------------------------------------------------X

### SECOND ORDER GRANTING EXTENSION OF TIME FOR THE DEBTOR TO FILE STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES OF ASSETS AND LIABILITIES AND OTHER DOCUMENTS

UPON consideration of the motion ("Motion")[1] of 286 Rider Ave Acquisition LLC ("Debtor"), the above-captioned Debtor and Debtor in possession, seeking entry of an order extending the time within which the Debtor must file its list of 20 largest unsecured creditors, schedules of assets and liabilities, its statements of financial affairs and lists of executory contracts and unexpired leases (collectively, "Schedules"), in accordance with Bankruptcy Rule 1007(c); and the Court having considered the presentations of counsel as reflected on the record of the hearing held on August 26, 2021; and sufficient cause appearing therefor; and it appearing that no further notice of the relief requested in the Motion is required; it is hereby

**ORDERED**, that the time for the Debtor to file the Schedules is hereby extended through and including the later of (i) fourteen (14) days after the entities and persons subject to the Bankruptcy Rule 2004 Order comply with such order or (ii) sixty (60) days, without prejudice to the Debtor's rights to seek additional extensions upon proper motion and for cause shown.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

{01113858.DOC;1 }

**DATED:** New York, New York
<u>August 24, 2021</u>

<u>/s/ Lisa G. Beckerman</u>
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE

430862                                                   {01113858.DOC;1 }2