**HEARING DATE AND TIME: AUGUST 30, 2021 AT 10:00 A.M. (ET)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                         Chapter 11

286 RIDER AVE ACQUISITION LLC,                              Case No: 21-11298-LGB

                Debtor.                                  **RELATED DOC. NOS. 17 and 20**
-----------------------------------------------------------X

### NOTICE OF ADJOURNMENT OF TELEPHONIC HEARING PREVIOUSLY SCHEDULED FOR AUGUST 26, 2021 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that the telephonic hearing concerning the (a) *Motion of 286 Rider Ave Development LLC to (i) Dismiss Bankruptcy Case Pursuant to 11 U.S.C. §§ 303, 305, and 1112 and (ii) For Turnover of Certain Membership Interests Under 11 U.S.C. § 543* (the "Dismissal Motion") [**ECF No. 17**] ; and the (b) *Motion of 286 Rider Ave Development LLC Pursuant to Federal Rule of Bankruptcy Procedure 9023 and Federal Rule of Civil Procedure 60 for Relief from Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery Examinations of (i) Toby Moskovits and (ii) Michael Lichtenstein* (the "Rule 60 Motion") [**ECF No. 20**] which was previously scheduled to be heard on August 26, 2021 at 10:00 a.m. (ET), has been adjourned to **August 30, 2021 at 10:00 a.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that any reply by 286 Rider Ave Development LLC to the Dismissal Motion shall be filed and served no later than **August 25, 2021 at 4:00 p.m. (ET),** must be made in writing, state with particularity the grounds therefore, shall conform to the United States Bankruptcy Rules and the Local Rules of the Bankruptcy Court, include in the upper right hand corner of the caption, the ECF docket number to which the filing relates, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (with a courtesy copy sent via e-mail to the Chambers of Lisa G. Beckerman at

59636457;1

beckerman.chambers@nysb.uscourts.gov and served via e-mail upon Debtor's counsel together with proof of service thereof).

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), the Hearing will be conducted telephonically. Parties wishing to appear at, or attend, the Hearing must refer to and comply with the Bankruptcy Court's guidelines for telephonic appearances[1] and make arrangements with Court Solutions LLC by telephone at (917) 746-7476.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing **telephonically** so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court. Failure to appear may result in relief being granted as requested.

Dated: New York, New York
August 24, 2021

                                        AKERMAN LLP

                                      By:   */s/Mark S. Lichtenstein*
                                              Mark S. Lichtenstein
                                              Joshua D. Bernstein
                                              1251 Avenue of the Americas,
                                              37th Floor
                                              New York, New York 10020
                                              Tel. No. (212) 880-3800
                                              E-mail: mark.lichtenstein@akerman.com
                                              E-mail: joshua.bernstein@akerman.com

                                      *Counsel for 286 Rider Ave Development LLC*

---

[1] The Bankruptcy Court's procedure for telephonic appearances is available at:
http://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19

2

59636457;1