UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                    Chapter 11

286 RIDER AVE ACQUISITION LLC,                            Case No: 21-11298-LGB

                                    Debtor.               **RELATED DOC. NO. 36**
-----------------------------------------------------------X

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NEW YORK   )

     I, Reyko E. Delpino, being duly sworn, depose and says:

    1.    I am not a party to the action, and am over 18 years of age.

    2.    A true copy of the *OMNIBUS REPLY OF 286 RIDER AVE DEVELOPMENT LLC TO RESPONSES OF BE-AVIV 286 RIDER LLC AND 286 RIDER AVE ACQUISITIONS LLC TO MOTION TO (I) DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. §§ 105, 305 AND 1112 AND (II) FOR TURNOVER OF CERTAIN MEMBERSHIP INTERESTS UNDER 11 U.S.C. § 543* and *DECLARATION OF MICHAEL LICHTENSTEIN IN FURTHER SUPPORT OF MOTION TO DISMISS BANKRUPTCY CASE* with Exhibits Thereto [**ECF No. 36**] were served on August 25, 2021 via (i) Electronic Notice and E-Mail upon the parties listed on the attached service list as denoted with a "*"; (ii) E-mail upon the parties listed on the attached service list as denoted with a "**"; and (iii) via U.S. Mail postage pre-paid upon the parties listed on the attached service list as denoted with a "***".

                                      */s/Reyko E. Delpino*
                                       Reyko E. Delpino

Sworn to before me this
25th day of August 2021.

*/s/ Walter Lee Lewis*
Walter Lee Lewis
Notary Public-State of New York
No. 01LE6143008
Qualified in Bronx County
My Commission Expires 03/07/22

59637261;1

## SERVICE LIST

### VIA ELECTRONIC NOTICE AND E-MAIL (*)

Joseph Thomas Moldovan on behalf of Interested Party Be-Aviv 286 Rider LLC
bankruptcy@morrisoncohen.com

Fred B. Ringel on behalf of Debtor 286 Rider Ave Acquisition LLC
fbr@robinsonbrog.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

### VIA E-MAIL (**)

Greg Zipes on behalf of United States Trustee
greg.zipes@usdoj.gov

### VIA U.S. MAIL (***)

NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYC Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Fischer Makooi Architects as creditor
242 West 30th Street, Ste. 1102
New York, NY 1001

Titan Engineers PC as creditor
1331 Stuyvesant Ave.
Union, NJ  07083

Robert Newblatt as creditor
286 Rider Ave Realty LLC
286 Rider Avenue
Bronx, NY  10451

United States Attorney's Office
Southern District of New York
Attention: Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007

U.S. Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Greg Zipes, Esq.
Office of the United States Trustee
201 Varick Street, Ste. 1006
New York, NY 10014

59637261;1