**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
Fred B. Ringel
Clement Yee
*Attorneys for the Debtor and Debtor in
Possession*

<u>Hearing Date and Time:</u>
September 9, 2021 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                                    Chapter 11

**286 RIDER AVE ACQUISITION LLC,**           Case No: 21-11298-lgb

                                        Debtor.
--------------------------------------------------------X

<u>NOTICE OF STATUS CONFERENCE</u>

**PLEASE TAKE NOTICE,** that a status conference in the above-captioned

case will be held on September 9, 2021 at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE**, that the hearing will take place

telephonically.  Parties wishing to participate at the hearing must make

arrangements through CourtSolutions at www.court-solutions.com.  CourtSolutions

telephonic appearance instructions can also be found in General Order M-543 at

www.nysb.uscourts.gov/sites/default/files/m543.pdf.

{01116639.DOCX;1 }

**DATED:**    New York, New York
            September 3, 2021

                        **ROBINSON BROG LEINWAND GREENE**
                        **GENOVESE & GLUCK P.C.**
                        **Attorneys for the Debtor**
                        875 Third Avenue
                        New York, New York 10022
                        (212) 603-6300

                        By: /s/ Fred B. Ringel
                               Fred B. Ringel