JACOBS, P.C.
*Attorneys for 286 Rider Ave.*
*Development LLC*
**667 Madison Avenue - 5th Floor**
**New York, NY 10065**
**Leo Jacobs, Esq.**
**(718) 228-2576**
**Leo@Jacobspc.com**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re                                                                     Case No. 21-11298-LGB
                                                                                 Chapter 11

**286 RIDER AVENUE ACQUISITION, LLC,**

                                        Debtor.
-----------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Jacobs, P.C. hereby appears on behalf of 286 Rider Ave. Development LLC and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and 11 U.S.C. §§ 102(1) and 342, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given and served upon the undersigned at the following office address, telephone number and email address:

> JACOBS, P.C.
> 667 Madison Avenue - 5th Floor
> New York, NY 10065
> Tel: (718) 228-2576
> Leo@Jacobspc.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, but is not limited to, the notices and papers referred to in the Bankruptcy Rules specified of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery,

- 1 -

telephone telegraph, telex, facsimile transmission or otherwise, which affect the Debtor or

property of the Debtor.

Dated: New York, New York
      September 7, 2021

                                  JACOBS, P.C.
                                *Attorneys for 286 Rider Ave.*
                                *Development LLC*
                                667 Madison Avenue - 5th Floor
                                New York, NY 10065
                                (718) 228-2576

                                By: /s/ Leo Jacobs Officer
                                         Leo Jacobs