JACOBS P.C.
667 Madison Avenue, 5th Floor
New York, New York 10065
Leo Jacobs, Esq.
Telephone: (718) 228-2576
E-mail: leo@jacobspc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re

286 Rider Ave Acquisition, LLC,

               Debtor.
-------------------------------------------------------------------X

**Chapter 11**
**Case No. 21-11298 (LGB)**

## NOTICE FOR SUBSTITUTION OF COUNSEL

**IT IS HEREBY AGREED**, by and between the undersigned that, pursuant to Local District Rule 1.4 and Local Bankruptcy Rule 2090-1, the firm of **Jacobs P.C.** 667 Madison Avenue, Fifth Floor New York, New York 10065 be substituted as counsel of record in this proceeding for 286 Rider Ave Development LLC in the place and stead of the **Akerman, LLP** 1251 6th Avenue 37th Floor New York, New York 10020.

Dated: New York, New York
September 6, 2021

AKERMAN, LLP

/s/ Mark S. Lichtenstein
Mark S. Lichtenstein

1251 Sixth Avenue, 37th Floor
New York, NY 10020
Telephone: (212) 880-3800

Dated: New York, New York
September 6, 2021

JACOBS P.C.

/s/Leo Jacobs
Leo Jacobs, Esq.

667 Madison Avenue, Fifth Floor
New York, New York 10065
Telephone (718) 772-8704

Dated: New York, New York
September 6, 2021

286 RIDER AVE DEVELOPMENT LLC
/s/ Toby Moskowitz


By:   Toby Moskowitz