UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                                              Case No: 21-11298-LGB

    286 Rider Ave Acquisition LLC,                              Chapter 11

                            Debtor.
------------------------------------------------------------x

## CASE MANAGEMENT AND SCHEDULING ORDER

        On July 16, 2021, the Court entered the *Order Granting 286 Rider Ave Acquisition LLC's* Ex Parte *Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery Examinations of (I) Toby Moskovits and (II) Michael Lichtenstein* docketed at ECF No. 5 ("2004 Order").

        On August 30, 2021, the Court entered the *Order Denying the Motion of 286 Rider Ave Development LLC Pursuant to Federal Rule of Bankruptcy Procedure 9023 and Federal Rule of Civil Procedure 60 for Relief from Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery Examinations of (I) Toby Moskovits and (II) Michael Lichtenstein* docketed at ECF No. 40 in which it also extended the deadline in the 2004 Order to September 3, 2021, at 5:00 p.m. (ET) ("Scheduling Order").

        On September 9, 2021, the Court held a conference, and it is hereby ORDERED as follows:

1. 286 Rider Ave Development LLC, Toby Moskovits and Michael Lichtenstein are obligated to respond and produce all documents responsive to the debtor's document request by no later than 5:00 pm on September 14, 2021. Such document requests were previously served by the debtor and are annexed as Schedule I and Schedule II of the 2004 Order at ECF no. 5.
2. The parties shall conduct an examination under oath of Toby Moskovits on September 17, 2021 and shall conduct an examination under oath of Michael Lichtenstein on September 20, 2021 unless the parties are able to agree on other dates for such examinations which must be completed by no later than **September 20, 2021**.
3. The debtor may seek sanctions in the event of non-compliance with this Order.

4. Except as set forth herein the terms and conditions of the 2004 Order and Scheduling Order shall remain unchanged and in full force and effect.

Dated: New York, New York
September 9, 2021

**/s/ Lisa G. Beckerman**
HON. LISA G. BECKERMAN
U.S. BANKRUPTCY JUDGE