UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

**286 RIDER AVE ACQUISITION LLC,**

Debtor.

Chapter 11

Case No. 21-11298 (LGB)

**RELATED DOC. NO. 44**

# NOTICE OF REMOVAL FROM
# SERVICE LIST AND ECF E-MAIL NOTIFICATION

**PLEASE TAKE NOTICE** that the undersigned having been substituted as counsel for 286 Rider Ave Development LLC pursuant to the *Notice of Substitution of Counsel* [**ECF No. 44**] hereby requests to be removed from the Official Service List in this case and the ECF e-mail notification system for this matter.

Mark S. Lichtenstein, Esq.
Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
E-mail: mark.lichtenstein@akerman.com

Dated: New York, New York
September 14, 2021

AKERMAN LLP

By:  */s/ Mark S. Lcchtenstein*
Mark S. Lichtenstein
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Tel. No. (212) 880-3800
E-mail: mark.licthtenstein@akerman.com

*Former Counsel for 286 Rider Ave Development LLC*

59965035;1