HEARING DATE AND TIME:  OCTOBER 5, 2021 AT          10:00      A.M. (ET)
OBJECTION DEADLINE DATE AND TIME:        SEPTEMBER 28, 2021 AT        5:00      P.M. (ET)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                    Chapter 11

286 RIDER AVE ACQUISITION LLC,                      Case No: 21-11298-LGB

     Debtor.
----------------------------------------------------------X

**NOTICE OF MOTION OF 286 RIDER AVE DEVELOPMENT LLC TO
ALTER OR AMEND THE JUDGMENT UNDER BANKRUPTCY RULE 9023
AND FEDERAL RULE OF CIVIL PROCEDURE 59(e)**

     **PLEASE TAKE NOTICE** that a telephonic hearing on the Motion of 286 Rider Ave Development LLC to alter or amend the judgment under Bankruptcy Rule 9023 and Federal Rule of Civil Procedure 59(e) will be held on October 5, 2021 at :10:00 a.m.(ET) before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 601, New York, NY 10004.

     **PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("General Order M-543"), the Hearing will be conducted telephonically. Parties wishing to appear at, or attend, the Hearing must refer to and comply with the Bankruptcy Court's guidelines for telephonic appearances and make arrangements with Court Solutions LLC by telephone at (917) 746-7476.

     **PLEASE TAKE FURTHER NOTICE** that any objections, or other responses shall be filed and served no later than         September 28  , 2021 at        4:00      p.m. (ET),

     **PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing telephonically so long as General Order M-543 is in effect or unless otherwise ordered by

the Bankruptcy Court. Failure to appear may result in relief being granted as requested.

**PLEASE TAKE FURTHER NOTICE** that unless responses are received by that time, the relief may be granted as requested.

Dated: New York, New York
September 14, 2021

                                                  JACOBS, P.C.
*Attorneys for 286 Rider Ave.*
*Development LLC*
667 Madison Avenue - 5th Floor
New York, NY 10065
(718) 228-2576

By: /s/ Leo Jacobs
      Leo Jacobs