JACOBS, P.C.
*Attorneys for 286 Rider Ave.*
*Development LLC*
667 Madison Avenue - 5th Floor
New York, NY 10065
(718) 228-2576
Leo Jacobs
leo@jacobspc.com

*Counsel for 286 Rider Ave Acquisition LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                              Chapter 11

286 RIDER AVE ACQUISITION LLC,        Case No: 21-11298-LGB

Debtor.
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Leo Jacobs, hereby certify that, on September 13, 2021, I caused a true and correct copy of the *MOTION OF 286 RIDER AVE DEVELOPMENT LLC TO ALTER OR AMEND THE JUDGMENT UNDER BANKRUPTCY RULE 9023 AND FEDERAL RULE OF CIVIL PROCEDURE 59(e)* [ECF No. 47] to be served electronically upon the parties registered for electronic service in the above chapter 11 case through the Court's CM/ECF system.

I further certify that, on September 14, 2021, I caused a true and correct copy of the corresponding Notice of Hearing [ECF No. 49] to be served electronically upon the parties registered for electronic service in the above chapter 11 case through the Court's CM/ECF system.

I further certify that, on September 14, 2021, I caused the foregoing to be served by email to mark.lichtenstein@akerman.com; joshua.bernstein@akerman.com; greg.zipes@usdoj.gov; jmoldovan@morrisoncohen.com; dkozlowski@morrisoncohen.com; bankruptcy@morrisoncohen.com; fbr@robinsonbrog.com and USTPRegion02.NYECF@USDOJ.GOV.

Dated: New York, New York
September 14, 2021

By: /s/ Leo Jacobs
Leo Jacobs