ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
875 Third Avenue
New York, New York 10022
Fred B. Ringel
Clement Yee
*Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **286 RIDER AVE ACQUISITION LLC,** | Case No: 21-11298-lgb |
| Debtor. | |

-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

NATHANAEL F. MEYERS, hereby certifies under penalty of perjury:

1. I am not a party to the action, am over 18 years of age and reside in Hamilton, New Jersey.

2. On the 28th day of September, 2021, I served true and correct copies of 286 RIDER AVENUE ACQUISITION LLC'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION BY 286 RIDER AVE DEVELOPMENT LLC TO ALTER OR AMEND JUDGMENT UNDER BANKRUPTCY RULE 9023 AND FEDERAL RULE OF CIVIL PROCEDURE 59(e) [Doc. No. 53] via email upon:

leo@jacobspc.com; mark.lichtenstein@akerman.com;

joshua.bernstein@akerman.com; greg.zipes@usdoj.gov;

jmoldovan@morrisoncohen.com; dkozlowski@morrisoncohen.com;

bankruptcy@morrisoncohen.com; USTPRegion02.NYECF@USDOJ.GOV.

Dated: September 28, 2021

/s/ Nathanael F. Meyers
**Nathanael F. Meyers**

{01119368.DOC;1 }