**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
Fred B. Ringel
Clement Yee
*Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **286 RIDER AVE ACQUISITION LLC,** | Case No: 21-11298-lgb |
| Debtor. | |

---------------------------------------------------------X

## CERTIFICATE OF SERVICE

NATHANAEL F. MEYERS, hereby certifies under penalty of perjury:

1. I am not a party to the action, am over 18 years of age and reside in Hamilton, New Jersey.

2. On the 28th day of September, 2021, I served true and correct copies of DEBTOR'S MOTION FOR ENTRY OF ORDER EXTENDING PERIOD WITHIN WHICH IT MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND BANKRUPTCY RULE 9027 [Doc. No. 55] via First-Class Mail upon the attached Service List by depositing true copies of same enclosed in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: September 28, 2021

/s/ Nathanael F. Meyers
**Nathanael F. Meyers**

{01119461.DOC;1 }

**Removal Service List as of 9/28/21**

286 RIDER ASSOCIATES, LLC
21 VIA EMILIA
ATTN: ROBERT NEWBLATT
PALM BEACH GARDENS, FL 33418

BE-AVIV 286 RIDER LLC
41 WOOSTER STREET, 2ND FL.
NEW YORK, NY 10013

MORRISON COHEN LLP
ATTN: Y. DAVID SCHARF
909 THIRD AVE.
NEW YORK, NY 10022

Joseph T. Moldovan, Esq.
David J. Kozlowski, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022

L. Thompson
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022

Jacobs P.C.
667 Madison Ave., 5th Floor
New York, New York 10065
Attn:  Leo Jacobs, Esq.

Jacobs P.C.
667 Madison Ave., 5th Floor
New York, New York 10065
Attn:  Wayne M. Greenwald, Esq.

William K. Harrington, United States Trustee
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Attn.: Greg Zipes, Esq.

{01119461.DOC;1 }

Mark S. Lichtenstein
Akerman, LLP
1251 Sixth Avenue, 37th Floor
New York, NY  10020

{01119461.DOC;1 }