**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq.
Terence K. McLaughlin, Esq.
David J. Kozlowski, Esq.

*Attorneys for Be-Aviv 286 Rider LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **286 RIDER AVE ACQUISITION LLC,** | Case No. 21-11298 (LGB) |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Tukisha Knox, depose and says that I am employed by Morrison Cohen LLC, counsel to Be-Aviv 286 Rider LLC in the above-captioned case.

On September 28, 2021, I caused a true and correct copy of the following to be served via email on the service list attached hereto as **Exhibit A.**

- *Be-Aviv 286 Rider LLC's Response to Motion by 286 Rider Ave Development LLC to Alter or Amend Judgment Under Bankruptcy Rule 9023 and Federal Rule of Civil Procedure 59 (e), [Docket No. 52]*

Dated: New York, New York
      September 28, 2021

*/s/ Tukisha Knox*
Tukisha Knox
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600

## EXHIBIT A

| | |
|---|---|
| AKERMAN LLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, New York 10020<br>Attn.: Mark S. Lichtenstein, Esq.<br>mark.lichtenstein@akerman.com | AKERMAN LLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, New York 10020<br>Attn.: Joshua D. Bernstein, Esq.<br>joshua.bernstein@akerman.com |
| Fred B. Ringel<br>Robinson Brog et. al.<br>875 Third Avenue<br>9th Floor<br>New York, NY 10022<br>fbr@robinsonbrog.com | William K. Harrington, United States Trustee<br>U.S. Department of Justice<br>Office of the United States Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>(Attn.: Greg Zipes, Esq.)<br>USTPRegionon02.NYECG@USDOJ.GOV<br>greg.zipes@usdoj.gov |
| Wayne M. Greenwald, of Counsel<br>Jacobs P.C.<br>667 Madison Avenue, 5th Floor<br>New York, NY 10065<br>grimlawyers@aol.com | Leo Jacobs<br>Jacobs P.C.<br>667 Madison Avenue, 5th Floor<br>New York, NY 10065<br>leo@jacobspc.com |