**OFFIT KURMAN, P.A.**
Jason A. Nagi
590 Madison Avenue, 6th Floor
New York, NY 10022
Tel (212) 545-1900
Email: Jason.nagi@offitkurman.com
    and
Joyce A. Kuhns, Esq. (admitted pro hac vice)
300 East Lombard Street, Suite 2010
Baltimore, Maryland 21202
(410) 209-6463
Jkuhns@offitkurman.com

*Attorneys for 286 Rider Ave Development LLC,*
*Toby Moskovits, and Yechial Michael Lichtenstein*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

286 Rider Ave Acquisition LLC,

                    Debtor.
-----------------------------------------------------------X

Chapter 11

Case No.  21-11298-lgb

**RESERVATION OF RIGHTS OF 286 RIDER AVE DEVELOPMENT LLC,
TOBY MOSKOVITS AND MICHAEL LICHTENSTEIN TO APPLICATION FOR
ORDER (I) PRELIMINARILY APPROVING DISCLOSURE STATEMENT
AND (II) SCHEDULING HEARING ON THE DEBTOR'S APPLICATION
FOR AN ORDER APPROVING DISCLOSURE STATEMENT AND
<u>CONFIRMING DEBTOR'S PLAN OF REORGANIZATION</u>**

286 Rider Ave Development LLC ("**Development**"), Toby Moskovits and Yechial Michael Lichtenstein ("**Objectors**"), by their undersigned counsel, hereby files this Reservation of Rights to Application for Order (I) Preliminarily Approving Disclosure Statement and (II) Scheduling Hearing on the Debtor's Application for an Order Approving Disclosure Statement and Confirming Debtor's Plan of Reorganization (the "**Application**") and, in support, state:

1. Development is the now undisputed holder of 100% of the member interests in the Debtor. *See* replacement Statement of Financial Affairs, Dkt. No. 116 at Part 13, no. 28. *Cf* with original Statement of Financial Affairs, Dkt. No. 97 at Part 13, no. 28 listing 286 Rider Ave Lender LLC as the 100% equity holder in the Debtor.

2. Ms. Moskovits and Mr. Lichtenstein are each guarantors under the Loan[1] and indirect holders of 100% of the member interests in the Debtor.

3. In its Application, the Debtor seeks an Order granting preliminary approval of its Disclosure Statement [Dkt. No. 205], filed along with its Plan [Dkt. No. 204] and setting a confirmation schedule including objection deadlines to final approval of the Disclosure Statement and confirmation of the Plan and a consolidated hearing on final approval of the Disclosure Statement and confirmation of the Plan.

4. Objectors hereby reserve their rights to object to any proposed confirmation schedule that does not promote the best interest of the estate and equity and to assert objections to final approval of the Disclosure Statement and confirmation of the Plan and any related relief.

---

[1] Capitalized terms not defined in this Reservation of Rights shall have the meaning assigned to them in the Application.

WHEREFORE, 286 Rider Ave Development LLC, Toby Moskovits and Yechial Michael Lichtenstein, having fully reserved their respective rights, request that the Court enter an Order in conformity herewith, and granting such other relief as may be just.

Dated: New York, New York
December 28, 2021

                                                OFFIT KURMAN, P.A.

By: /s/ Jason A. Nagi
Jason A. Nagi
590 Madison Avenue
New York, New York 10022
(212) 545-1900
Jason.nagi@offitkurman.com
and
Joyce A. Kuhns, Esq. (pro hac pending)
300 East Lombard Street, Suite 2010
Baltimore, Maryland 21202
(410) 209-6463
Jkuhns@offitkurman.com

*Attorneys for 286 Rider Ave Development LLC, Toby Moskovits, and Yechial Michael Lichtenstein*

**OFFIT KURMAN, P.A.**
Jason A. Nagi
590 Madison Avenue, 6th Floor
New York, NY 10022
Tel (212) 545-1900
Email: Jason.nagi@offitkurman.com
    and
Joyce A. Kuhns, Esq. (admitted pro hac vice)
300 East Lombard Street, Suite 2010
Baltimore, Maryland 21202
(410) 209-6463
Jkuhns@offitkurman.com

*Attorneys for 286 Rider Ave Development LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

286 Rider Ave Acquisition LLC,

                Debtor.
-----------------------------------------------------------X

Chapter 11

Case No. 21-11298-lgb

## CERTIFICATE OF SERVICE

      A copy of the Reservation of Rights of 286 Rider Ave Development LLC, Toby Moskovits and Yechial Michael Lichtenstein to Application for Order (I) Preliminarily Approving Disclosure Statement and (II) Scheduling Hearing on the Debtor's Application for an Order Approving Disclosure Statement and Confirming Debtor's Plan of Reorganization being served on December 28, 2021 via (i) Electronic Notice and E-Mail upon the parties listed on the attached service list as denoted with a "*"; (ii) E-mail upon the parties listed on the attached service list as denoted with a "**"; and (iii) U.S. Mail postage pre-paid upon the parties listed on the attached service list as denoted with a "***".

## SERVICE LIST

**VIA ELECTRONIC NOTICE AND E-MAIL (*)**

Joseph T. Moldovan on behalf of Interested Party Be-Aviv 286 Rider LLC - bankruptcy@morrisoncohen.com

Fred B. Ringel on behalf of Debtor 286 Rider Ave Acquisition LLC - fbr@robinsonbrog.com

United States Trustee - USTPRegion02.NYECF@USDOJ.GOV

**VIA E-MAIL (\*\*)**

Greg Zipes on behalf of United States Trustee
greg.zipes@usdoj.gov

**VIA U.S. MAIL (\*\*\*)**

NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYC Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Fischer Makooi Architects
242 West 30th Street, Ste. 1102
New York, NY 1001

Wayne M. Greenwald, Esq.
JACOBS, P.C.
667 Madison Avenue - 5th Floor
New York, NY 10065

BEAM Architects D.P.C.
141 Flushing Avenue, Suite 1201
Brooklyn, NY 11205

Metropolitan Realty
381 South 5 Street
Brooklyn, NY 11211

286 Rider Associates, LLC
213 Via EmailiaPalm Beach
Gardens, FL 33418

United States Attorney's Office SDNY
Attention: Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007

U.S. Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Titan Engineers PC
1331 Stuyvesant Ave.
Union, NJ 07083

Robert Newblatt
286 Rider Ave Realty LLC
286 Rider Avenue
Bronx, NY 10451

Mark S. Lichtenstein and Joshua D. Bernstein
Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, New York 10020

EBC
1808 Middle Country Road
Ridge, NY 11961

Xolle Demolition
2071 Flatbush Ave, Suite 44
Brooklyn, NY 11234

  /s/ Jason A. Nagi
Jason A. Nagi, Esq.