UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Case No: 21-11298-LGB |
| 286 Rider Ave Acquisition LLC, | Chapter 11 |
| Debtor. | |

-------------------------------------------------------x

## ORDER WITH RESPECT TO TOBY MOSKOVITS AND MICHAEL LICHTENSTEIN

Upon the Debtor's letter, dated January 4, 2022, requesting entry of a protective order under Federal Rules of Bankruptcy Procedure 9014 and 7026(c)(1) [ECF No. 235]; and upon Be-Aviv 286 Rider LLC's (the "Lender") *Motion under 11 U.S.C. § 105 to Hold Toby Moskovits and Michael Lichtenstein in Contempt for Violating Order of This Court and for Sanctions* [ECF No. 201] (the "Contempt Motion"), Toby Moskovits and Michael Lichtenstein's response to the Contempt Motion [ECF No. 217], the Debtor's joinder to the Contempt Motion [ECF No. 216], the Debtor's supplement to its joinder to the Contempt Motion [ECF No. 224], and the Lender's reply in support of the Contempt Motion [ECF No. 231]; and upon the hearing held before this Court on January 5, 2022;

IT IS HEREBY ORDERED THAT:

1. Pursuant to Bankruptcy Code section 105(a), Ms. Moskovits and Mr. Lichtenstein, whether individually or on behalf 286 Rider Development LLC ("Development"), are barred from any further contact or communications in any form or through any media with Lee Buchwald, Fred Ringel, any person employed by Robinson Brog Leinwand Greene Genovese & Gluck P.C. ("Robinson Brog"), any partner at Robinson Brog, and/or any member of any such person's family with respect to this Chapter 11 case. Any contact or communication by Ms. Moskovits and Mr. Lichtenstein, whether individually or on behalf of Development, with Mr. Buchwald, Mr. Ringel,

any person employed by Robinson Brog, any partner at Robinson Brog, or any member of any such person's family with respect to this Chapter 11 case may only take place between counsel for Ms. Moskovits and Mr. Lichtenstein and counsel for the Debtor.

2. Nothing contained herein limits or otherwise impairs the authority of the Court to impose sanctions with respect to any violation of this order or any other conduct, and to enter such other orders as it may deem necessary and appropriate.

3. This Court retains jurisdiction to resolve all matters arising under or related to this order.

Dated: New York, New York
      January 6, 2022

                                  **/s/ Lisa G. Beckerman**
                                  HON. LISA G. BECKERMAN
                                  U.S. BANKRUPTCY JUDGE