| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date:  February 1, 2022<br>Hearing Time: 9:00 a.m. |

---------------------------------------------------------- x
                                                                                                               :   Case No. 21-11298 (LGB)

In re                                                                     :

286 RIDER AVE ACQUISITION LLC,             :   Chapter 11

                                                                   Debtor.   :

---------------------------------------------------------- x

## NOTICE OF HEARING

Please take notice that the Honorable Lisa G. Beckerman will hold a status conference on February 1, 2022 at 9:00 a.m.

Please take further notice that all hearings before Judge Beckerman will be held telephonically using "CourtSolutions." Please register with CourtSolutions at www.Court-Solutions.com or 646-760-4600.

Dated:  New York, New York
          January 28, 2022

                                                      WILLIAM K. HARRINGTON
                                                      UNITED STATES TRUSTEE

                                      *By:*    */s/ Greg M. Zipes*
                                                  Greg M. Zipes, Esq.
                                                  Trial Attorney
                                                  201 Varick Street, Suite 1006
                                                  New York, New York 10014
                                                  Tel. (212) 510-0500
                                                  Fax (212) 668-2255