UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                           Chapter 11

**286 RIDER AVE ACQUISITION LLC,**                          Case No: 21-11298-lgb

                                       Debtor.
------------------------------------------------------------X

### NOTICE OF ADJOURNMENT OF HEARING TO (I) CONSIDER FINAL APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT AND (II) CONFIRMATION OF DEBTOR'S PLAN

**PLEASE TAKE NOTICE,** that the hearing to (i) consider final approval of the Amended Disclosure Statement for Plan of Reorganization of 286 Rider Ave Acquisition LLC (ECF Doc. 251) and (ii) confirmation of Amended Plan of Reorganization of 286 Rider Ave Acquisition LLC (ECF Doc. 250) has been adjourned from February 9, 2022 at 10:00 a.m. to February 23, 2022 at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE**, parties wishing to participate at the hearing must make arrangements through Court Solutions at www.court-solutions.com. Court Solutions telephonic appearance instructions can also be found in General Order M-543 at www.nysb.uscourts.gov/sites/default/files/m543.pdf

**DATED:** New York, New York
January 28, 2022

                                            ROBINSON BROG LEINWAND GREENE
                                            GENOVESE & GLUCK P.C.
                                            Attorneys for the Debtor
                                            875 Third Avenue
                                            New York, New York 10022
                                            (212) 603-6300

{01135817.DOC;1 }