RUBIN LLC
Paul A. Rubin
Hanh V. Huynh
345 Seventh Avenue, 21st Floor
New York, New York 10001
Tel:  212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

*Counsel for Rosewood Realty Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
:
In re:                                : Chapter 11
:
286 RIDER AVE ACQUISITION LLC,        : Case No.:  21-11298 (LGB)
:
           Debtor.                    :
:
------------------------------------- x

### CERTIFICATE OF SERVICE

I, Hanh V. Huynh, hereby certify that, on February 4, 2022, I caused a true and correct copy of the *Response of Rosewood Realty Group to Motion for Entry of an Order Pursuant to Sections 105(a) and 541 of the Bankruptcy Code Confirming Disputed Payoff Amounts, Satisfaction of DIP Loan, and for Related Relief* [ECF No. 282] to be served electronically upon the parties registered for electronic service in the above chapter 11 case through the Court's CM/ECF system.

I further certify that, February 4, 2022, I caused the foregoing to be served by email to the following email addresses:

dspelfogel@mayerbrown.com

leisenberg@mayerbrown.com

Jason.Nagi@offitkurman.com

    jkuhns@offitkurman.com

    fbr@robinsonbrog.com

    jmoldovan@morrisoncohen.com

Dated: New York, New York
       February 4, 2022

                                            */s/ Hanh V. Huynh*
                                              Hanh V. Huynh