**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
Fred B. Ringel
Clement Yee
*Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **286 RIDER AVE ACQUISITION LLC,** | Case No: 21-11298-lgb |
| Debtor. | |

----------------------------------------------------------X

## CERTIFICATE OF SERVICE

NATHANAEL F. MEYERS, hereby certifies under penalty of perjury:

1. I am not a party to the action, am over 18 years of age and reside in Hamilton, New Jersey.

2. On the 4th day of February, 2022, I served true and correct copies of Debtor's Response To 286 Rider Ave Development LLC's Supplement To Its Motion To Confirm Disputed Payoff Amounts and for Related Relief with attached Exhibit A [ECF Doc. No. 283] via email upon: jason.nagi@offitkurman.com; jkuhns@offitkurman.com; jmoldovan@morrisoncohen.com; dkozlowski@morrisoncohen.com; dspelfogel@mayerbrown.com; leisenberg@mayerbrown.com; greg.zipes@usdoj.gov; prubin@rubinlawllc.com; greg@rosewoodrg.com.

Dated: February 4, 2022

/s/ Nathanael F. Meyers
**Nathanael F. Meyers**

{01136845.DOC;1 }