**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq.
David J. Kozlowski, Esq.
Heath D. Rosenblat, Esq.

*Attorneys for Be-Aviv 286 Rider LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **286 RIDER AVE ACQUISITION LLC,** | Case No. 21-11298 (LGB) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Tukisha Knox, depose and say that I am employed by Morrison Cohen LLC, counsel to Be-Aviv 286 Rider LLC in the above-captioned case.

I caused the following documents to be served via email and regular first class mail on February 4, 2022 upon the service list attached hereto as Exhibit A.

Be-Aviv 286 Rider LLC's Response to Supplement to Development's Motion to Confirm Disputed Payoff Amounts, Satisfaction of DIP Loans, and Related Relief [Docket No. 286].

Dated: New York, New York
February 4, 2022

/s/ *Tukisha Knox*
Tukisha Knox
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600

#11004988 v1 \029220 \0005

Exhibit A

| | |
|---|---|
| Jason A Nagi<br>Offit Kurman, P.A.<br>590 Madison Avenue, 6th Floor<br>New York, NY 10022<br>jason.nagi@offitkurman.com | Fred B. Ringel<br>Robinson, Brog, Leinwand,<br>Greene, Genovese & Gluck P.C.<br>875 Third Avenue, 9th Floor<br>New York, NY 10022<br>fbr@robinsonbrog.com |
| Joyce A. Kuhns, Esq.<br>Offit Kurman, P.A.<br>300 East Lombard Street, Suite 2010<br>Baltimore, Maryland 21202<br>Jkuhns@offitkurman.com | Steven B. Eichel<br>Lori A. Schwartz<br>Robinson, Brog, Leinwand,<br>Greene, Genovese & Gluck P.C.<br>875 Third Avenue, 9th Floor<br>New York, NY 10022-2524<br>se@robinsonbrog.com<br>ls@robinsonbrog.com |
| Clement Yee<br>Robinson, Brog, Leinwand,<br>Greene, Genovese & Gluck P.C.<br>875 Third Avenue, 9th Floor<br>New York, NY 10022<br>cy@robinsonbrog.com | Wayne M. Greenwald, of Counsel<br>Jacobs, P.C.<br>667 Madison Avenue - 5th Floor<br>New York, NY 10065<br>grimlawyers@aol.com |
| Ilevu Yakubov<br>Jacobs PC<br>8002 Kew Gardens Road, Ste 300<br>Kew Gardens, NY 11415<br>leo@yakubovlaw.com | Greg Zipes<br>United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>greg.zipes@usdoj.gov |
| D'agostino, Levine, Landesman,<br>Lederman & Rivera, LLP<br>Bruce H. Lederman, Esq.<br>345 Seventh Avenue, 23rd Floor<br>New York, New York 10001<br>blederman@dagll.com | Douglas E. Spelfogel<br>Leah M. Eisenberg<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>dspelfogel@mayerbrown.com<br>leisenberg@mayerbrown.com |

#11004988 v1 \029220 \0005