# Exhibit A

# "Proposed Order"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

286 Rider Ave Acquisition LLC,

                 Debtor.
---------------------------------------------------------X

Chapter 11

Case No.  21-11298-lgb

## ORDER DISCHARGINING ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. AS DEBTOR'S COUNSEL PURSUANT TO 11 U.S.C. §§ 101(14), 105, AND 327

Upon the Motion to Discharge Robinson Brog Leinwand Greene Genovese & Gluck P.C. as Debtor's Counsel Pursuant to 11 U.S.C. §§ 101(14), 105, and 327 (the "**Motion**"); and it appearing that this Court has jurisdiction pursuant to 28 U.S.C. § 157(b)(2)(A); and it appearing that venue of this case and Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and any objections to the requested relief having been heard and overruled; and upon the record of the hearing held by the Court on the Motion on ____, 2022; the Court having found and concluded that the law firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. no longer qualifies to serve as Debtor's counsel as it is not disinterested within the meaning of 11 U.S.C. § 101(14) as required under 11 U.S.C. § 327; therefore, it is hereby **ORDERED**:

    1.      The Motion is **GRANTED**.

    2.      The law firm of Robinson Brog Leinwand Greene Genoveses & Gluck P.C. is hereby discharged as Debtor's Counsel upon entry of this Order.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

Dated: _____, 2022

_____
The Honorable Lisa G. Beckerman,
United States Bankruptcy Judge