# ATTACHMENT 1

**Toby Moskovits**, 2nd
CEO of Heritage Equity Partners
8h • Edited • 🌐

\+ Follow

**Amir Korangy**,

I and **Michael Lichtenstein** have tried every means possible to encourage honest reporting by your publication to no avail. I even did the requisite advertising - otherwise known in this industry as protection money - but the false articles keep on coming.

So I will continue with my public dialogue so that at least I can try to get the true story out there. Because regardless of what I share, you and your team fail to get the facts correct in your consistent and deliberate attempt to paint a false narrative about me and my business.

Your article about the purchase of the 120 unit development in Miami is rife with misrepresentations, but the one that takes the cake is the following statement: "In December, Moskovits and Lichtenstein claimed in court filings that they had secured $14 million to remove another development site, a planned rental project in the Bronx, out of bankruptcy."

You and your entire team - who obsessively reported on every step of this fraudulent bankruptcy, and published 3 articles about this matter, including outlining in great detail the non-news fact that the account was shut down (standard in a bankruptcy - fraudulent or not) are well aware that on January 11th we paid off the lender Be-Aviv in full ALL CASH.

Somehow in spite of your team's writing three articles about the Rider matter, and after tracking every twist and turn of courtroom drama - you managed to falsely report on 286 Rider in this article without mentioning that the Loan was in fact paid off.

A payoff we managed to make in spite of every attempt made by the lender Ben Harlev, Eyal Epstein, Dafna Harlev and Leumi Partners along with their partner in crime Aaron Jungreis and Greg Corbin of Rosewood Realty Group  to prevent the payoff.

Anyone who wants to understand how it is that Ben Harlev improperly acted as both Lender and Debtor in the same bankruptcy take a look at the docket - 286 Rider Avenue Acquisition LLC; SDNY Bankr. case 21-11298 - and you will read about this fraud Ben Harlev committed and the enablers who supported this criminal enterprise - Fred Ringel of Robinson Brog along with Joseph T. Moldovan and Y. David Scharf of Morrison Cohen LLP.

Here in Florida we call this defamation - the knowing publication of false information. But given the dozens of lawsuits against your publication - you know that as well. I post this from Miami where there is a little less tolerance for bullies like you who resort to lies and misrepresentation.

Bank Leumi USA
The Real Deal
Amir Korangy

