UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                    Chapter 11

**286 RIDER AVE ACQUISITION LLC,**                        Case No:  21-11298 (LGB)

                                Debtor.
----------------------------------------------------------X

## AMENDMENT TO ORDER REGARDING DEVELOPMENT'S MOTION TO CONFIRM DISPUTED PAYOFF AMOUNTS, SATISFACTION OF DIP LOAN, AND FOR RELATED RELIEF AND SUPPLEMENT TO SAME

**WHEREAS**, on February 11, 2022, the Court entered its Order Regarding

Development's Motion to Confirm Disputed Payoff Amounts, Satisfaction of DIP

Loan, and for Related Relief and Supplement to Same (ECF No. 293) ("Payoff

Order");

**WHEREAS**, paragraph 10 of the Payoff Order required service of the Payoff

Order by first class mail on all creditors listed in the Debtor's schedules, all

creditors who have filed proofs of claim, the U.S. Trustee, all professionals retained

by Debtor including Rosewood and all parties who have requested notice in these

cases in accordance with Bankruptcy Rule 2002 by no later than February 15, 2022;

IT IS HEREBY ORDERED THAT

Paragraph 10 of the Payoff Order is amended to state:

Counsel for the Debtor shall serve copies of the Payoff Order by overnight mail on all creditors listed in the Debtor's schedules, all creditors who have filed proofs of claim, the U.S. Trustee, all professionals retained by Debtor including Rosewood and all parties who have requested notice in these cases in accordance with Bankruptcy Rule 2002 by no later than February 18, 2022.

Dated:  New York, New York
        February 22nd, 2022

                              /s/ Lisa G. Beckerman
                              **HONORABLE LISA G. BECKERMAN**
                              **UNITED STATES BANKRUPTCY JUDGE**