| | |
|---|---|
| **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**<br>875 Third Avenue<br>New York, New York 10022<br>Fred B. Ringel<br>Clement Yee<br>*Attorneys for the Debtor and Debtor in Possession* | <u>Hearing Date and Time:</u><br>March 2, 2022 at 3:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **286 RIDER AVE ACQUISITION LLC,** | Case No: 21-11298-lgb |
| Debtor. | |

-----------------------------------------------------------X

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE,** that a status conference in the above-captioned case will be held on March 2, 2022 at 3:00 p.m.

**PLEASE TAKE FURTHER NOTICE**, that the status conference will take place telephonically. Parties wishing to participate at the status conference must make arrangements through CourtSolutions at www.court-solutions.com. CourtSolutions telephonic appearance instructions can also be found in General Order M-543 at www.nysb.uscourts.gov/sites/default/files/m543.pdf.

{01139739.DOCX;1 }

DATED: New York, New York
February 24, 2022

    ROBINSON BROG LEINWAND GREENE
    GENOVESE & GLUCK P.C.
    **Attorneys for the Debtor**
    875 Third Avenue
    New York, New York 10022
    (212) 603-6300

    By: /s/ Fred B. Ringel
        Fred B. Ringel