**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan
David J. Kozlowski
Heath D. Rosenblat
jmoldovan@morrisoncohen.com
dkozlowski@morrisoncohen.com
hrosenblat@morrisoncohen.com

*Attorneys for Be-Aviv 286 Rider LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **286 RIDER AVE ACQUISITION LLC,** | Case No. 21-11298-LGB |
| Debtor. | |

**ACCOUNTING AS DIRECTED BY**
**COURT ORDER DATED FEBRUARY 11, 2022**

Be-Aviv 286 Rider LLC by its undersigned counsel, files this accounting as directed by order of the Court dated February 11, 2022 [Docket No. 293].

#11045767 v3 \029220 \0005

| Date of Draw | Amount of Draw | Where the Funds Were Paid |
|---|---:|---|
| 8/17/2021 | $15,901.17 | Peace of Mind Insurance |
| 11/29/2021 | $225,000.00 | Robinson Brog Leinwand Greene Genovese & Gluck, P.C. |
| 12/14/2021 | $25,000.00 | 286 Rider Ave Acquisition LLC |
| 12/27/2021 | $75,000.00 | 286 Rider Ave Acquisition LLC |
| 1/25/2022 | $409,098.83 | Robinson Brog Leinwand Greene Genovese & Gluck, P.C. |
| **TOTAL** | **$750,000.00** | |

**Interest paid on account of the Final DIP Loan**: $4,726.12

**Fees and expenses incurred by DIP Lender, 11/23/21 through 1/9/22**:

*Legal Fees*:        $340,169.50

*Legal Expenses*:    $971.78


Dated: New York, New York  
      February 25, 2022

MORRISON COHEN LLP

By: /s/ Joseph T. Moldovan  
    Joseph T. Moldovan, Esq.  
    David J. Kozlowski, Esq.  
    Heath D. Rosenblat, Esq.  
    909 Third Avenue  
    New York, New York 10022  
    (212) 735-8600  
    jmoldovan@morrisoncohen.com  
    dkozlowski@morrisoncohen.com  
    hrosenblat@morrisoncohen.com

*Attorneys for Be-Aviv 286 Rider LLC*