**Hearing Date: March 16, 2022 at 2 pm ET**
**Objection Deadline: March 9, 2022 at 5 pm ET**

**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq.
Heath D. Rosenblat, Esq.
David J. Kozlowski, Esq.

*Attorneys for Be-Aviv 286 Rider LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> **286 RIDER AVE ACQUISITION LLC,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 21-11298 (LGB) |

**NOTICE OF MOTION BY BE-AVIV 286 RIDER LLC, UNDER RULE
7052 AND 9023 FEDERAL RULES OF BANKRUPTCY PROCEDURE,
AND LOCAL BANKRUPTCY RULE 9023-1, FOR RELIEF FROM
AND TO RECONSIDER THE COURT'S FEBRUARY 11, 2022 ORDER**

**PLEASE TAKE NOTICE** that, on February 25, 2022, Be-Aviv 286 Rider LLC ("**Lender**") filed the following *Motion by Be-Aviv 286 Rider LLC, Under Rule 7052 and 9023 Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9023-1, for Relief from and to Reconsider the Court's February 11, 2022 Order* ("**Motion**") seeking reconsideration of the Order (defined in the Motion) entered by the Court on February 11, 2022.

**PLEASE TAKE FURTHER NOTICE** that a hearing ("**Hearing**") on the Motion will be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District

#11050500

of New York, One Bowling Green, Courtroom 601, New York, New York 10004 ("**Bankruptcy Court**"), on **March 16, 2022, at 2 pm ET**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted telephonically and parties wishing to attend and/or participate in the Hearing may do so by registering with Court Solutions at www.court-solutions.com. Instructions for registering with Court Solutions are attached to General Order M-543.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion and the relief requested therein, if any must, at a minimum, be: (i) in writing; (ii) state the name and address of the responding party; (iii) state with particularity the legal and factual bases of any response or objection; (iv) conform to the Bankruptcy Rules and Local Rules; and (v) be filed electronically with the Bankruptcy Court on the docket of *In re: 286 Rider Ave Acquisition LLC*, Case No. 21-11298 (LGB), together with proof of service, electronically, in accordance with General Order M-399 (General Order M-399 and the User's Manual for the Electronic Case Filing System can be found at the Bankruptcy Court's official website (www.nysb.uscourts.gov)), by registered users of the Bankruptcy Court's case filing system and, by all other parties and served in accordance with General Order M-399, so as to be *actually received* not later than **5 pm ET on March 9, 2022** ("**Objection Deadline**") and, such service (*via* e-mail or otherwise) shall be completed and actually received by the following parties on or prior to the Objection Deadline: (a) Morrison Cohen LLP, 909 Third Ave., 27th Floor, New York, New York 10022,

#11050500

Attn: Joseph T. Moldovan, Esq. (jmoldovan@morrisoncohen.com)(counsel for Lender), and (b) Robinson Brog Leinwand Greene Genovese & Gluck P.C., 875 Third Avenue, New York, New York 10022, Attn: Fred B. Ringel, Esq. (fbr@robinsonbrog.com)(counsel for the Debtor).

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time-to-time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Motion is filed with the Bankruptcy Court by the Objection Deadline, with proof of service, Lender may submit to the Bankruptcy Court an order that may be entered with no further notice or opportunity to be heard.

| | |
|---|---|
| Dated: New York, New York<br>February 25, 2022 | **MORRISON COHEN LLP**<br><br>By: /s/ Joseph T. Moldovan<br>    Joseph T. Moldovan, Esq.<br>    Heath D. Rosenblat, Esq.<br>    David J. Kozlowski, Esq.<br><br>909 Third Avenue<br>New York, New York 10022<br>(212) 735-8600<br>jmoldovan@morrisoncohen.com<br>hrosenblat@morrisoncohen.com<br>dkozlowski@morrisoncohen.com<br><br>*Attorneys for Be-Aviv 286 Rider LLC* |

#11050500