UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                              Case No: 21-11298-LGB

    286 Rider Ave Acquisition LLC,                    Chapter 11

                              Debtor.
--------------------------------------------------------x

## ORDER REGARDING THE LINKEDIN POST BY MS. TOBY MOSKOVITS

WHEREAS, on January 6, 2022, the Court entered the *Order with Respect to Toby Moskovits and Michael Lichtenstein* [ECF No. 245] (the "Injunctive Order"); and

WHEREAS, subsequent to the entry of the Injunctive Order, Ms. Toby Moskovits published a LinkedIn post (the "LinkedIn Post") containing references to, and linking to the LinkedIn profiles of, Mr. Fred Ringel, Robinson Brog Leinwand Greene Genovese & Gluck P.C., Mr. Joseph Moldovan, Mr. Y. David Scharf, and Morrison Cohen LLP (collectively the "Linked Parties"), a copy of which was attached as an exhibit to letters filed by both Be-Aviv 286 Rider LLC and the Debtor on February 21, 2022 [ECF Nos. 300 and 301] (together, the "Letters"). A copy of the LinkedIn Post is attached as **Exhibit A** hereto; and

WHEREAS, on March 2, 2022, the Court held a status conference on various matters including LinkedIn Post and whether it was in violation of the Injunctive Orders; and

WHEREAS, upon due consideration of the foregoing, the Court finds that Ms. Moskovits' LinkedIn Post is in violation of the Injunctive Order;

IT IS HEREBY ORDERED THAT:

1. Within two (2) business days of date of the entry of this Order, Ms. Moskovits shall remove from the LinkedIn Post any reference to the Linked Parties.

2. Nothing contained herein limits or otherwise impairs the authority of the Court to impose sanctions with respect to any violation of the Injunctive Order or this Order or any other conduct, and to enter such other orders as it may deem necessary and appropriate.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: New York, New York
March 3rd, 2022

/s/ **Lisa G. Beckerman**
HON. LISA G. BECKERMAN
U.S. BANKRUPTCY JUDGE