# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 3/3/2022 |
| Case: 21−11298−lgb | Form ID: pdf001 | Total: 67 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp        Be−Aviv 286 Rider LLC
intp        286 Rider Ave Development LLC
7885206     286 Rider Associates, LLC

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee       USTPRegion02.NYECF@USDOJ.GOV
aty     Bruce H Lederman        blederman@dagll.com
aty     Douglas E. Spelfogel        dspelfogel@mayerbrown.com
aty     Fred B. Ringel      fbr@robinsonbrog.com
aty     Greg M. Zipes       greg.zipes@usdoj.gov
aty     Ilevu Yakubov       leo@yakubovlaw.com
aty     Jason A Nagi        jason.nagi@offitkurman.com
aty     Joseph Thomas Moldovan      bankruptcy@morrisoncohen.com
aty     Joyce A. Kuhns      jkuhns@offitkurman.com
aty     Mark S. Lichtenstein        mark.lichtenstein@akerman.com
aty     Paul Rubin      prubin@rubinlawllc.com
aty     Steven B. Eichel        se@robinsonbrog.com

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      286 Rider Ave Acquisition LLC       123 5th Avenue      4th Floor       Attn: 286 Rider Ave Lender LLC      New York, NY 10003
aty     Akerman LLP     1251 Avenue of the Americas     37th Floor      New York, NY 10020
cr      286 Rider Associates, LLC       213 Via Emilia      Palm Beach Gardens, FL 33418
unk     Rosewood Realty Group       c/o Rubin LLC       345 Seventh Avenue      21st Floor      New York, NY 10001
7880845     286 RIDER ASSOCIATES, LLC       213 VIA EMILIA      ATTN: ROBERT NEWBLATT       PALM BEACH GARDENS, FL 33418
7880846     286 RIDER AVE LENDER LLC        123 5TH AVENUE      4TH FL.     NEW YORK, NY 10003
7880873     345 ADAMS STREET, 3RD FL.       ATTN: LEGAL AFFAIRS     BROOKLYN, NY 11201
7880847     AVIV ARAVA MGMT     C/O MORRISON COHEN      909 3RD AVE. ATTN: L. THOMPSON     NEW YORK, NY 10022
7880848     BE−AVIV 286 RIDER LLC       123 5TH AVE     NEW YORK, NY 10003
7880849     BE−AVIV 4TH AVE. LENDER     C/O MORRISON COHEN      909 3RD AVE. ATTN: L. THOMPSON     NEW YORK, NY 10022
7880850     BE−AVIV 4TH AVE. MORTGAGE LEND      C/O MORRISON COHEN      909 3RD AVE. ATTN: L. THOMPSON     NEW YORK, NY 10022
7880851     BEAM ARCHITECTS D.P.C.      141 FLUSHING AVENUE     SUITE 1201      BROOKLYN, NY 11205
7880852     BEN HARLEV      C/O MORRISON COHEN      909 3RD AVE. ATTN: L. THOMPSON     NEW YORK, NY 10022
7880853     COASTAL ENVIRONMENTAL SOLUTION      100 KNICKERBOCKER AVE       UNIT D      BOHEMIA, NY 11716
7880854     CONSOLIDATED EDISON CO. OF NY       JAF STATION     P.O. BOX 1702       NEW YORK, NY 10116−1702
7880855     CORP. COUNSEL FOR NYC       100 CHURCH STREET       NEW YORK, NY 10007
7880856     EBC     1808 MIDDLE COUNTRY ROAD        RIDGE, NY 11961
7887822     ENVIRONMENTAL BUSINESS CONSULTANTS      1808 MIDDLE COUNTRY RD      RIDGE NY 11961
7880857     ENVIRONMENTAL DATA RESOURCES,       6 ARMSTRONG ROAD, 4TH FL.       SHELTON, CT 06484
7880858     EYAL EPSTEIN        C/O MORRISON COHEN      909 3RD AVE. ATTN: L. THOMPSON     NEW YORK, NY 10022
7880859     FIRST INSURANCE FUNDING     450 SKOKIE BLVD., STE 1000      NORTHBROOK, IL 60062−7917
7880860     FISCHER & MAKOOI ARCHITECTS     242 WEST 30TH STREET        NEW YORK, NY 10001
7880861     GOLDBERG AND MARKUS PLLC        14 WALL STREET, SUITE 2064      NEW YORK, NY 10005
7880862     INTERNAL REVENUE SERVICE        CENTRALIZED INSOLVENCY OPER.        P.O. BOX 7346       PHILADELPHIA, PA 19101−7346
7880863     JACOBS P.C.     ATTN: LEO JACOBS, ESQ.      667 MADISON AVE., 5TH FL.       NEW YORK, NY 10065
7880864     JACOBS P.C.     ATTN: WAYNED M. GREENWALD, ESQ      667 MADISON AVE., 5TH FL.       NEW YORK, NY 10065
7890552     Joyce A. Kuhns, Esq.        Offit Kurman, P.A.      300 East Lombard Street, Suite 2010     Baltimore, Maryland 21202
7880865     KAYA EXPRESS LEASING        4328 162ND STREET       FLUSHING, NY 11358

| | | | |
|---|---|---|---|
| 7880866 | LEE E. BUCHWALD | BUCHWALD CAPITAL ADVISORS LLC | 200 PARK AVENUE, SUITE 1700   NEW YORK, NY 10166 |
| 7880867 | METROPOLITAN REALTY | 381 SOUTH 5TH STREET | BROOKLYN, NY 11211 |
| 7880869 | MORRISON COHEN LLP | ATTN: DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE   NEW YORK, NY 10022 |
| 7880868 | MORRISON COHEN LLP | ATTN: JOSEPH T. MOLDOVAN, ESQ. | 909 THIRD AVENUE   NEW YORK, NY 10022 |
| 7880870 | MORRISON COHEN LLP | ATTN: Y. DAVID SCHARF | 909 THIRD AVE.   NEW YORK, NY 10022 |
| 7880871 | MPG CONSULTING INC. | 46 CLYMER STREET | BROOKLYN, NY 11249 |
| 7880872 | NAVIGATORS INSURANCE COMPANY | 1 PENN PLAZA | NEW YORK, NY 10119   NYC DEPT. OF FINANCE |
| 7880874 | NYS DEPT. TAXATION & FINANCE | BANKRUPTCY/SPECIAL PROCEDURES | P.O. BOX 5300   ALBANY, NY 12205–0300 |
| 7867046 | New York City Department of Finance | Office of Legal Affairs–Collection Unit RPT Taxes | 375 Pearl Street, 30th Floor   New York, NY 10038 |
| 7880875 | OFFICE OF THE ATTORNEY GENERAL | 28 LIBERTY ST. | NEW YORK, NY 10005 |
| 7880876 | OFFICE OF THE U.S. TRUSTEE | ATTN: GREG ZIPES | 201 VARICK STREET, SUITE 400   NEW YORK, NY 10281–1022 |
| 7880877 | PARK BROKERAGE INC. | P.O. BOX 050330 | BROOKLYN, NY 11205 |
| 7880878 | PW GROSSER CONSULTING | 630 JOHNSON AVE. | ATTN: HEATHER MORAN–BETTA   HEMPSTEAD, NY 11550 |
| 7880879 | RLI INSURANCE COMPANY | 620 EIGHTH AVENUE | 22ND FLOOR   NEW YORK, NY 10018 |
| 7880880 | ROBERT NEWBLATT | 286 RIDER AVE REALTY LLC | 286 RIDER AVENUE   BRONX, NY 10451 |
| 7880881 | SOLOMON ENGINEERING PLLC | 330 WEST 38TH ST. | SUITE 402   NEW YORK, NY 10018 |
| 7880882 | TITAN ENGINEERS PC | 1331 STUYVESANT AVENUE | UNION, NJ 07083 |
| 7880883 | TITAN ENGINEERS PC | 47 SERENE PLACE | HAUPPAUGE, NY 11788 |
| 7880884 | TOBY MOSKOVITS | 137–55 71ST STREET | FLUSHING, NY 11367 |
| 7880885 | U.S. ATTORNEYS OFFICE – SDNY | ATTN: TAX & BANKRUPTCY UNIT | 86 CHAMBERS STREET, THIRD FL.   NEW YORK, NY 10007 |
| 7872836 | Wayne M. Greenwald | Jacobs, P.C. | 667 Madison Avenue – 5th Floor   New York, NY 10065 |
| 7880886 | XOLLE DEMOLITION | 2071 FLATBUSH AVE   SUITE 44 | BROOKLYN, NY 11234 |
| 7880888 | YECHIAL MICHAEL LICHTENSTEIN | 324 AVENUE I | BROOKLYN, NY 11230 |
| 7880887 | YECHIAL MICHAEL LICHTENSTEIN | 929 EAST FIFTH STREET | BROOKLYN, NY 11230 |

TOTAL: 52