**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq.
Heath D. Rosenblat, Esq.
David J. Kozlowski, Esq.

*Attorneys for Be-Aviv 286 Rider LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**286 RIDER AVE ACQUISITION LLC,**<br><br>              Debtor. | Chapter 11<br><br>Case No. 21-11298 (LGB) |

## CERTIFICATE OF SERVICE

      I, Tukisha Knox, depose and say that I am employed by Morrison Cohen LLC, counsel to Be-Aviv 286 Rider LLC in the above-captioned case.

      I caused the following document to be served via email and first class regular mail on March 11, 2022 upon the service list attached hereto as Exhibit A.

      Reply of Be-Aviv 286 Rider LLC In Support of Its Motion Under Rule 7052 and 9023 Federal Rues of Bankruptcy Procedure, and Local Bankruptcy Rule 9023–1, For Relief From and to Reconsider the Court's February 11, 2022 Order [Docket No. 327].

| | |
|---|---|
| Dated: New York, New York<br>March 11, 2022 | /s/ *Tukisha Knox*<br>Tukisha Knox<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, New York 10022<br>(212) 735-8600 |

#11082232 v1 \029220 \0005

Exhibit A

| | |
|---|---|
| Jason A Nagi<br>Offit Kurman, P.A.<br>590 Madison Avenue, 6th Floor<br>New York, NY 10022<br>jason.nagi@offitkurman.com | Fred B. Ringel<br>Robinson, Brog, Leinwand,<br>Greene, Genovese & Gluck P.C.<br>875 Third Avenue, 9th Floor<br>New York, NY 10022<br>fbr@robinsonbrog.com |
| Joyce A. Kuhns, Esq.<br>Offit Kurman, P.A.<br>300 East Lombard Street, Suite 2010<br>Baltimore, Maryland 21202<br>Jkuhns@offitkurman.com | Steven B. Eichel<br>Lori A. Schwartz<br>Robinson, Brog, Leinwand,<br>Greene, Genovese & Gluck P.C.<br>875 Third Avenue, 9th Floor<br>New York, NY 10022-2524<br>se@robinsonbrog.com<br>ls@robinsonbrog.com |
| Clement Yee<br>Robinson, Brog, Leinwand,<br>Greene, Genovese & Gluck P.C.<br>875 Third Avenue, 9th Floor<br>New York, NY 10022<br>cy@robinsonbrog.com | Wayne M. Greenwald, of Counsel<br>Jacobs, P.C.<br>667 Madison Avenue - 5th Floor<br>New York, NY 10065<br>grimlawyers@aol.com |
| Ilevu Yakubov<br>Jacobs PC<br>8002 Kew Gardens Road, Ste 300<br>Kew Gardens, NY 11415<br>leo@yakubovlaw.com | Greg Zipes<br>United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>greg.zipes@usdoj.gov |
| D'agostino, Levine, Landesman,<br>Lederman & Rivera, LLP<br>Bruce H. Lederman, Esq.<br>345 Seventh Avenue, 23rd Floor<br>New York, New York 10001<br>blederman@dagll.com | Douglas E. Spelfogel<br>Leah M. Eisenberg<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>dspelfogel@mayerbrown.com<br>leisenberg@mayerbrown.com |

#11082232 v1 \029220 \0005