# **EXHIBIT A**

 

NYC Department of Buildings

## Overview for Complaint #:2331704 = RESOLVED

**Complaint at:** 286 RIDER AVENUE    **BIN:** 2000954    **Borough:** BRONX    **ZIP:** 10451

**Category Code:**    09    DEBRIS - EXCESSIVE
DEBRIS : EXCESSIVE

**Assigned To:**    BRONX CONSTRUCTION ENFORCEMENT    **Priority:** B
**311 Reference Number:** 311-09400968

**Received:** 02/17/2022    **Block:** 2333    **Lot:** 33    **Community Board:** 201
**Owner:** 286 RIDER AVE ACQUISITION LLC

**Last Inspection:** 02/23/2022 - - BY BADGE # 3255
**Disposition:** 02/23/2022 - I2 - NO VIOLATION WARRANTED FOR COMPLAINT AT TIME OF INSPECTION
**Comments:** AT TIME OF INSPECTION, NO DEBRIS AND WORKERS ARE SMOKING AT TOP OF ROOF OR FRONTOF THE HOUSE BEEN OBSERVED.

## Complaint Disposition History

| # | Disposition Date | Disposition Code | Disposition | Inspection By | Date |
|---|---|---|---|---|---|

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.