# <u>EXHIBIT B</u>





























