**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| **286 Rider Ave Acquisition LLC** | Case No. 21-11298 (LGB) |
| **Debtor.** | |

**ORDER DENYING MOTION BY BE-AVIV 286 RIDER UNDER RULE
7052 AND 9023**

Upon consideration of the *Motion by Be-Aviv 286 Rider Under Rule 7052 and 9023* [ECF No. 312], filed February 25, 2022 (the "Motion"), the objection filed to the Motion [ECF No. 325], the reply filed in support of the Motion [ECF No. 327], and the surreply filed with respect to the Motion [ECF No. 332]; and hearing having been held on the Motion on March 16, 2022;

It is hereby ORDERED as follows:

1. For the reasons set forth on the record of the hearing, the Motion is DENIED.

Dated: March 17, 2022
New York, New York

/s/ Lisa G. Beckerman
Hon. Lisa G. Beckerman
United States Bankruptcy Judge