UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* <br><br> **286 Rider Ave Acquisition LLC** <br><br> **Debtor.** | Chapter 11 <br><br> Case No. 21-11298 (LGB) |

**ORDER DENYING MOTION TO RECONSIDER PORTION OF
COURT'S FEBRUARY 11, 2022 ORDER REGARDING 286 RIDER AVE
DEVELOPMENT, LLC'S MOTION TO CONFIRM DISPUTED PAY-OFF
AMOUNTS, SATISFACTION OF DIP LOAN, AND FOR RELATED
RELIEF AND SUPPLEMENT TO SAME**

Upon consideration of the *Motion to Reconsider Portion of Court's February 11, 2022 Order Regarding 286 Rider Ave Development, LLC's Motion to Confirm Disputed Pay-Off Amounts, Satisfaction of DIP Loan, and For Related Relief and Supplement to Same* [ECF No. 311], filed February 25, 2022 (the "Motion"), the objection filed to the Motion [ECF No. 325], the reply filed in support of the Motion [ECF No. 329], and the surreply filed with respect to the Motion [ECF No. 332]; and a hearing having been held on the Motion on March 16, 2022;

It is hereby ORDERED as follows:

1. For the reasons set forth on the record of the hearing, the Motion is DENIED.

Dated: March 17, 2022
    New York, New York

**/s/ Lisa G. Beckerman**
Hon. Lisa G. Beckerman
United States Bankruptcy Judge
