ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
875 Third Avenue
New York, New York 10022
Fred B. Ringel
Clement Yee
*Attorneys for the Debtor and Debtor in
Possession*

Hearing Date and Time:
March 29, 2022 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                            Chapter 11

**286 RIDER AVE ACQUISITION LLC,**               Case No: 21-11298 (LGB)

                              Debtor.
-----------------------------------------------------------X

### NOTICE OF HEARING TO CONSIDER FINAL APPLICATION OF ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. AS ATTORNEYS FOR THE DEBTOR FOR AN AWARD OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED

**PLEASE TAKE NOTICE**, that a hearing will be held before the

Honorable Lisa G. Beckerman, United States Bankruptcy Judge at the United

States Bankruptcy Court, One Bowling Green, New York, New York 10004 on

**March 29, 2022 at 10:00 a.m.** ("Hearing Date"), or as soon thereafter as counsel may

be heard, to consider the application ("Fee Application") for final allowance of

compensation for professional services rendered and reimbursement of expenses

incurred for the time periods as set forth below:

| Applicant | Fees Requested | Reimbursement of Expenses |
|---|---|---|
| Robinson Brog Leinwand Greene Genovese & Gluck P.C. (special counsel to the Debtors) **Final Fee Application** | $907,768.50 (actual fees incurred from July 15, 2021 through March 11, 2022)<br><br>$35,000.00 (estimated fees from March 12, 2022 through April 15, 2022) | $13,431.36 (actual expenses incurred from July 15, 2021 through March 11, 2022) |

PLEASE TAKE FURTHER NOTICE, that the hearing will take place telephonically. Parties wishing to participate in or listen to a telephonic hearing must register online with Court Solutions at www.court-solutions.com. Parties wishing to participate in or listen to a video hearing must register utilizing the Electronic Appearance portal located on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. No advance Chambers' permission is required. Further information on how to register with Court Solutions can be found in General Order M-543. Attorneys seeking to participate must be admitted to the Court or admitted pro hac vice.

PLEASE TAKE FURTHER NOTICE, that the Fee Application may be examined with a password on the Bankruptcy Court's electronic filing system on the Internet at http://www.nysb.uscourts.gov or by requesting a copy of the Fee Applications from the undersigned counsel for the Debtor at the address set forth below. Copies of redacted Applicant's time records are available upon request.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Fee

Application, must be in writing setting forth the facts and authorities upon which

an objection is based, filed with the Clerk of the Court, United States Bankruptcy

Court, Southern District of New York, One Bowling Green, , New York New York

10004, with a copy to Chambers, provided, however, that pursuant to *general order*

No. M-399 re Electronic Case Filing Procedures (as amended from time to time),

entities with Internet access shall file objections (formatted with Adobe Acrobat file

format) at http://www. nysb.uscourts.gov. and served so as to be received by the

Applicant, counsel for the Debtor, **Robinson Brog Leinwand Greene Genovese &**

**Gluck P.C., 875 Third Avenue, New York, New York 10022, Attention: Fred B.**

**Ringel, Esq.**, and the **Office of the United States Trustee, U.S. Federal Office**

**Building, 201 Varick Street, Suite 1006 New York, New York 10014**, no later than

**March 28, 2022 at 12:00 p.m**.

Dated:   New York, New York
         March 18, 2022                      ROBINSON BROG LEINWAND
                                              GREENE GENOVESE & GLUCK P.C.
                                              Counsel for the Debtor
                                              875 Third Avenue, 9th Floor
                                              New York, New York 10022
                                              Tel. No.:  212-603-6300

                                              By:   /s/ Fred B. Ringel
                                                    **Fred B. Ringel**