**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan
David J. Kozlowski
Heath D. Rosenblat

*Attorneys for Be-Aviv 286 Rider LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **286 RIDER AVE ACQUISITION LLC,** | Case No. 21-11298-LGB |
| Debtor. | |

**TIME AND EXPENSE RECORDS FOR BE-AVIV 286 RIDER LLC**
**AS DIRECTED BY COURT ORDER DATED MARCH 3, 2022**

Be-Aviv 286 Rider LLC ("**Be-Aviv**"), by its undersigned counsel, hereby files its time and expense records as directed by the Court in the *Second Amendment to Order Regarding Development's Motion to Confirm Disputed Payoff Amounts, Satisfaction of DIP Loan, and for Related Relief and Supplement to Same*, dated March 3, 2022 ("**Order**") [Docket No. 319]. Pursuant to the Order, time[1] and expense detail is broken down as follows:

---

[1] Be-Aviv is not waiving and will not be deemed to have waived or diminished any of its attorney work product protections, attorney-client privileges, or similar protections and privileges as a result of disclosing the attached time records. Any disclosure of information otherwise subject to such privilege is inadvertent, and Be-Aviv reserves all rights with respect thereto. Client names that may appear in the time records, relative to redactions, are Eyal Epstein, Ben Harlev, Guy Peleg, and Beverly Breier.

#11045767 v4 \029220 \0005

**Exhibit A** constitutes detailed time and expense records incurred prepetition which were unpaid as of the date of the commencement of this chapter 11 case, July 15, 2021 ("**Petition Date**").

**Exhibit B** constitutes detailed time and expense records incurred from the Petition Date through and including November 22, 2021.

**Exhibit C** constitutes detailed time and expense records incurred (c) from January 10, 2022 through and including February 10, 2022.

|  | Fees | Expenses | Total |
|---|---|---|---|
| Exhibit A | $212,000.50 | $3,231.05 | $215,231.55 |
| Exhibit B[2] | $698,055.00 | $6,277.91 | $704,332.91 |
| Exhibit C | $351,024.50 | $1,879.86 | $352,904.36 |
| **Requested Time Period Totals** | **$1,261,080.00** | **$11,388.82** | **$1,272,468.82** |

[*remainder of page intentionally left blank*]

---

[2] As noted on the record of the March 16, 2022 hearing, time and fees associated with work concerning DIP financing before the Court's delineated period of November 23, 2021 through and including January 9, 2022 has been deducted from this Exhibit B in the aggregate amount of $63,093.00.

#11045767 v4 \029220 \0005

Be-Aviv estimates legal fees and related expenses to be incurred from February 11, 2022 through and including April 15, 2022 to be approximately $425,000.

| | |
|---|---|
| Dated: New York, New York<br>       March 18, 2022 | MORRISON COHEN LLP<br><br>By: /s/ Joseph T. Moldovan<br>      Joseph T. Moldovan, Esq.<br>      David J. Kozlowski, Esq.<br>      Heath D. Rosenblat, Esq.<br>      909 Third Avenue<br>      New York, New York 10022<br>      (212) 735-8600<br>      jmoldovan@morrisoncohen.com<br>      dkozlowski@morrisoncohen.com<br>      hrosenblat@morrisoncohen.com<br><br>*Attorneys for Be-Aviv 286 Rider LLC* |