# EXHIBIT A

## Detailed Time Records for Amounts Unpaid as of the Petition Date

| Date | TKPR Name | Base Amt | Hourly Rate | Hours | Narrative |
|---|---|---|---|---|---|
| 4/5/2021 | SCHARF, Y. DAVID | $ 497.50 | $ 995.00 | 0.5 | WORK ON BUDGET; ATTENTION TO EMAILS; CALLS |
| 4/30/2021 | ADEGOKE, DUPE | $ 930.00 | $ 465.00 | 2 | Review rules regarding change of venue, conference call, and file demand regarding change of venue. |
| 5/2/2021 | THOMPSON, LATISHA V. | $ 792.00 | $ 660.00 | 1.2 | Call with YDS re: next steps in litigation; review and repsond to email; revise outline |
| 5/2/2021 | SCHARF, Y. DAVID | $ 995.00 | $ 995.00 | 1 | EMAILS WITH L THOMPSON RE: DEMAND FOR CHANGE OF VENUE, OSC EXTENDING TIME, DQ ISSUES, SUMMARY OF POINTS FOR MOTION AND REVIEW OF SAME |
| 5/4/2021 | THOMPSON, LATISHA V. | $ 1,584.00 | $ 660.00 | 2.4 | Update call with client; attention to issues related to [redacted]; review and respond to email |
| 5/4/2021 | SCHARF, Y. DAVID | $ 497.50 | $ 995.00 | 0.5 | CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL |
| 5/4/2021 | ADEGOKE, DUPE | $ 516.50 | $ 465.00 | 1.1 | Conference call and next steps. |
| 5/4/2021 | MCLAUGHLIN, TERENCE K. | $ 1,700.00 | $ 680.00 | 2.5 | ANALYSIS OF LOAN DOCUMENTS AND PREPARING LENDER RIGHTS AND BANKRUPTCY ANALYSIS. |
| 5/5/2021 | ADEGOKE, DUPE | $ 2,092.50 | $ 465.00 | 4.5 | Draft and conduct research regarding memo of law in support of motion to change venue. |
| 5/5/2021 | THOMPSON, LATISHA V. | $ 1,848.00 | $ 660.00 | 2.8 | Call with client re: retrieval of emails/underlying documents; call with T. Mclaughlien re: notices; review and respond to eimail; call with J. Moldovan, YDS and T. Mclaughlin re: potential bankruptcy and 360 sale. |
| 5/5/2021 | SCHARF, Y. DAVID | $ 2,189.00 | $ 995.00 | 2.2 | CONFERENCE CALL; CALL WITH L THOMPSON; CALL WITH J MOLDOVAN; EMAILS WITH L THOMPSON RE: LOAN DOCUMENTS; EMAILS WITH B HARLEV RE: [redacted] |
| 5/5/2021 | MCLAUGHLIN, TERENCE K. | $ 1,564.00 | $ 680.00 | 2.3 | ONGOING DISCUSSIONS WITH LATISHA RE BE AVIV BANKRUPTCY OR OTHER PATHS; ONGOING LENDER RIGHTS AND BANKRUPTCY ANALYSIS. |
| 5/6/2021 | ADEGOKE, DUPE | $ 1,860.00 | $ 465.00 | 4 | Continue draft and research of memo in support of motion to change venue. |
| 5/6/2021 | THOMPSON, LATISHA V. | $ 396.00 | $ 660.00 | 0.6 | Contact with T. Mcluaghlin re: exercise of pledge remedies; legal research; review and respond to email |
| 5/6/2021 | MCLAUGHLIN, TERENCE K. | $ 544.00 | $ 680.00 | 0.8 | CONTINUED DISCUSSION WITH LATISHA AND LENDER RIGHTS AND BANKRUPTCY ANALYSIS. |
| 5/7/2021 | DAVIS, CHELSEY A. | $ 147.50 | $ 295.00 | 0.5 | T/C WITH WACHTELL ATTORNEY RE: TRANSFER OF CASE FILES VIA FTP; DOWNLOAD FILES AND SAVE TO LITSHARE; EMAIL CASETEAM RE: NEXT STEPS. |
| 5/7/2021 | THOMPSON, LATISHA V. | $ 3,432.00 | $ 660.00 | 5.2 | Draft/revise motion to change venue; legal research |
| 5/7/2021 | ADEGOKE, DUPE | $ 697.50 | $ 465.00 | 1.5 | Edits to motion to change venue. |
| 5/7/2021 | SCHARF, Y. DAVID | $ 99.50 | $ 995.00 | 0.1 | EMAILS WITH L THOMPSON RE: DOCUMENTS RECEIVED FROM WACHTELL AND REVIEW OF SAME |
| 5/7/2021 | MOLDOVAN, JOSEPH T. | $ 1,170.00 | $ 975.00 | 1.2 | call w scharf tm and lt re bk strategy, analyze same |
| 5/7/2021 | MCLAUGHLIN, TERENCE K. | $ 1,700.00 | $ 680.00 | 2.5 | LENDER RIGHTS AND BANKRUPTCY ANALYSIS. |
| 5/8/2021 | ADEGOKE, DUPE | $ 1,023.00 | $ 465.00 | 2.2 | Continue to edit motion to change venue. |
| 5/8/2021 | SCHARF, Y. DAVID | $ 298.50 | $ 995.00 | 0.3 | EMAILS WITH H ISRAELI COUNSEL RE: [redacted]; FOLLOW-UP WITH L THOMPSON |
| 5/8/2021 | MOLDOVAN, JOSEPH T. | $ 4,777.50 | $ 975.00 | 4.9 | Review revise TM strategy memo; analyze SARE and SBRA case application |
| 5/9/2021 | THOMPSON, LATISHA V. | $ 858.00 | $ 660.00 | 1.3 | Draft/revise motion for change of venue;review and respond to email |
| 5/9/2021 | SCHARF, Y. DAVID | $ 298.50 | $ 995.00 | 0.3 | EMAILS WITH L THOMPSON RE: MOL ISO MOTION TO CHANGE VENUE AND REVIEW OF SAME |
| 5/9/2021 | ADEGOKE, DUPE | $ 1,627.50 | $ 465.00 | 3.5 | Conduct further research and revise memo of law in support of motion. |
| 5/9/2021 | SCHARF, Y. DAVID | $ 298.50 | $ 995.00 | 0.3 | EMAILS WITH J MOLDOVAN RE: 286 RIDER LENDER RIGHTS BULLET POINTS AND REVIEW OF SAME; |
| 5/10/2021 | DAVIS, CHELSEY A. | $ 1,327.50 | $ 295.00 | 4.5 | CITE CHECK MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CHANGE VENUE; PREPARE TABLE OF CONTENTS AND TABLE OF AUTHORITIES IN BRIEF; HYPERLINK TO AUTHORITIES IN BRIEF; PREPARE EXHIBITS TO LVT AFFIRMATION IN SUPPORT OF MOTION FOR FILING; INSERT WORD COUNT CERTIFICATIONS IN ALL PAPERS PURSUANT TO COMMERCIAL DIVISION RULE; PREPARE RJI AND COMMERCIAL DIVISION ADDENDUM; FINALIZE ALL PAPERS FOR FILING AND SEND TO LVT AND MANAGING CLERKS FOR FINAL APPROVAL AND FILING. |
| 5/10/2021 | VAZQUEZ, FRANCIS | $ 315.00 | $ 210.00 | 1.5 | Received, review, efile, and docket copies of the Petition, Proposed Order to Show Cause to Change Venue, Affirmation of Latisha V. Thompson with exhibits A-H, Memorandum of Law, RJI, and Commercial Division Addendum. |
| 5/10/2021 | ADEGOKE, DUPE | $ 2,790.00 | $ 465.00 | 6 | Editing Memo of law, draft of affirmation and remaining supportive documents for motion to change venue. |
| 5/10/2021 | SCHARF, Y. DAVID | $ 199.00 | $ 995.00 | 0.2 | EMAILS WITH B HARLEV RE: [redacted]; emails with l thompson re: same; emails with c bardenstein re: |
| 5/10/2021 | THOMPSON, LATISHA V. | $ 858.00 | $ 660.00 | 1.3 | Revise/finalize memorandum of law for change of venue |
| 5/10/2021 | MCLAUGHLIN, TERENCE K. | $ 340.00 | $ 680.00 | 0.5 | DISCUSSIONS WITH LATISHA AND MOLDOVAN REGARDING BANKRUPTCY OVERVIEW MEMO |
| 5/11/2021 | DAVIS, CHELSEY A. | $ 59.00 | $ 295.00 | 0.2 | DOWNLOAD AS-FILED PAPERS FROM ECF AND SAVE TO SYSTEM. |
| 5/11/2021 | ADEGOKE, DUPE | $ 465.00 | $ 465.00 | 1 | Revise filing. |

Detailed Time Records for Amounts Unpaid as of the Petition Date

| Date | TKPR Name | Base Amt | Hourly Rate | Hours | Narrative |
|---|---|---|---|---|---|
| 5/11/2021 | SCHARF, Y. DAVID | $ 497.50 | $ 995.00 | 0.5 | EMAILS WITH L THOMPSON RE: LENDER RIGHTS BULLET POINTS, LENDER NOTICES AND CONSENTS AND REVIEW OF SAME, DRAFT ▬▬▬▬▬▬▬; EMAILS WITH T MCLAUGHLIN RE: SAME |
| 5/11/2021 | THOMPSON, LATISHA V. | $ 858.00 | $ 660.00 | 1.3 | Update call with client; review and revise memo; contact with T. Mclaughlin re:same; attention to email |
| 5/12/2021 | SCHARF, Y. DAVID | $ 199.00 | $ 995.00 | 0.2 | EAMAILS WITH B HARLEV RE: QUESTIONS/THOUGHTS AND REVIEW OF SAME |
| 5/13/2021 | SCHARF, Y. DAVID | $ 298.50 | $ 995.00 | 0.3 | EMAILS WITH L THOMPSON RE: UCC COMMERCIAL SALE RESPONSE |
| 5/13/2021 | ADEGOKE, DUPE | $ 1,023.00 | $ 465.00 | 2.2 | Draft response to disqualification letter. |
| 5/13/2021 | ADEGOKE, DUPE | $ 279.00 | $ 465.00 | 0.6 | Conference call including opposition letter and ▬▬▬▬▬▬▬. |
| 5/13/2021 | THOMPSON, LATISHA V. | $ 726.00 | $ 660.00 | 1.1 | Attention to legal research; review and respond to email. |
| 5/13/2021 | THOMPSON, LATISHA V. | $ 726.00 | $ 660.00 | 1.1 | Contact with L. Mclauglin re 363 process; ▬▬▬▬▬ |
| 5/13/2021 | MCLAUGHLIN, TERENCE K. | $ 1,428.00 | $ 680.00 | 2.1 | ONGOING WORK AND DISCUSSION WITH LATISHA REGARDING BANKRUPTCY PLANNING AND ATTENTION TO DEFAULT NOTICES; RESEARCH REGARDING INSIDER STATUS OF ACQUIRED CLAIMS |
| 5/14/2021 | ADEGOKE, DUPE | $ 1,953.00 | $ 465.00 | 4.2 | Communications internally and externally, review of conflicts and billings regarding conflicts, revise letter and finalize service of documents. |
| 5/14/2021 | VAZQUEZ, FRANCIS | $ 63.00 | $ 210.00 | 0.3 | Received, review, efile, and docket a copy of the Conformed Order to Show Cause to Change Venue filed in New York County. |
| 5/14/2021 | SCHARF, Y. DAVID | $ 895.50 | $ 995.00 | 0.9 | EMAILS WITH L THOMPSON RE: DRAFT LETTER RESPONDING TO THE REQUEST THAT WE WITHDRAW AS COUNSEL AND REVIEW OF SAME; EMAILS WITH D ADEGOKE RE: LETTER; CALL WITH L THOMPSON; EMAILS WITH E EPSTEIN RE: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 5/14/2021 | THOMPSON, LATISHA V. | $ 792.00 | $ 660.00 | 1.2 | Attention to strategy issues re: bankruptcy 363 Sale; call with J. Moldovan re:same; review and respond to email |
| 5/16/2021 | SCHARF, Y. DAVID | $ 995.00 | $ 995.00 | 1 | CONFERENCE CALL; EMAILS WITH T BOGALE RE: DRAFT AFFIRMATION IN SUPPORT OF EXTENSION OF TIME AND REVIEW OF SAME; ▬▬▬▬ |
| 5/16/2021 | ADEGOKE, DUPE | $ 2,092.50 | $ 465.00 | 4.5 | Conduct research and draft affirmation in support of extension and sanctions. |
| 5/16/2021 | THOMPSON, LATISHA V. | $ 924.00 | $ 660.00 | 1.4 | Call with J. Moldovan, YDS and T. Mclaughlin re: sale plan and next steps; legal research; call with D. Adegoke re: motion for extension of time and sanctions |
| 5/16/2021 | MOLDOVAN, JOSEPH T. | $ 975.00 | $ 975.00 | 1 | Team call - L. Thompson, clients |
| 5/16/2021 | MOLDOVAN, JOSEPH T. | $ 780.00 | $ 975.00 | 0.8 | call w lt and yds re matter |
| 5/17/2021 | DAVIS, CHELSEY A. | $ 295.00 | $ 295.00 | 1 | REVIEW LVT AFFIRMATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME AND FOR SANCTIONS AND COMPILE EXHIBITS THERETO; CITE CHECK AFFIRMATION AND INSERT HYPERLINKS TO PREVIOUSLY FILED NYSCEF DOCUMENTS AND AUTHORITIES; FINALIZE OTSC, AFFIRMATION AND EXHIBITS AND FORWARD TO LVT AND MANAGING CLERKS FOR FINAL APPROVAL AND FILING. |
| 5/17/2021 | VAZQUEZ, FRANCIS | $ 63.00 | $ 210.00 | 0.3 | Received, review, efile, and docket a copy of the Affirmation of Service of the Order to Show Cause to Change Venue |
| 5/17/2021 | ADEGOKE, DUPE | $ 930.00 | $ 465.00 | 2 | Conduct research for ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. |
| 5/17/2021 | ADEGOKE, DUPE | $ 1,488.00 | $ 465.00 | 3.2 | Revise affirmation, draft notice, and finalize documents for filing. |
| 5/17/2021 | VAZQUEZ, FRANCIS | $ 105.00 | $ 210.00 | 0.5 | Received, review, efile, and docket a copy of Proposed Order to Show Cause to Extend Their Time to Answer, Move, or Otherwise Respond to the Complaint and Sanctions and Affirmation of Latisha V. Thompson with Exhibits A-G. |
| 5/17/2021 | THOMPSON, LATISHA V. | $ 1,848.00 | $ 660.00 | 2.8 | Call with A. Tantleff re: manager or services provider; review and respond to email; draft/revise motion for extension of time; |
| 5/18/2021 | ADEGOKE, DUPE | $ 2,185.50 | $ 465.00 | 4.7 | Revise sections of ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. |
| 5/18/2021 | ADEGOKE, DUPE | $ 697.50 | $ 465.00 | 1.5 | Revise letter and review underlying documents and cases in regard to conflict. |
| 5/18/2021 | THOMPSON, LATISHA V. | $ 1,452.00 | $ 660.00 | 2.2 | Weekly update call with client; joined by A; Tantleff; attention to motion papers; call with D. Adegoke re:same |
| 5/18/2021 | ADEGOKE, DUPE | $ 279.00 | $ 465.00 | 0.6 | Conference call regarding motion and extension. |
| 5/18/2021 | SCHARF, Y. DAVID | $ 298.50 | $ 995.00 | 0.3 | EMAILS WITH D ADEGOKE RE: REVISED AFFIRMATION AND REVIEW OF SAME, DISQUALIFICATION LETTER AND REVIEW OF SAME; EMAILS WITH L THOMPSON RE: AFFIDAVIT OF CONFESSION OF JUDGMENT AND REVIEW OF SAME; EMAILS WIT D PIEDRA RE: LETTER TO GOLDBERG AND REVIEW OF SAME |
| 5/18/2021 | MOLDOVAN, JOSEPH T. | $ 1,267.50 | $ 975.00 | 1.3 | client and team call re strategy |
| 5/19/2021 | WYTENUS, CHRISTOPHER | $ 50.00 | $ 250.00 | 0.2 | E-mail with D. Adegoke re: transfer of case to commercial division |

Detailed Time Records for Amounts Unpaid as of the Petition Date

| Date | TKPR Name | Base Amt | Hourly Rate | Hours | Narrative |
|---|---|---|---|---|---|
| 5/19/2021 | THOMPSON, LATISHA V. | $ 1,056.00 | $ 660.00 | 1.6 | Revise letter re: disqualification; contact with D. Adegoke and C. Nicolo re: same; review/revise NDA ; review and respond to email; |
| 5/19/2021 | ADEGOKE, DUPE | $ 2,092.50 | $ 465.00 | 4.5 | Review |
| 5/19/2021 | ADEGOKE, DUPE | $ 558.00 | $ 465.00 | 1.2 | Revise and review representation background regarding disqualification letter. |
| 5/19/2021 | SCHARF, Y. DAVID | $ 298.50 | $ 995.00 | 0.3 | EMAILS WITH L THOMPSON RE: RESPONSE TO DISQUALIFICATION LETTER AND REVIEW OF SAME; EMAILS WITH B HARLEV RE: |
| 5/20/2021 | VAZQUEZ, FRANCIS | $ 63.00 | $ 210.00 | 0.3 | Received, review, calendar, and docket a copy of the Conformed Order to Show Cause to Extend Time to Answer & for Sanctions. |
| 5/20/2021 | THOMPSON, LATISHA V. | $ 2,178.00 | $ 660.00 | 3.3 | Review and respond to email; legal research; attention to drafting and revising |
| 5/20/2021 | SCHARF, Y. DAVID | $ 99.50 | $ 995.00 | 0.1 | EMAILS WITH B HARLEV RE: |
| 5/21/2021 | THOMPSON, LATISHA V. | $ 198.00 | $ 660.00 | 0.3 | Attention to email; contact with YDS re: broker |
| 5/23/2021 | THOMPSON, LATISHA V. | $ 2,178.00 | $ 660.00 | 3.3 | Draft/revise |
| 5/24/2021 | THOMPSON, LATISHA V. | $ 264.00 | $ 660.00 | 0.4 | Review and respond to email call with client |
| 5/25/2021 | THOMPSON, LATISHA V. | $ 924.00 | $ 660.00 | 1.4 | Weekly update call; contact with broker' review and respond to email; revise/finalize NDA |
| 5/25/2021 | MOLDOVAN, JOSEPH T. | $ 1,072.50 | $ 975.00 | 1.1 | emails yds and lt re strategy going forward; calls to potential ims. |
| 5/25/2021 | SCHARF, Y. DAVID | $ 796.00 | $ 995.00 | 0.8 | CONFERENCE CALL AND FOLLOW-UP |
| 5/26/2021 | MOLDOVAN, JOSEPH T. | $ 390.00 | $ 975.00 | 0.4 | calls tantleff and latisha re retention |
| 5/27/2021 | SCHARF, Y. DAVID | $ 497.50 | $ 995.00 | 0.5 | CALL WITH L THOMPSON |
| 5/27/2021 | THOMPSON, LATISHA V. | $ 264.00 | $ 660.00 | 0.4 | Call with client and broker; review and respond to email |
| 5/27/2021 | MOLDOVAN, JOSEPH T. | $ 1,365.00 | $ 975.00 | 1.4 | calls with mitch greene re case; ocs yds and lt re same; calls with possible managers. |
| 5/28/2021 | SCHARF, Y. DAVID | $ 199.00 | $ 995.00 | 0.2 | CALL WITH L THOMPSON |
| 5/28/2021 | THOMPSON, LATISHA V. | $ 330.00 | $ 660.00 | 0.5 | Review and respond to email; call with YDS; attention to expert retention |
| 5/28/2021 | MOLDOVAN, JOSEPH T. | $ 780.00 | $ 975.00 | 0.8 | tc proposed debtor counsel re case and strategy |
| 5/30/2021 | SCHARF, Y. DAVID | $ 199.00 | $ 995.00 | 0.2 | EMAILS WITH J MOLDOVAN RE: REVIEW OF CORPORATE AND LOAN DOCUMENTS |
| 5/31/2021 | THOMPSON, LATISHA V. | $ 528.00 | $ 660.00 | 0.8 | Review and respond to emails with J Moldovan; Review various operating agreements; attention to auditor's letter |
| 5/31/2021 | MOLDOVAN, JOSEPH T. | $ 2,535.00 | $ 975.00 | 2.6 | review loan and other corp docs re matter |
| 6/1/2021 | DAVIS, CHELSEY A. | $ 147.50 | $ 295.00 | 0.5 | REVIEW CASE DOCUMENTS AND EMAILS REGARDING SERVICE OF CONFORMED COPIES OF KINGS COUNTY OTSC; PREPARE AFFIRMATION OF SERVICE OF SAME FOR DA SIGNATURE. |
| 6/1/2021 | WYTENUS, CHRISTOPHER | $ 75.00 | $ 250.00 | 0.3 | E-file affirmation of service; review and docket copy of same. |
| 6/1/2021 | ADEGOKE, DUPE | $ 186.00 | $ 465.00 | 0.4 | Filing of affidavit. |
| 6/1/2021 | MOLDOVAN, JOSEPH T. | $ 975.00 | $ 975.00 | 1 | call with l. Thompson, D. Scharf |
| 6/1/2021 | MOLDOVAN, JOSEPH T. | $ 3,607.50 | $ 975.00 | 3.7 | call with client, calls throughout day with team re all filing matters; call with lee buchwald and robinson brog; prep materials for client |
| 6/1/2021 | KOZLOWSKI, DAVID | $ 1,950.00 | $ 650.00 | 3 | Telephone calls with client and internally re status and bankruptcy-related issues. |
| 6/1/2021 | KATSNELSON, ROBERT | $ 1,000.00 | $ 500.00 | 2 | Discussion re: management issues; drafting amendment to operating agreement |
| 6/1/2021 | SCHARF, Y. DAVID | $ 497.50 | $ 995.00 | 0.5 | ZOOM MEETING; EMAILS WITH L THOMPSON RE: BANKRUPTCY FILING, PROPERTY VALUATION, MANAGER CANDIDATE |
| 6/1/2021 | THOMPSON, LATISHA V. | $ 660.00 | $ 660.00 | 1 | Weekly update call; call with J Moldovan re; budget and time line; review and respond to email |
| 6/2/2021 | THOMPSON, LATISHA V. | $ 462.00 | $ 660.00 | 0.7 | Review and respond to email; call with R. Katsnelson re: amendment to operating agreement; contact with H. Israel re: audit inquiry |
| 6/2/2021 | MOMIN, KARIM N. | $ 352.50 | $ 705.00 | 0.5 | Review and comment upon Audit Letter; teleconference with L. Thompson. |
| 6/2/2021 | ADEGOKE, DUPE | $ 558.00 | $ 465.00 | 1.2 | Draft response to audit letter. |
| 6/2/2021 | KATSNELSON, ROBERT | $ 400.00 | $ 500.00 | 0.8 | Attention to management/control issues |
| 6/2/2021 | SICONOLFI, SALLY | $ 262.50 | $ 525.00 | 0.5 | Call on Rider case with DK and JTM |
| 6/2/2021 | SCHARF, Y. DAVID | $ 796.00 | $ 995.00 | 0.8 | MEET WITH G CORBIN; EMAILS WITH J MOLDOVAN RE: STRATEGY UPDATE AND REVIEW OF SAME |
| 6/2/2021 | KOZLOWSKI, DAVID | $ 2,145.00 | $ 650.00 | 3.3 | Telephone calls with J. Moldovan; prepare contact list. |
| 6/2/2021 | MOLDOVAN, JOSEPH T. | $ 3,607.50 | $ 975.00 | 3.7 | team calls re background, litigaiton, corp structure, consents, filing issues, review docs re same. |
| 6/3/2021 | ADEGOKE, DUPE | $ 558.00 | $ 465.00 | 1.2 | Secure filing mandated by court order for motion to change venue. |
| 6/3/2021 | SICONOLFI, SALLY | $ 367.50 | $ 525.00 | 0.7 | Participate in call on Rider Ave with F. Ringel, JTM, and DK and work on corporate authorization follow up |

Detailed Time Records for Amounts Unpaid as of the Petition Date

| Date | TKPR Name | Base Amt | Hourly Rate | Hours | Narrative |
|---|---|---|---|---|---|
| 6/3/2021 | THOMPSON, LATISHA V. | $ 330.00 | $ 660.00 | 0.5 | Attention to audit response issues; contact with J. Moldovan timeline and estimate; contact with R. Katsnelson re:same; review and respond email |
| 6/3/2021 | KOZLOWSKI, DAVID | $ 2,535.00 | $ 650.00 | 3.9 | Draft consent to filing bankruptcy; review timeline and correspondence re same; correspondence and calls re status. |
| 6/3/2021 | MOLDOVAN, JOSEPH T. | $ 5,752.50 | $ 975.00 | 5.9 | prep for and all hands call with client re ch 11; calls with potential bk counsel and buchwald; prep timeline and other material for client; review and deliver proposed retention agreements for counsel and manager. |
| 6/3/2021 | SCHARF, Y. DAVID | $ 298.50 | $ 995.00 | 0.3 | EMAILS WITH L THOMPSON RE: AFFILIATE ENTITY; EMAILS WITH J MOLDOVAN RE: BANKRUPTCY TIMELINE AND REVIEW OF SAME |
| 6/4/2021 | THOMPSON, LATISHA V. | $ 396.00 | $ 660.00 | 0.6 | Attention to issues related to the Audit Response; review and respond to email |
| 6/4/2021 | MOMIN, KARIM N. | $ 352.50 | $ 705.00 | 0.5 | Draft and review email correspondence; review and comment upon Audit Letter. |
| 6/4/2021 | ADEGOKE, DUPE | $ 1,162.50 | $ 465.00 | 2.5 | Revise and edits to audit response including conference calls. |
| 6/4/2021 | KOZLOWSKI, DAVID | $ 1,430.00 | $ 650.00 | 2.2 | Outline 1007 declaration for bankruptcy filing. |
| 6/4/2021 | SCHARF, Y. DAVID | $ 597.00 | $ 995.00 | 0.6 | EMAILS WITH J MOLDOVAN RE: TIMELINE WITH DELIVERABLES AND COSTS RELATED TO THE BANKRUPTCY AND REVIVEW OF SAME; EMAILS WITH L THOMPSON RE: 286 RIDER |
| 6/4/2021 | MOLDOVAN, JOSEPH T. | $ 1,072.50 | $ 975.00 | 1.1 | email to all parties; calls with team, buchwald, ringer re proposed retention. |
| 6/5/2021 | MOLDOVAN, JOSEPH T. | $ 195.00 | $ 975.00 | 0.2 | emails yds re status |
| 6/6/2021 | SCHARF, Y. DAVID | $ 398.00 | $ 995.00 | 0.4 | EMAILS WITH L THOMPSON RE: AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO ORDER TO SHOW CAUSE; EMAILS RE: NOTICE OF FILING AND REVIEW OF SAME |
| 6/7/2021 | VAZQUEZ, FRANCIS | $ 63.00 | $ 210.00 | 0.3 | Received, review, calendar, and docket a copy of Plaintiff's Motion to Disqualify MoCo, Affirmation of Michael Lichtenstein, and Affirmation of Israel Goldberg with Exhibits A-C. |
| 6/7/2021 | THOMPSON, LATISHA V. | $ 132.00 | $ 660.00 | 0.2 | Review and respond email with YDS re:motions |
| 6/7/2021 | KATSNELSON, ROBERT | $ 200.00 | $ 500.00 | 0.4 | Attention to foreclosure issues |
| 6/7/2021 | MCLAUGHLIN, TERENCE K. | $ 340.00 | $ 680.00 | 0.5 | REVIEW OF EMAIL AND TIMELINE MATERIALS FROM JOE MOLDOVAN OUTLINING BANKRUPTCY PROCESS AND ACTION STEPS |
| 6/7/2021 | MOLDOVAN, JOSEPH T. | $ 1,560.00 | $ 975.00 | 1.6 | review consent for filing; oc DK re same; review corbin comps and retainer issues; stategic discussions with team. |
| 6/8/2021 | LAUCHHEIMER, AARON B. | $ 2,644.50 | $ 615.00 | 4.3 | REVIEWING OPPOSITION TO MOTION TO TRANSFER; DRAFTING REPLY; CONDUCTING RESEARCH FOR SAME. |
| 6/8/2021 | ADEGOKE, DUPE | $ 1,395.00 | $ 465.00 | 3 | Conduct research in preparation for reply to change venue. |
| 6/8/2021 | MOLDOVAN, JOSEPH T. | $ 975.00 | $ 975.00 | 1 | call with client team |
| 6/8/2021 | SCHARF, Y. DAVID | $ 298.50 | $ 995.00 | 0.3 | CALL WITH J MOLDOVAN; ZOOM FOLLOW-UP |
| 6/8/2021 | THOMPSON, LATISHA V. | $ 528.00 | $ 660.00 | 0.8 | Update call with client; review and respond to email |
| 6/8/2021 | KATSNELSON, ROBERT | $ 200.00 | $ 500.00 | 0.4 | Correspondence re: org structure |
| 6/9/2021 | THOMPSON, LATISHA V. | $ 528.00 | $ 660.00 | 0.8 | review and respond to email; meeting to discuss next steps and open items |
| 6/9/2021 | DAVIS, CHELSEY A. | $ 295.00 | $ 295.00 | 1 | PREPARE MOTION PAPERS FOR PRINTING WITH INDEX FOR YDS; SEND TO GLC WITH PRINTING AND BINDER ASSEMBLY INSTRUCTIONS. |
| 6/9/2021 | LAUCHHEIMER, AARON B. | $ 2,890.50 | $ 615.00 | 4.7 | CONTINUING TO DRAFT REPLY BRIEF FOR MOTION TO TRANSFER VENUE; EMAILS WITH L. THOMPSON RE: SAME. |
| 6/9/2021 | ADEGOKE, DUPE | $ 558.00 | $ 465.00 | 1.2 | Communications with Court regarding conference. |
| 6/9/2021 | SCHARF, Y. DAVID | $ 298.50 | $ 995.00 | 0.3 | EMAILS WITH L THOMPSON RE: VENUE MOTION; EMAILS WITH D ADEGOKE RE: REQUEST FOR CONFERENCE FORM AND REVIEW OF SAME |
| 6/9/2021 | KOZLOWSKI, DAVID | $ 390.00 | $ 650.00 | 0.6 | Status update call; telephone call with J. Moldovan re status. |
| 6/9/2021 | MOLDOVAN, JOSEPH T. | $ 1,852.50 | $ 975.00 | 1.9 | client calls; discussion with proposed counsel re timeline and handling case. |
| 6/9/2021 | KATSNELSON, ROBERT | $ 400.00 | $ 500.00 | 0.8 | Attention to bankruptcy issues |
| 6/10/2021 | DAVIS, CHELSEY A. | $ 1,032.50 | $ 295.00 | 3.5 | PULL CASES CITED IN MOTION TO CHANGE VENUE MOVING AND OPPOSITION BRIEFS; PREPARE INDEX OF CASES; SEND MOTION PAPERS AND CASELAW TO GLC FOR PRINTING WITH BINDER ASSEMBLY INSTRUCTIONS FOR YDS ORAL ARGUMENT PREPARATION BINDERS; CITE CHECK REPLY BRIEF AND PREPARE TABLES OF CONTENTS AND AUTHORITIES; INSERT HYPERLINKS INTO REPLY BRIEF; PREPARE ADDITIONAL SET OF MOTION AND CASE LAW BINDERS FOR DA. |
| 6/10/2021 | THOMPSON, LATISHA V. | $ 528.00 | $ 660.00 | 0.8 | Review/revise motion to change venue; call with broker; revview agreement |
| 6/10/2021 | KOZLOWSKI, DAVID | $ 1,235.00 | $ 650.00 | 1.9 | Telephone call with J. Moldovan re documents needed for filing; review documents and circulate them to Robinson Brog; set up call with Robinson Brog and internal team re next steps. |

Detailed Time Records for Amounts Unpaid as of the Petition Date

| Date | TKPR Name | Base Amt | Hourly Rate | Hours | Narrative |
|---|---|---|---|---|---|
| 6/10/2021 | KATSNELSON, ROBERT | $ 350.00 | $ 500.00 | 0.7 | Review of consent and other organization issues |
| 6/11/2021 | VAZQUEZ, FRANCIS | $ 63.00 | $ 210.00 | 0.3 | Received, review, and docket a copy of Petitioners/Defendants' Reply Memorandum of Law in Further Support of Their Motion to Change Venue (seq.001). |
| 6/11/2021 | KOZLOWSKI, DAVID | $ 325.00 | $ 650.00 | 0.5 | Telephone call with J. Moldovan, R. Katsnelson, and bankruptcy counsel re status. |
| 6/11/2021 | SCHARF, Y. DAVID | $ 199.00 | $ 995.00 | 0.2 | WITH J MOLDOVAN RE: TIMELINE AND DELIVERABLES; EMAILS WITH R KASNELSON RE: AFFILIATE ENTITY; CALL WITH J MOLDOVAN |
| 6/11/2021 | MOLDOVAN, JOSEPH T. | $ 682.50 | $ 975.00 | 0.7 | status meeting and call |
| 6/11/2021 | KATSNELSON, ROBERT | $ 250.00 | $ 500.00 | 0.5 | Attention to bankruptcy and corporate issues |
| 6/12/2021 | ADEGOKE, DUPE | $ 697.50 | $ 465.00 | 1.5 | Review opposition and cases in preparation of arguments. |
| 6/13/2021 | SCHARF, Y. DAVID | $ 995.00 | $ 995.00 | 1 | WORK WITH D ADEGOKE RE: ARGUMENT FOR MOTION TO TRANSFER VENUE |
| 6/14/2021 | SCHARF, Y. DAVID | $ 1,791.00 | $ 995.00 | 1.8 | ATTEND VIRTUAL ORAL ARGUMENT; FOLLOW-UP EMAILS; EMAILS WITH L THOMPSON RE: VENUE MOTION AND COUT DECISION AND REVIEW OF SAME; EMAILS WITH R KATSNELSON RE: ENTITY NAME AND JURISDICTION |
| 6/14/2021 | THOMPSON, LATISHA V. | $ 198.00 | $ 660.00 | 0.3 | Contact with D. Adegoke re: venue motion argument; review court decision; review and respond to email re:same |
| 6/14/2021 | SEGUI, MARIA | $ 337.50 | $ 375.00 | 0.9 | PREPARE AND FILE DE CERTIFICATE OF FORMATION OF 286 RIDER AVE LENDER LLC, AS REQUESTED BY MR. KATSNELSON. |
| 6/14/2021 | KOZLOWSKI, DAVID | $ 130.00 | $ 650.00 | 0.2 | Correspondence re status. |
| 6/14/2021 | KATSNELSON, ROBERT | $ 150.00 | $ 500.00 | 0.3 | Forming entity |
| 6/15/2021 | MOLDOVAN, JOSEPH T. | $ 1,072.50 | $ 975.00 | 1.1 | client update and status call; call with ringel |
| 6/15/2021 | SEGUI, MARIA | $ 112.50 | $ 375.00 | 0.3 | FOLLOW UP WITH PROVIDER REGARDING FORMATION; UPDATE INFORMATION; EVIDENCE OF THE FILING TO MR. KATSNELSON AND MS. THOMPSON. |
| 6/15/2021 | SCHARF, Y. DAVID | $ 796.00 | $ 995.00 | 0.8 | ZOOM CALL WITH CLIENT |
| 6/15/2021 | KOZLOWSKI, DAVID | $ 715.00 | $ 650.00 | 1.1 | Telephone call with client and internally. |
| 6/15/2021 | THOMPSON, LATISHA V. | $ 594.00 | $ 660.00 | 0.9 | Weekly update call; correspondence with M. Segui and R, Katsnelson re:corporate formation and operating agreement |
| 6/17/2021 | VAZQUEZ, FRANCIS | $ 63.00 | $ 210.00 | 0.3 | Received, review, efile, a copy of the Notice to County Clerk of the Certified Order granting the Motion to Change Venue as directed by Justice Debra A. James. |
| 6/17/2021 | KOZLOWSKI, DAVID | $ 195.00 | $ 650.00 | 0.3 | Review retention agreement for broker and discuss with J. Moldovan. |
| 6/17/2021 | THOMPSON, LATISHA V. | $ 264.00 | $ 660.00 | 0.4 | Review and respond to email; call with Greg Corbin re: brokel agreement |
| 6/19/2021 | SCHARF, Y. DAVID | $ 199.00 | $ 995.00 | 0.2 | EMAILS WITH CLIENT RE: |
| 6/21/2021 | KATSNELSON, ROBERT | $ 300.00 | $ 500.00 | 0.6 | Drafting operating agreement |
| 6/22/2021 | MOLDOVAN, JOSEPH T. | $ 1,560.00 | $ 975.00 | 1.6 | calls with prospective debtor counsel; client, yds re strategy; review broker agreement, email LT re same. |
| 6/22/2021 | KOZLOWSKI, DAVID | $ 260.00 | $ 650.00 | 0.4 | Telephone call with client; internal correspondence re same. |
| 6/22/2021 | THOMPSON, LATISHA V. | $ 264.00 | $ 660.00 | 0.4 | Review and analyze motion to reargue; review and respond to email re:same |
| 6/22/2021 | SCHARF, Y. DAVID | $ 199.00 | $ 995.00 | 0.2 | EMAILS RE: RETENTION; CALL WITH J MOLDOVAN |
| 6/23/2021 | DAVIS, CHELSEY A. | $ 59.00 | $ 295.00 | 0.2 | DOWNLOAD RECENTLY FILED MOTION FROM NYC DOCKET AND SAVE TO FILESITE AND LITSHARE. |
| 6/23/2021 | MOLDOVAN, JOSEPH T. | $ 1,072.50 | $ 975.00 | 1.1 | staregy emails and calls w counsel; call with corbin counsel re retention |
| 6/23/2021 | KOZLOWSKI, DAVID | $ 325.00 | $ 650.00 | 0.5 | Telephone call with team and Greg Corbin; correspondence re same. |
| 6/23/2021 | KATSNELSON, ROBERT | $ 200.00 | $ 500.00 | 0.4 | Attention corporate authorization |
| 6/23/2021 | THOMPSON, LATISHA V. | $ 198.00 | $ 660.00 | 0.3 | Call with J. Moldovan and D. Kozlowski re: update on litigation and next procedural steps |
| 6/23/2021 | SCHARF, Y. DAVID | $ 497.50 | $ 995.00 | 0.5 | ADDRESSING OPERATING AGREEMENT; EMAILS WITH B BRER; EMAILS WITH J MOLDOVAN |
| 6/24/2021 | KATSNELSON, ROBERT | $ 150.00 | $ 500.00 | 0.3 | Correpsondence re: corporate org docs |
| 6/24/2021 | MOLDOVAN, JOSEPH T. | $ 390.00 | $ 975.00 | 0.4 | email corbin counsel re revised retainer |
| 6/24/2021 | SCHARF, Y. DAVID | $ 298.50 | $ 995.00 | 0.3 | EMAILS RE: CONSENTS AND OPERATING AGREEMENT |
| 6/25/2021 | MOLDOVAN, JOSEPH T. | $ 877.50 | $ 975.00 | 0.9 | call with corbin counsel; review revised agreement; email clients re same. |
| 6/28/2021 | LAUCHHEIMER, AARON B. | $ 2,337.00 | $ 615.00 | 3.8 | REVIEWING MOTION TO REARGUE; DRAFTING OPPOSITON TO SAME; TELEPHONE CALL WITH L. THOMPSON RE: SAME. |
| 6/29/2021 | MOLDOVAN, JOSEPH T. | $ 975.00 | $ 975.00 | 1 | call with client, call with DK and Beveryly re funding; call with proposed counsel |
| 6/29/2021 | SCHARF, Y. DAVID | $ 199.00 | $ 995.00 | 0.2 | UPDATE FROM JOE MOLDOVAN RE: CLIENT CALL |

Detailed Time Records for Amounts Unpaid as of the Petition Date

| Date | TKPR Name | Base Amt | Hourly Rate | Hours | Narrative |
|---|---|---|---|---|---|
| 6/29/2021 | KOZLOWSKI, DAVID | $ 910.00 | $ 650.00 | 1.4 | Telephone calls with client and J. Moldovan; telephone calls with bankruptcy counsel for the entity; correspondence re retention of professionals and bank accounts. |
| 6/29/2021 | LAUCHHEIMER, AARON B. | $ 2,706.00 | $ 615.00 | 4.4 | CONTINUING TO DRAFT OPPOSITION TO MOTION TO REARGUE. |
| 6/30/2021 | THOMPSON, LATISHA V. | $ 1,848.00 | $ 660.00 | 2.8 | Legal research; draft/revise opposition to motion to reargue |
| 6/30/2021 | KOZLOWSKI, DAVID | $ 325.00 | $ 650.00 | 0.5 | Correspondence and telephone call with J. Moldovan re status of engagements and bank accounts; correspondence with client and counsel re same. |
| 7/1/2021 | DAVIS, CHELSEY A. | $ 1,180.00 | $ 295.00 | 4 | CITE CHECK MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO REARGUE, VACATE, STAY; PREPARE DRAFT TABLE OF CONTENTS FOR BRIEF; PREPARE EXHIBITS TO LVT AFFIRMATION FOR FILING; PREPARE RJI AND COMMERCIAL DIVISION ADDENDUM FOR TRANSFERRED ACTION PER COURT NOTICE AND JUDGE'S ORDER; INSERT HYPERLINKS TO PREVIOUSLY FILED DOCUMENTS AND AUTHORITIES CITED INTO BRIEF; PREPARE TABLE OF AUTHORITIES FOR BRIEF; FINALIZE TABLE OF CONTENTS FOR BRIEF; INPUT DA AND LVT REVISIONS TO BRIEF; FINALIZE ALL PAPERS FOR FILING AND FORWARD TO DA, LVT AND MANAGING CLERKS FOR FINAL APPROVAL AND FILING. |
| 7/1/2021 | THOMPSON, LATISHA V. | $ 2,112.00 | $ 660.00 | 3.2 | Draft/revise motion to reargue |
| 7/1/2021 | VAZQUEZ, FRANCIS | $ 420.00 | $ 210.00 | 2 | Received, review, efile, and docket copies of the RJI, Commercial Division Addendum, Affirmation of Latisha Thompson in Opposition to Respondents/Plaintiffs' Motion to Reargue and Stay Proceedings with Exhibits A-J and Memorandum of Law in Opposition to Motion to Reargue and Stay Proceedings (seq.002). |
| 7/1/2021 | ADEGOKE, DUPE | $ 3,952.50 | $ 465.00 | 8.5 | Revise, edit, research and file opposition to motion to reargue |
| 7/1/2021 | KOZLOWSKI, DAVID | $ 195.00 | $ 650.00 | 0.3 | Correspondence re retention of manager. |
| 7/1/2021 | MOLDOVAN, JOSEPH T. | $ 1,267.50 | $ 975.00 | 1.3 | emails and call paul rubin re corbin retention; calls ringel re case; calls buchwald re retention and insurnce; revise buchwald retention. |
| 7/2/2021 | DAVIS, CHELSEY A. | $ 147.50 | $ 295.00 | 0.5 | DOWNLOAD ALL RECENTLY FILED DOCUMENTS AND SAVE TO FILESITE AND LITSHARE. |
| 7/2/2021 | KOZLOWSKI, DAVID | $ 130.00 | $ 650.00 | 0.2 | Correspondence re agreement. |
| 7/2/2021 | SCHARF, Y. DAVID | $ 199.00 | $ 995.00 | 0.2 | EMAILS WITH J MOLDOVAN RE: BROKER AGREEMENT |
| 7/2/2021 | THOMPSON, LATISHA V. | $ 330.00 | $ 660.00 | 0.5 | Attention to email; call with J. Moldovan re: outstanding tasks; |
| 7/2/2021 | MOLDOVAN, JOSEPH T. | $ 292.50 | $ 975.00 | 0.3 | corbin retention; emails rubin re same. |
| 7/4/2021 | THOMPSON, LATISHA V. | $ 264.00 | $ 660.00 | 0.4 | Review and respond to email concerning update audit request |
| 7/4/2021 | SCHARF, Y. DAVID | $ 99.50 | $ 995.00 | 0.1 | EMAILS WITH J MOLDOVAN RE: BUCHWALD AGREEMENT, D&O INSURANCE QUESTION |
| 7/5/2021 | SCHARF, Y. DAVID | $ 298.50 | $ 995.00 | 0.3 | EMAILS WITH Z LANDE RE: BROKER AGREEMENT; EMAILS WITH B HARLEV RE: ████████ AND REVIEW OF SAME |
| 7/6/2021 | WYTENUS, CHRISTOPHER | $ 125.00 | $ 250.00 | 0.5 | E-file notice of entry of court order, service upon general clerk's office and county clerk's office; review and docket copies of same |
| 7/6/2021 | THOMPSON, LATISHA V. | $ 198.00 | $ 660.00 | 0.3 | Attention to audit response letter; contact with D. Adegoke re:same |
| 7/6/2021 | ADEGOKE, DUPE | $ 1,627.50 | $ 465.00 | 3.5 | Draft audit letter and file documents regarding Court order and notice of entry. |
| 7/6/2021 | MOLDOVAN, JOSEPH T. | $ 487.50 | $ 975.00 | 0.5 | tc paul rubin re order; tc ringel re commencement of case. |
| 7/6/2021 | KOZLOWSKI, DAVID | $ 195.00 | $ 650.00 | 0.3 | Prepare for and attend call re status. |
| 7/7/2021 | KOZLOWSKI, DAVID | $ 650.00 | $ 650.00 | 1 | Telephone call with counsel and J. Moldovan re filing and open issues; correspondence re same. |
| 7/7/2021 | MOLDOVAN, JOSEPH T. | $ 780.00 | $ 975.00 | 0.8 | emails and calls cients and others re retentions, engagements |
| 7/8/2021 | WYTENUS, CHRISTOPHER | $ 25.00 | $ 250.00 | 0.1 | Receive, review and docket reply papers in support of motion to vacate/reargue |
| 7/8/2021 | MOLDOVAN, JOSEPH T. | $ 3,022.50 | $ 975.00 | 3.1 | tc fred ringel, dk re prep for filing; call katsneslon re corp doc and governance issues; protective advance issues, rs re same |
| 7/8/2021 | KOZLOWSKI, DAVID | $ 3,835.00 | $ 650.00 | 5.9 | Telephone call with bankruptcy counsel; telephone call with J. Moldovan; draft 2004 discovery documents; review background documentation. |
| 7/8/2021 | KATSNELSON, ROBERT | $ 850.00 | $ 500.00 | 1.7 | Attention to bankruptcy/corporate issues |
| 7/9/2021 | MOMIN, KARIM N. | $ 282.00 | $ 705.00 | 0.4 | Review and comment upon Audit Letter; draft and review email correspondence. |
| 7/9/2021 | KATSNELSON, ROBERT | $ 300.00 | $ 500.00 | 0.6 | Attention to corporate issues |
| 7/9/2021 | MOLDOVAN, JOSEPH T. | $ 780.00 | $ 975.00 | 0.8 | calls w team and ringle re filing process |
| 7/9/2021 | KOZLOWSKI, DAVID | $ 4,030.00 | $ 650.00 | 6.2 | Telephone calls with J. Moldovan and bankruptcy counsel; correspondence; draft, review, and revise 2004 motion and related documents; review background loan documents in preparation for bankruptcy filing. |

**Detailed Time Records for Amounts Unpaid as of the Petition Date**

| Date | TKPR Name | Base Amt | Hourly Rate | Hours | Narrative |
|---|---|---|---|---|---|
| 7/9/2021 | SCHARF, Y. DAVID | $ 298.50 | $ 995.00 | 0.3 | EMAILS WITH B HARLEV RE: [redacted]; EMAILS WITH D KOZLOWSKI RE: PROMISSORY NOTES AND REVIEW OF SAME; EMAILS WITH J MOLDOVAN RE: ENGAGEMENT AND INSURANCE COVERAGE |
| 7/11/2021 | MOLDOVAN, JOSEPH T. | $ 682.50 | $ 975.00 | 0.7 | emails fred ringle re 2004 issues; retainage issues re adding onto principle of loan |
| 7/12/2021 | KATSNELSON, ROBERT | $ 650.00 | $ 500.00 | 1.3 | Attention to corporate issues |
| 7/12/2021 | KOZLOWSKI, DAVID | $ 2,925.00 | $ 650.00 | 4.5 | Conference with team re open issues and steps required before filing; attend to draft pleadings and documents; conference with bankruptcy counsel. |
| 7/12/2021 | THOMPSON, LATISHA V. | $ 264.00 | $ 660.00 | 0.4 | Review and respond to email; contact with D. Kozlowski re: outstanding tasks |
| 7/12/2021 | MOLDOVAN, JOSEPH T. | $ 1,267.50 | $ 975.00 | 1.3 | emails team and clients re [redacted] and emails latisha re state court lit; calls with katsnelson, update chart. |
| 7/13/2021 | KATSNELSON, ROBERT | $ 500.00 | $ 500.00 | 1 | Attention to corporate issues |
| 7/13/2021 | KOZLOWSKI, DAVID | $ 3,770.00 | $ 650.00 | 5.8 | Telephone calls with L. Thompson, R. Katsenelson, J. Moldovan, and bankruptcy counsel re preparation of documents for bankruptcy filing, transfer documents, and related issues; correspondence re timeline and next steps leading up to and following filing; correspondence with client re [redacted] prepare updated letter re exercise of pledge. |
| 7/13/2021 | MOLDOVAN, JOSEPH T. | $ 975.00 | $ 975.00 | 1 | team call re filing prep and all docs |
| 7/13/2021 | SCHARF, Y. DAVID | $ 497.50 | $ 995.00 | 0.5 | CALL WITH L THOMPSON; EMAILS WITH D KOZLOWSKI RE: [redacted] AND REVIEW OF SAME |
| 7/13/2021 | THOMPSON, LATISHA V. | $ 528.00 | $ 660.00 | 0.8 | Review and respond to email; call re: next steps |
| 7/13/2021 | MOLDOVAN, JOSEPH T. | $ 780.00 | $ 975.00 | 0.8 | client update email; calls with dk and rk |
| 7/14/2021 | KATSNELSON, ROBERT | $ 400.00 | $ 500.00 | 0.8 | Attention to corporate issues |
| 7/14/2021 | MOLDOVAN, JOSEPH T. | $ 1,170.00 | $ 975.00 | 1.2 | review docs from RB; ocs DK re comments to docs; emails client |
| 7/14/2021 | KOZLOWSKI, DAVID | $ 2,665.00 | $ 650.00 | 4.1 | Telephone calls with Robinson Brog, internally, and with client re upcoming filing; prepare revised timeline; review and revise bankruptcy documents; draft, revise, and finalize letter to former equity; arrange for service of letter; coordinate updating of 286 Rider Ave Lender LLC operating agreement; telephone call with Lee Buchwald and J. Moldovan re status. |
| 7/14/2021 | SCHARF, Y. DAVID | $ 298.50 | $ 995.00 | 0.3 | EMAILS WITH J MOLDOVAN RE: UPDATE, NOTICE CONFIRMING EQUITY TRANSFER AND REVIEW OF SAME, PETITION, UPDATED BK TIMELINE; EMAILS WITH B HARLEV RE: [redacted] |
| 7/14/2021 | MOLDOVAN, JOSEPH T. | $ 2,535.00 | $ 975.00 | 2.6 | insurance issues, emails buchwald team, 1007 resolution; emails dk and ringel re same. revise material for client. |
| **Unpaid Fees Through Petition Date:** | | **$ 212,000.50** | | **325.3** | |

## Expenses

### (Exhibit A – PrePetition)

| Service/Vendor | Amount |
|---|---:|
| Printing | $796.20 |
| Federal Express | $297.91 |
| LexisNexis | $633.57 |
| E-Law | $78.40 |
| Employee Overtime | $700.35 |
| CSC | $544.23 |
| Executive Attorney Service | $109.50 |
| Miscellaneous | $70.89 |
| **TOTAL** | **$3,231.05** |