# EXHIBIT C

Detailed Time Records for Amounts from January 10, 2022 Through and Including February 10, 2022

| Date | TKPR Name | Base Amt | Hourly Rate | Hours | Narrative |
|---|---|---|---|---|---|
| 1/9/2022 | SCHARF, Y. DAVID | $ 375.00 | $ 1,250.00 | 0.3 | EMAILS WITH E EPSTEN RE: ███████; EMAILS WITH J MOLDOVAN RE: ACTION ITEMS AND REVIEW OF SAME |
| 1/10/2022 | WYTENUS, CHRISTOPHER | $ 1,100.00 | $ 275.00 | 4 | Preparation for filing; e-file appellee's brief; review and docket copies of same. |
| 1/10/2022 | MOLDOVAN, JOSEPH T. | $ 9,636.00 | $ 1,095.00 | 8.8 | call with YDS, DK and B. Harlev re ███████; finalize brief, calls with FR throughout day re stalking horse, development bid, all open issues |
| 1/10/2022 | SHAPIRO, ERIKA L. | $ 120.00 | $ 400.00 | 0.3 | Review of citations in brief in an effort to determine proper citation to record and correspondence to attorney regarding same. |
| 1/10/2022 | SHAPIRO, ERIKA L. | $ 520.00 | $ 400.00 | 1.3 | Review of record and incorporation of citations to same into brief. |
| 1/10/2022 | SCHARF, Y. DAVID | $ 625.00 | $ 1,250.00 | 0.5 | CALL WITH J MOLDOVAN; EMAILS WITH E EPSTEIN RE: ███████; EMAILS WITH B HARLEV RE: ███ EMAILS WITH J MOLDOVAN RE: PSA AND REVIEW OF SAME |
| 1/10/2022 | MARGOLIS, JONATHAN S. | $ 372.50 | $ 745.00 | 0.5 | TELEPHONE CONFERENCE WITH MOLDOVAN; REVISE PSA; EMAIL RINGEL |
| 1/10/2022 | KOZLOWSKI, DAVID | $ 7,395.00 | $ 725.00 | 10.2 | Review and revise appellate brief; research re same; correspondence re bidder, auction re same; finalize and coordinate filing of same. |
| 1/10/2022 | KNOX, TUKISHA | $ 440.00 | $ 440.00 | 1 | TOC and TOA review and revisions for Appellee's brief. |
| 1/10/2022 | KNOX, TUKISHA | $ 220.00 | $ 440.00 | 0.5 | Served Brief on Appellants, circulated and saved |
| 1/10/2022 | KNOX, TUKISHA | $ 132.00 | $ 440.00 | 0.3 | Registered for hearing via Court Solutions. Sent reminder emails to group |
| 1/10/2022 | KNOX, TUKISHA | $ 176.00 | $ 440.00 | 0.4 | Calendared dates and deadlines |
| 1/11/2022 | KATSNELSON, ROBERT | $ 168.00 | $ 560.00 | 0.3 | Analysis of loan issue |
| 1/11/2022 | MOLDOVAN, JOSEPH T. | $ 10,840.50 | $ 1,095.00 | 9.9 | team call; calls w FR re upcoming motions; oc team re prep for hearing tomorrow re payoff and exclusivity |
| 1/11/2022 | KOZLOWSKI, DAVID | $ 2,102.50 | $ 725.00 | 2.9 | Telephone call with client and professionals re payoff and strategy; review documents. |
| 1/11/2022 | SCHARF, Y. DAVID | $ 1,250.00 | $ 1,250.00 | 1 | CALL WITH J MOLDOVAN; EMAILS WITH B HARLEV RE: ███████████████████ FEE STATEMENT FROM FRED AND REVIEW OF SAME; EMAILS WITH J MOLDOVAN RE: PAYMENT OF OBLIGATIONS UNDER NOTE AND DIP LOAN AGREEMENT AND REVIEW OF SAME, DECISION TREE AND REVIEW OF SAME |
| 1/11/2022 | KNOX, TUKISHA | $ 440.00 | $ 440.00 | 1 | Created FTP and assembled filings for All Motions on the calendar |
| 1/11/2022 | KNOX, TUKISHA | $ 220.00 | $ 440.00 | 0.5 | Reviewed docket, circulated filing and saved to Filesite |
| 1/11/2022 | KNOX, TUKISHA | $ 88.00 | $ 440.00 | 0.2 | Call to Abrams Chambers to confirm Microsoft Teams Videoconference details for Oral Argument on 1.13.22 |
| 1/11/2022 | KNOX, TUKISHA | $ 132.00 | $ 440.00 | 0.3 | Reviewed docket, circulated filing and saved to Filesite |
| 1/11/2022 | LEVY, JACK | $ 820.00 | $ 820.00 | 1 | REVIEW JTM EMAIL; TELEPHONE CONFERENCE WITH JTM RE. INDEMNITY. |
| 1/12/2022 | MOLDOVAN, JOSEPH T. | $ 8,650.50 | $ 1,095.00 | 7.9 | hearing re exclusivity payoff, general statusl calls and zooms with clients and debtor throughout day; pre for appellate argument; review reply brief and discuss same with FR in prep for argument. |
| 1/12/2022 | KOZLOWSKI, DAVID | $ 2,755.00 | $ 725.00 | 3.8 | Telephone call with Debtor's counsel and J. Moldovan re strategy in advance of hearing. Attend hearing on multiple issues. Conference with clients and professionals re next steps. |
| 1/12/2022 | KNOX, TUKISHA | $ 880.00 | $ 440.00 | 2 | Monitor chat for 1.12.22 Motion to Renew and Payoff Motion, provide relevant documents |
| 1/12/2022 | NEVEROVA, YULIYA | $ 280.00 | $ 560.00 | 0.5 | Completing Aviv asks before hearing. |
| 1/12/2022 | SCHARF, Y. DAVID | $ 3,125.00 | $ 1,250.00 | 2.5 | ATTEND HEARING; MULTIPLE FOLLOW-UP CALLS WITH J MOLDOVAN; EMAILS AND CALLS |
| 1/12/2022 | KNOX, TUKISHA | $ 132.00 | $ 440.00 | 0.3 | Reviewed docket, circulated filing and saved to Filesite |
| 1/12/2022 | LEVY, JACK | $ 328.00 | $ 820.00 | 0.4 | FOLLOW-UP E-MAILS. |
| 1/13/2022 | WYTENUS, CHRISTOPHER | $ 27.50 | $ 275.00 | 0.1 | Receive, review and docket appellant reply brief |
| 1/13/2022 | MOLDOVAN, JOSEPH T. | $ 6,351.00 | $ 1,095.00 | 5.8 | prep for and appear at Oral Argument on Appeal re 286 Rider Appeal; calls with dk and fr on prep; zooms with client group re post strategy. |
| 1/13/2022 | KNOX, TUKISHA | $ 220.00 | $ 440.00 | 0.5 | Monitor Oral Argument and provide relevant documents |
| 1/13/2022 | KNOX, TUKISHA | $ 352.00 | $ 440.00 | 0.8 | Calendar dates from Order signed 1.12.22, circulate Order to team and save. |
| 1/13/2022 | KNOX, TUKISHA | $ 220.00 | $ 440.00 | 0.5 | Teamwork Dates and Deadlines update |
| 1/13/2022 | KOZLOWSKI, DAVID | $ 2,972.50 | $ 725.00 | 4.1 | Research for and attend hearing in appeal; telephone calls and correspondence re same. |
| 1/13/2022 | KNOX, TUKISHA | $ 220.00 | $ 440.00 | 0.5 | Reviewed docket, circulated filing and saved to Filesite |
| 1/13/2022 | KNOX, TUKISHA | $ 660.00 | $ 440.00 | 1.5 | Reviewed scheduling order, revised dates and deadlines |
| 1/13/2022 | SCHARF, Y. DAVID | $ 1,250.00 | $ 1,250.00 | 1 | ATTEND ORAL ARGUMENT; FOLLOW-UP EMAILS AND CALLS |

| Date | Name | Amount | Rate | Hours | Description |
|---|---|---|---|---|---|
| 1/14/2022 | SLINGER, KATHY L. | $ 23.00 | $ 230.00 | 0.1 | Received, Reviewed and Docketed |
| 1/14/2022 | MOLDOVAN, JOSEPH T. | $ 3,394.50 | $ 1,095.00 | 3.1 | review remand order; oc team re next steps; eamils client re same; review nagi communications; tc fred and lee re dip and accounting; emails client re next steps. |
| 1/14/2022 | KNOX, TUKISHA | $ 176.00 | $ 440.00 | 0.4 | Ordered transcript for 1.12.22 Renewed Motion and 1.13.22 Oral Argument in Dist Ct. |
| 1/14/2022 | KOZLOWSKI, DAVID | $ 2,247.50 | $ 725.00 | 3.1 | Review and revise counterstatement for second appeal; research re open issues. |
| 1/14/2022 | SCHARF, Y. DAVID | $ 500.00 | $ 1,250.00 | 0.4 | EMAILS WITH J MOLDOVAN RE: REMAND ORDER AND REVIEW OF SAME, PROCEDURAL QUESTION, PAYOFF, TEXT OF LETTER TO FRED; ATTENTION TO EMAILS RE: SCHEDULING |
| 1/15/2022 | KOZLOWSKI, DAVID | $ 145.00 | $ 725.00 | 0.2 | Correspondence re payoff issues. |
| 1/16/2022 | MOLDOVAN, JOSEPH T. | $ 2,190.00 | $ 1,095.00 | 2 | lender call re ▮▮▮▮▮ |
| 1/16/2022 | KOZLOWSKI, DAVID | $ 1,015.00 | $ 725.00 | 1.4 | Calls and emails with client and internal team and Debtor's counsel re strategy and next steps. |
| 1/16/2022 | SCHARF, Y. DAVID | $ 1,875.00 | $ 1,250.00 | 1.5 | MEETING WITH J MOLDOVAN AND CLIENTS; EMAILS WITH J MOLDOVAN RE: OUTLINE OF ISSUE; EMAILS WITH B HARLEV RE: ▮▮▮▮▮; CONFERENCE CALL |
| 1/17/2022 | MOLDOVAN, JOSEPH T. | $ 4,270.50 | $ 1,095.00 | 3.9 | review couterstatements on appeal; oc sk re research needed for ▮▮▮▮▮; calls with FR re appeal, sale, counterstatement, status |
| 1/17/2022 | KOZLOWSKI, DAVID | $ 725.00 | $ 725.00 | 1 | Correspondence and telephone call with J. Moldovan re possible scenarios and preventing potential issues; research re ▮▮▮▮▮ |
| 1/17/2022 | THOMPSON, LATISHA V. | $ 145.00 | $ 725.00 | 0.2 | Review and respond to email re: dismissal of state court actions |
| 1/17/2022 | SCHARF, Y. DAVID | $ 1,625.00 | $ 1,250.00 | 1.3 | EMAILS WITH B HARLEV RE: ▮▮▮▮▮; EMAILS WITH E EPSTEIN RE: ▮▮▮▮▮; EMAILS WITH J MOLDOVAN RE: WIRE TO ESCROW, STIPULATIONS TO WITHDRAW STATE CIVIL ACTIONS AND REVIEW OF SAME, DISMISSAL OF CLAIM WITH PREJUDICE |
| 1/18/2022 | MOLDOVAN, JOSEPH T. | $ 5,584.50 | $ 1,095.00 | 5.1 | lender call re all open issues; final review joinder re counter statement; review DIP and other docs, transcript of appeal and prior hearing before bCT; calls with FR re open issues; nagi emails. Review of DIP docs. |
| 1/18/2022 | SICONOLFI, SALLY | $ 1,552.50 | $ 575.00 | 2.7 | Conduct legal research on ▮▮▮▮▮ |
| 1/18/2022 | KNOX, TUKISHA | $ 132.00 | $ 440.00 | 0.3 | Review docket and distribute recent filings and transcript form oral argument to client |
| 1/18/2022 | KNOX, TUKISHA | $ 132.00 | $ 440.00 | 0.3 | Communication with transcription agency in connection with the 1.12.22 hearing. |
| 1/18/2022 | KNOX, TUKISHA | $ 176.00 | $ 440.00 | 0.4 | Circulated transcripts of 1.12.22 and 1.13.22 hearings |
| 1/18/2022 | KNOX, TUKISHA | $ 220.00 | $ 440.00 | 0.5 | Review and file via ECF Be-Aviv Joinder to Appellee Debtor's Counter Statement of the Issues and Designation of Additional Items to be included in Record on Appeal |
| 1/18/2022 | KNOX, TUKISHA | $ 176.00 | $ 440.00 | 0.4 | Review docket, download and circulated Appellee Debtor's Counter Statement and Be-Aviv's Joinder |
| 1/18/2022 | KOZLOWSKI, DAVID | $ 4,422.50 | $ 725.00 | 6.1 | Telephone calls with clients, internal team, and Debtor's counsel; correspondence re same; review transcript; review and revise joinder to counterstatement; telephone call with J. Moldovan re same. |
| 1/18/2022 | SCHARF, Y. DAVID | $ 2,875.00 | $ 1,250.00 | 2.3 | ZOOM UPDATE WITH CLIENTS; EMAILS WITH D KOZLOWSKI RE: COUNTERSTATEMENT ON ISSUES ON APPEAL AND REVIEW OF SAME; EMAILS WITH TEAM RE: TRANSCRIPT ON ORAL ARGUMENT AND REVIEW OF SAME, STATEMENT OF ISSUES COUNTER DESIGNATION AND REVIEW OF SAME, JOINDER TO APPELLATE DEBTOR'S COUNTER STATEMENT AND REVIEW OF SAME; EMAILS WITH J MOLDOVAN RE: DEBTORS ISSUES ON APPEAL AND REVIEW OF SAME |
| 1/19/2022 | KATSNELSON, ROBERT | $ 392.00 | $ 560.00 | 0.7 | Correspondence re: loan obligations issues |
| 1/19/2022 | MOLDOVAN, JOSEPH T. | $ 6,132.00 | $ 1,095.00 | 5.6 | settlement issues; dip loan analysis; calls with debtor and lender re case; case analysis and review of all loan documentation. |
| 1/19/2022 | KNOX, TUKISHA | $ 176.00 | $ 440.00 | 0.4 | Served via email and coordinated service via first class mail Be-Aviv's Joinder to Appellee Debtor's Counter Statement of Issues |
| 1/19/2022 | KNOX, TUKISHA | $ 352.00 | $ 440.00 | 0.8 | Prepare certificate of service for filing, |
| 1/19/2022 | THOMPSON, LATISHA V. | $ 870.00 | $ 725.00 | 1.2 | Review court submissions; call with J. Moldovan re:same and response to stipulations of discontinuances |
| 1/19/2022 | KOZLOWSKI, DAVID | $ 3,117.50 | $ 725.00 | 4.3 | Review loan agreements for outstanding obligations; meetings internally and with Debtor's counsel re upcoming issues; correspondence internally re same. |
| 1/19/2022 | SICONOLFI, SALLY | $ 1,265.00 | $ 575.00 | 2.2 | Conduct legal research on ▮▮▮▮▮ |
| 1/19/2022 | SCHARF, Y. DAVID | $ 1,000.00 | $ 1,250.00 | 0.8 | CALLS J MOLDOVAN AND CLIENT RE: LETTER TO JUDGE FROM J NAGI AND REVIEW OF SAME |
| 1/20/2022 | MOLDOVAN, JOSEPH T. | $ 7,227.00 | $ 1,095.00 | 6.6 | respond to Nagi letter; calls with debtor's counsel re DIP; call with lender re same; review issues on appeal for Bid procedures appeal |

| Date | Name | Amount | Rate | Hours | Description |
|---|---|---|---|---|---|
| 1/20/2022 | KNOX, TUKISHA | $ 440.00 | $ 440.00 | 1 | Coordination of admin matters in connection with Be-Aviv filings, monthly operating reports and hearing dates |
| 1/20/2022 | KNOX, TUKISHA | $ 352.00 | $ 440.00 | 0.8 | Review docket, download filing and distribute to client |
| 1/20/2022 | KNOX, TUKISHA | $ 352.00 | $ 440.00 | 0.8 | Review Docket, download and distribute Notice of Hearing of Status Conference, Debtor Letter response to Development letter and Be-Aviv letter response Development Letter |
| 1/20/2022 | KNOX, TUKISHA | $ 132.00 | $ 440.00 | 0.3 | Assist attorneys in registration for case conference hearing on 1/21/22 |
| 1/20/2022 | THOMPSON, LATISHA V. | $ 580.00 | $ 725.00 | 0.8 | Contact with J. Moldovan re: state court update for BK matter; review/revise letter to court |
| 1/20/2022 | KOZLOWSKI, DAVID | $ 4,567.50 | $ 725.00 | 6.3 | Review letter; telephone call with J. Moldovan and H. Rosenblat re issues; telephone calls and emails with Debtor's counsel and chambers re letter response and related issues; telephone call with clients and professionals re response; review and revise letter response; finalize, file, and serve letter response. |
| 1/20/2022 | SICONOLFI, SALLY | $ 2,415.00 | $ 575.00 | 4.2 | Continued legal research on [redacted] |
| 1/20/2022 | SCHARF, Y. DAVID | $ 1,250.00 | $ 1,250.00 | 1 | EMAILS WITH E EPSTEIN RE: [redacted] |
| 1/21/2022 | KATSNELSON, ROBERT | $ 1,400.00 | $ 560.00 | 2.5 | Review of loan documents re: obligations issues |
| 1/21/2022 | MOLDOVAN, JOSEPH T. | $ 2,956.50 | $ 1,095.00 | 2.7 | hearing re nagi letter; call w FR re structured dismissal; analysis of next steps re DIP and DIP termination; conf lender re same. |
| 1/21/2022 | SCHARF, Y. DAVID | $ 1,875.00 | $ 1,250.00 | 1.5 | ATTEND HEARING; ATTENTION TO FOLLOW-UP EMAILS AND CALLS |
| 1/21/2022 | KOZLOWSKI, DAVID | $ 3,335.00 | $ 725.00 | 4.6 | Prepare for and attend hearing; correspondence re same; all hands conference re same; research issues re confirmation and dismissal. |
| 1/21/2022 | KNOX, TUKISHA | $ 220.00 | $ 440.00 | 0.5 | Admin matters in connection with retrieval of filings of monthly operating reports. |
| 1/21/2022 | KNOX, TUKISHA | $ 132.00 | $ 440.00 | 0.3 | Admin matters in connection with Status Conference held on 1/21/22, ordered Transcript. |
| 1/21/2022 | KNOX, TUKISHA | $ 88.00 | $ 440.00 | 0.2 | Registered with Court Solutions for Status Conference |
| 1/24/2022 | MOLDOVAN, JOSEPH T. | $ 2,847.00 | $ 1,095.00 | 2.6 | prep response for anticipated Development motion re DIP, payoff, dismissal; oc team and Lender re same;/ |
| 1/24/2022 | ROSENBLAT, HEATH D. | $ 2,700.00 | $ 750.00 | 3.6 | Conference call with J. Moldovan, D. Kozlowski, S. Siconofli, and others regarding case status and next steps (.3); review of various loan agreement documents and other related materials (3.3). |
| 1/24/2022 | KNOX, TUKISHA | $ 132.00 | $ 440.00 | 0.3 | Coordination of admin matter in connection with upcoming dates and deadlines |
| 1/24/2022 | SICONOLFI, SALLY | $ 2,012.50 | $ 575.00 | 3.5 | Analysis of legal research [redacted] |
| 1/24/2022 | KOZLOWSKI, DAVID | $ 2,972.50 | $ 725.00 | 4.1 | Review Plan and Ballots; correspondence re same; telephone calls and emails re status. |
| 1/24/2022 | SCHARF, Y. DAVID | $ 875.00 | $ 1,250.00 | 0.7 | EMAILS WITH L THOMPSON RE: Development's motion seeking dismissal of the case and a for a determination of legal fees; EMAILS WITH J MOLDOVAN RE: DEVELOPMENTS AND REVIEW OF SAME. |
| 1/25/2022 | ROSENBLAT, HEATH D. | $ 3,525.00 | $ 750.00 | 4.7 | Multiple discussions of matter with J. Moldovan and D. Kozlowski and review of materials for responses and next steps. |
| 1/25/2022 | MOLDOVAN, JOSEPH T. | $ 5,365.50 | $ 1,095.00 | 4.9 | all hands call with UST re status and go forward plan; several zooms with client re same; calls with team re all pending litigation issues and loan docs; satisfaction of DIP. |
| 1/25/2022 | SICONOLFI, SALLY | $ 1,437.50 | $ 575.00 | 2.5 | Research on [redacted] |
| 1/25/2022 | KOZLOWSKI, DAVID | $ 3,190.00 | $ 725.00 | 4.4 | Correspondence with J. Moldovan re US Trustee; call with clients and professionals re status; call with US Trustee and other parties re resolution of case; telephone calls and emails with Debtor's counsel re status and next steps; evaluate research with H. Rosenblat; correspondence re loan documents and review same. |
| 1/25/2022 | SCHARF, Y. DAVID | $ 1,625.00 | $ 1,250.00 | 1.3 | STRATEGY CALL W L THOMPSON AND J MOLDOVAN |
| 1/25/2022 | THOMPSON, LATISHA V. | $ 1,595.00 | $ 725.00 | 2.2 | Client Update Call; research; call with J. Moldovan |
| 1/26/2022 | THOMPSON, LATISHA V. | $ 217.50 | $ 725.00 | 0.3 | Attention to audit response request; contact with D. Kozlowski re:same; review and respond to email |
| 1/26/2022 | MOLDOVAN, JOSEPH T. | $ 4,818.00 | $ 1,095.00 | 4.4 | call with lit team re state court litigation and impact on bk; review developments supplemental payoff motion; oc team re same and response. |
| 1/26/2022 | SCHARF, Y. DAVID | $ 750.00 | $ 1,250.00 | 0.6 | CALL WITH L THOMPSON; EMAILS WITH TEAM RE: SUPPLEMENT TO PAYOFF MOTION AND REVIEW OF SAME |
| 1/26/2022 | KNOX, TUKISHA | $ 176.00 | $ 440.00 | 0.4 | Review docket, download and circulate Development's Supplement to Payoof Motion |
| 1/26/2022 | ROSENBLAT, HEATH D. | $ 3,450.00 | $ 750.00 | 4.6 | Conference call with J. Moldovan, L. Thompson, and D. Kozlowski regarding all open matters and upcoming hearings and next steps. |
| 1/26/2022 | SICONOLFI, SALLY | $ 2,242.50 | $ 575.00 | 3.9 | Research for fee issues. |
| 1/26/2022 | KOZLOWSKI, DAVID | $ 2,900.00 | $ 725.00 | 4 | Correspondence re dismissal of state court actions; call with internal team re strategy concerning same; telephone call with S. Siconolfi re research; telephone call with H. Rosenblat re research; review and revise client summary; review and analyze supplemental pleading from Development. |

| Date | Name | Amount | Rate | Hours | Description |
|---|---|---|---|---|---|
| 1/26/2022 | THOMPSON, LATISHA V. | $ 2,030.00 | $ 725.00 | 2.8 | Attention to issues re: dismissal of state court action; residual claims and fees; call with YDS re:same; call with J. Moldovan; call with clients; review loan documents |
| 1/27/2022 | THOMPSON, LATISHA V. | $ 1,305.00 | $ 725.00 | 1.8 | call with J. Moldovan and YDS re: NY State ACtion and response to payoff motion; research |
| 1/27/2022 | MOLDOVAN, JOSEPH T. | $ 5,256.00 | $ 1,095.00 | 4.8 | meetings with client and team re payoff supplemental motion; calls with debtor's counsel re same; discussion of plan versus dismissal process; oc team re research re same.; review zipes corr with debtor and debtor's corr with court; numerous zooms w client re same. |
| 1/27/2022 | KNOX, TUKISHA | $ 176.00 | $ 440.00 | 0.4 | Review BK inbox and determine dates to calendar in connection with a Status Conference and deadline for Development's Proposed Order |
| 1/27/2022 | SICONOLFI, SALLY | $ 2,875.00 | $ 575.00 | 5 | Continued research for responses and supp payopff motion. |
| 1/27/2022 | ROSENBLAT, HEATH D. | $ 1,275.00 | $ 750.00 | 1.7 | Review of Development Supplement and multiple calls with J. Moldovan; D. Kozlowski, F. Ringle, L. Schwartz, and C. Yee regarding same and next steps. |
| 1/27/2022 | KOZLOWSKI, DAVID | $ 4,930.00 | $ 725.00 | 6.8 | Telephone calls and emails internally and with Debtor's counsel re response from Development and drafting response thereto; correspondence and review fee issue, research re same. |
| 1/27/2022 | SCHARF, Y. DAVID | $ 1,875.00 | $ 1,250.00 | 1.5 | REVIEW OF MOTION; CALL WITH L THOMPSON RE: RESPONSE TO PAYOFF MOTION |
| 1/28/2022 | MOLDOVAN, JOSEPH T. | $ 3,613.50 | $ 1,095.00 | 3.3 | Team and client meeting re Rider; tc spelfogel re case and resolution; tc debtor's counsel re supplemental payoff motion and issues and plan alternative.; ocs team re same. |
| 1/28/2022 | KNOX, TUKISHA | $ 352.00 | $ 440.00 | 0.8 | Review docket, download and circulate Notice of Hearing and Supplemental Declaration of Debtor. |
| 1/28/2022 | KNOX, TUKISHA | $ 176.00 | $ 440.00 | 0.4 | Calendar new date and register attorneys for hearing via Court Solutions |
| 1/28/2022 | KNOX, TUKISHA | $ 132.00 | $ 440.00 | 0.3 | Admin matter in connection with creating file sharing link of all relevant filings |
| 1/28/2022 | KNOX, TUKISHA | $ 88.00 | $ 440.00 | 0.2 | Admin matters in connection with obtaining transcript for 1/21/22 status conference |
| 1/28/2022 | ROSENBLAT, HEATH D. | $ 1,050.00 | $ 750.00 | 1.4 | Conference call with J. Moldovan, D. Scharf, L. Thompson, and D. Kozlowski regarding case update and open matters; follow-up call with J. Moldovan and D. Kozlowski regarding same; research. |
| 1/28/2022 | THOMPSON, LATISHA V. | $ 1,015.00 | $ 725.00 | 1.4 | Legal research; client update call |
| 1/28/2022 | SCHARF, Y. DAVID | $ 1,625.00 | $ 1,250.00 | 1.3 | ZOOM WITH CLIENT; EMAILS WITH TEAM RE: NOTICE OF HEARING AND REVIEW OF SAME, DEBTOR SUPPLEMENTAL DECLARATION AND REVIEW OF SAME, NOTICE OF ADJOURNMENT AND REVIEW OF SAME |
| 1/28/2022 | KOZLOWSKI, DAVID | $ 3,842.50 | $ 725.00 | 5.3 | Telephone call with internal team re research; review Development material re same; telephone calls with Debtor's counsel re status; telephone conference with clients and professionals re status and strategy; research for argument. |
| 1/30/2022 | KOZLOWSKI, DAVID | $ 1,595.00 | $ 725.00 | 2.2 | Review and comment on Debtor's draft response; correspondence re same. |
| 1/30/2022 | SCHARF, Y. DAVID | $ 625.00 | $ 1,250.00 | 0.5 | EMAILS WITH J MOLDOVAN RE: REVISED PROPOSED ORDER AND REVIEW OF SAME |
| 1/30/2022 | MOLDOVAN, JOSEPH T. | $ 2,847.00 | $ 1,095.00 | 2.6 | review draft plan; review development motion and proposed order; tc debtor's counsel. |
| 1/31/2022 | KNOX, TUKISHA | $ 176.00 | $ 440.00 | 0.4 | Review docket, download and circulate Development's Amended Proposed Order |
| 1/31/2022 | KNOX, TUKISHA | $ 132.00 | $ 440.00 | 0.3 | Review docket, download and circulate. |
| 1/31/2022 | SICONOLFI, SALLY | $ 287.50 | $ 575.00 | 0.5 | Talk to DK re reseach results and hearing prep |
| 1/31/2022 | SICONOLFI, SALLY | $ 1,610.00 | $ 575.00 | 2.8 | Revise memo on research; analysis of further research |
| 1/31/2022 | SCHARF, Y. DAVID | $ 2,875.00 | $ 1,250.00 | 2.3 | PLAN AND CASE CONFERENCE CALL; ATTENTION TO EMAILS; REVIEW FILINGS; FOLLOW-UP WITH J MOLDOVAN; CALL WITH CLIENT RE: ▮ |
| 1/31/2022 | KOZLOWSKI, DAVID | $ 2,537.50 | $ 725.00 | 3.5 | Prepare for and participate in call with client and internal team; telephone call with S. Siconolfi re research and results. |
| 1/31/2022 | MOLDOVAN, JOSEPH T. | $ 5,365.50 | $ 1,095.00 | 4.9 | oc with DK, H. Rosenblat re Rider plan review; conf with team and clients re same; review debtor's revised draft plan and provide comments. |
| 1/31/2022 | KOZLOWSKI, DAVID | $ 2,247.50 | $ 725.00 | 3.1 | Review, revise, and comment on draft Plan; Plan page turn with J. Moldovan and H. Rosenblat. |
| 1/31/2022 | ROSENBLAT, HEATH D. | $ 1,800.00 | $ 750.00 | 2.4 | Review of amended plan; conference call with J. Moldovan and D. Kozlowski regarding plan and edits/comments to same. |
| 1/31/2022 | THOMPSON, LATISHA V. | $ 942.50 | $ 725.00 | 1.3 | Legal research re: ▮ ; contact with J. Moldovan re:same |
| 2/1/2022 | MOLDOVAN, JOSEPH T. | $ 7,555.50 | $ 1,095.00 | 6.9 | court appearance; post call with clients; ocs debtor's counsel re plan process; rs re voluntary payment doctrine; oc team re same |
| 2/1/2022 | KNOX, TUKISHA | $ 132.00 | $ 440.00 | 0.3 | Circulation of the Transcript from 1.21.22 Status Conference |

| Date | Name | Amount | Rate | Hours | Description |
|---|---|---|---|---|---|
| 2/1/2022 | ROSENBLAT, HEATH D. | $ 4,575.00 | $ 750.00 | 6.1 | Monitor Bankruptcy Court hearing; follow-up conference calls with J. Moldovan, D. Scharf, L. Thompson, D. Kozlowski, client, and others regarding hering and next steps ; e-mails to/from team reagarding voluntary payment doctrine and other matters ; review of research and case materials;; telephone calls to/from J. Moldovan regarding supplement reponse issues; conference call with J. Moldovan and D. Kozlowski regarding plan and supplement response issues. |
| 2/1/2022 | SCHARF, Y. DAVID | $ 1,875.00 | $ 1,250.00 | 1.5 | ATTEND COURT APPEARANCE; EMAILS WITH J MOLDOVAN RE: PROPOSED EMAIL TO CLIENTS AND REVIEW AND COMMENT ON SAME |
| 2/1/2022 | KOZLOWSKI, DAVID | $ 7,467.50 | $ 725.00 | 10.3 | Prepare for and attend hearing; telephone call with professionals and clients re same; review and comment on draft Plan; draft response to Development's Supplement; telephone calls and correspondence with internal team and Debtor's counsel re case and strategy. |
| 2/2/2022 | KNOX, TUKISHA | $ 220.00 | $ 440.00 | 0.5 | Review transcripts for team. |
| 2/2/2022 | MOLDOVAN, JOSEPH T. | $ 6,679.50 | $ 1,095.00 | 6.1 | call w clients re open matters; plan issues and proviisions ; analysis of voluntary payment doctrine, review material re same, email from Spelfogel re DIp |
| 2/2/2022 | SCHARF, Y. DAVID | $ 625.00 | $ 1,250.00 | 0.5 | CONFERENCE CALL RE: ATTORNEYS FEES |
| 2/2/2022 | ROSENBLAT, HEATH D. | $ 4,950.00 | $ 750.00 | 6.6 | Draft, review, and revise voluntary doctrine response and review of case materials regarding same; e-mails to/from team and client regarding open items; conference call with client and team and follow-up with team regarding case matters and next steps; review and revise response and review case materials per team/client call. |
| 2/2/2022 | KOZLOWSKI, DAVID | $ 5,292.50 | $ 725.00 | 7.3 | Research for and draft response to Development's Supplement; review fee correspondence; telephone call with Debtor's counsel re Plan, voting, and fees; internal calls re same. |
| 2/2/2022 | THOMPSON, LATISHA V. | $ 1,740.00 | $ 725.00 | 2.4 | Call with J. Moldovan re: response to motion; Meeting with client and J. Moldovan; research; review and respond to email |
| 2/3/2022 | KNOX, TUKISHA | $ 132.00 | $ 440.00 | 0.3 | Admin matters in connection with Transcript from 2.1.22 Status Conference |
| 2/3/2022 | KOZLOWSKI, DAVID | $ 3,262.50 | $ 725.00 | 4.5 | Research and draft response to Development's Supplement; telephone calls with J. Moldovan and H. Rosenblat re strategy; review and comment on Debtor's draft response. |
| 2/3/2022 | ROSENBLAT, HEATH D. | $ 2,550.00 | $ 750.00 | 3.4 | Review and revise response Payment Doctrine insert (.4); conference call with J. Moldovan and D. Kozlowski regarding response (.4); draft, review, and revise response (2.6). |
| 2/3/2022 | MOLDOVAN, JOSEPH T. | $ 5,803.50 | $ 1,095.00 | 5.3 | review revixe reply to supplement; oc team re same |
| 2/4/2022 | MOLDOVAN, JOSEPH T. | $ 7,555.50 | $ 1,095.00 | 6.9 | review revise reply to supplement; zoom w client re same; call w debtor's counsel re same; review rosewood response, ust response, debtor response; discusions w clients and team re same throughout day. |
| 2/4/2022 | KNOX, TUKISHA | $ 352.00 | $ 440.00 | 0.8 | Filed Be-Aviv Response to Supplement to Development's Motion, coordinate service on all parties |
| 2/4/2022 | KNOX, TUKISHA | $ 220.00 | $ 440.00 | 0.5 | Prepare and File COS of Be-Aviv Response to Supplement to Development's Motion |
| 2/4/2022 | KNOX, TUKISHA | $ 264.00 | $ 440.00 | 0.6 | Download and circulate Be-Aviv, Debtor, and UST Response to Supplement to Development's Motion, |
| 2/4/2022 | ROSENBLAT, HEATH D. | $ 5,775.00 | $ 750.00 | 7.7 | Review and revise response to supplement and finalize same for filing); conference calls with J. Moldovan and D. Kozlowski regarding response; e-mails and conference call with G. Peleg, E. Epstein, B. Harlev, J. Moldovan, and D. Kozlowski regarding ███████████████████████ ; review of transcripts and other case materials for cites in response. |
| 2/4/2022 | KOZLOWSKI, DAVID | $ 5,727.50 | $ 725.00 | 7.9 | Review and revise response; finalize and coordinate filing of the same; telephone calls and emails re ballot; calls with client, internal team, and counsel to Debtor re response, ballots, and plan. |
| 2/4/2022 | SCHARF, Y. DAVID | $ 500.00 | $ 1,250.00 | 0.4 | EMAILS WITH J MOLDOVAN RE: DRAFT REPLY; EMAILS WITH B HARLEV RE: ███████████████████████ EMAILS WITH D KOZLOWSKI RE: DRAFT REPLT AND REVIEW OF SAME; EMAILS WITH TEAM RE: FILED PLEADINGS AND REVIEW OF SAME |
| 2/6/2022 | KOZLOWSKI, DAVID | $ 507.50 | $ 725.00 | 0.7 | Review responses by US Trustee and Debtor. |
| 2/7/2022 | KNOX, TUKISHA | $ 176.00 | $ 440.00 | 0.4 | Internal discussion on status of case, upcoming hearings, transcript and deadlines |
| 2/7/2022 | KOZLOWSKI, DAVID | $ 507.50 | $ 725.00 | 0.7 | Internal meeting re status and strategy; review Rosewood response to Development motion; correspondence with Debtor's counsel. |
| 2/8/2022 | MOLDOVAN, JOSEPH T. | $ 2,409.00 | $ 1,095.00 | 2.2 | all hands call - Update; review omnibus response by development in surhter support of motion to confirm disputed payoff amount, satisfaction of dip loan, and related relief; oc team re same. |
| 2/8/2022 | ROSENBLAT, HEATH D. | $ 3,600.00 | $ 750.00 | 4.8 | Review of Development reply, authority cited in reply, and other case materials and draft outline of counterpoints; e-mails to/from J. Moldovan, D. Kozlowski regarding same. |

| Date | Name | Amount | Rate | Hours | Description |
|---|---|---|---|---|---|
| 2/8/2022 | KNOX, TUKISHA | $ 352.00 | $ 440.00 | 0.8 | Review docket, download and circulate Development's Omnibus Response to Objections to Payoff Motions |
| 2/8/2022 | KOZLOWSKI, DAVID | $ 2,247.50 | $ 725.00 | 3.1 | Telephone call with clients re ▮▮▮▮▮; review updated plan; telephone calls with Debtor's counsel and J. Moldovan; review and comment on omnibus response from Development. |
| 2/8/2022 | SCHARF, Y. DAVID | $ 625.00 | $ 1,250.00 | 0.5 | BK UPDATE CALL; EMAILS WITH TEAM RE: DEVELOPMENT'S OMNIBUS RESPONSE AND REVIEW OF SAME |
| 2/9/2022 | KNOX, TUKISHA | $ 220.00 | $ 440.00 | 0.5 | Coordinated releveant filings in preparation for Payoff Motion on 2.10.22 |
| 2/9/2022 | KOZLOWSKI, DAVID | $ 2,755.00 | $ 725.00 | 3.8 | Prepare for hearing; telephone call with Debtor's counsel and internal team re same; review and comment on newly filed motion to dismiss. |
| 2/9/2022 | ROSENBLAT, HEATH D. | $ 1,425.00 | $ 750.00 | 1.9 | Further review of Development reply and outline and discuss same with J. Moldovan; conference call with J. Moldovan, D. Kozlowski, and F. Ringel regarding reply and hearing matters; conference call with G. Peleg, B. Harlev, E. Eyal, J. Moldovan, and D. Kozlowski regarding ▮▮▮▮▮. |
| 2/9/2022 | SCHARF, Y. DAVID | $ 1,250.00 | $ 1,250.00 | 1 | PREP FOR HEARING; ATTEND HEARING; FOLLOW-UP |
| 2/9/2022 | MOLDOVAN, JOSEPH T. | $ 3,613.50 | $ 1,095.00 | 3.3 | prep for hearing; review cases and analysis; oc team re same. |
| 2/10/2022 | KOZLOWSKI, DAVID | $ 4,712.50 | $ 725.00 | 6.5 | Prepare for hearing and conference with J. Moldovan and F. Ringel; attend hearing and multiple adjournments; calls with client and professionals re same; correspondence re potential appeal from the ruling on various grounds. |
| 2/10/2022 | ROSENBLAT, HEATH D. | $ 3,825.00 | $ 750.00 | 5.1 | Participate in Supplement hearing and related virtual break-out sessions. |
| 2/10/2022 | KNOX, TUKISHA | $ 220.00 | $ 440.00 | 0.5 | Download and circulate recent filings |
| 2/10/2022 | THOMPSON, LATISHA V. | $ 725.00 | $ 725.00 | 1 | Attention to hearing and information request; call with client |
| 2/10/2022 | SCHARF, Y. DAVID | $ 5,000.00 | $ 1,250.00 | 4 | ATTEND COURT APPEARANCE; FOLLOW-UP EMAILS AND CALLS; EMAILS WITH TEAM RE: RENEWED MOTION TO DISMISS BK CASE AND FIRST AMENDED STIPULATIONS CONCERNING TREATMENTS AND REVIEW OF SAME |
| 2/10/2022 | MOLDOVAN, JOSEPH T. | $ 5,913.00 | $ 1,095.00 | 5.4 | review Development's new motion to dismiss; prep for and hearing re development payoff motion; post hearing discussion w client and team |
| **Fees from 1/10/22 to 2/10/22:** | | **$ 351,024.50** | | **416.5** | |

**Expenses**

**(Exhibit C – January 10, 2022 through February 10, 2022)**

| Service/Vendor | Amount |
|---|---:|
| Printing | $23.46 |
| LexisNexis | $206.04 |
| Employee Overtime | $70.03 |
| CourtSolutions | $560.00 |
| CourtAlert.com | $13.06 |
| Transcript | $957.27 |
| Miscellaneous | $50.00 |
| **TOTAL** | **$1,879.86** |