UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                    Chapter 11

**286 RIDER AVE ACQUISITION LLC,**                     Case No: 21-11298 (LGB)

                                               Debtor.
-----------------------------------------------------------X

ORDER AUTHORIZING ROBINSON
BROG LEINWAND GREENE GENOVESE & GLUCK
P.C. AND LEE E. BUCHWALD TO REDACT CERTAIN TIME
RECORDS/INVOICES IN CONNECTION WITH THEIR RESPECTIVE
FEE APPLICATION AND MOTION FOR ADMINISTRATIVE EXPENSE
CLAIM AND FILE SUCH UNREDACTED TIME ENTRIES UNDER SEAL

This matter having come before the Court on the *ex parte* application, dated March 18, 2022 ("Application") of Robinson Brog Leinwand Greene Genovese & Gluck P.C. ("Robinson Brog") and Lee E. Buchwald ("Buchwald," and together with Robinson Brog, "Applicants"), seeking entry of an order, pursuant to sections 105 of the Bankruptcy Code and applicable state law, authorizing Applicants to redact certain time records/invoices in connection with their respective final fee application and motion for allowance and payment of administrative expense claim and file under seal the unredacted records that the Applicants assert constitute privileged information under the attorney-client or common-interest privilege (collectively, "Privileged Communications"); and this Court having jurisdiction over the Application and the relief requested therein under 28 U.S.C. §§ 157 and 1334; and venue being proper in this District under 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding

under 28 U.S.C. § 157(b); and it appearing that no further notice of this Order need be given; and after due deliberation; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. Robinson Brog is authorized to redact Privileged Communications in connection with its final fee application and file same under seal.

3. Buchwald is authorized to redact Privileged Communication in connection with his motion for allowance and payment of administrative expense claim and file same under seal.

4. Except upon further order of the Court, the Privileged Communications shall remain under seal and shall not be made available to any other person or party without the express written consent of the Debtor, Robinson Brog, and Buchwald, except that copies of Robinson Brog's unredacted final fee application and Buchwald's unredacted motion for allowance and payment of administrative expense claim shall be provided to (a) the Court, (b) the United States Trustee, and (c) the Debtor. The United States Trustee shall not disclose or otherwise disseminate any unredacted information in either Robinson Brog's final fee application or Buchwald's motion for allowance and payment of administrative expense claim to any other person or party without the express written consent of the Debtor, Robinson Brog, and Buchwald

5.      This Court shall retain exclusive jurisdiction to hear and determine any disputes related to or arising from the implementation, interpretation, and enforcement of this Order.

Dated: <u>March 21, 2022</u>
New York, New York

/s/ Lisa G. Beckerman
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE