**Hearing Date: March 24, 2022 at 10am ET**
**Objection Deadline: During Argument at the Hearing**

**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq.
Heath D. Rosenblat, Esq.
David J. Kozlowski, Esq.

*Attorneys for Be-Aviv 286 Rider LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> **286 RIDER AVE ACQUISITION LLC,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 21-11298 (LGB) |

**NOTICE OF EMERGENCY MOTION IN ACCORDANCE WITH COURT'S DIRECTION PURSUANT TO 11 U.S.C. § 105 TO COMPEL 286 RIDER AVE DEVELOPMENT LLC TO AMEND STATE COURT PLEADINGS AND ENJOIN STATE COURT FROM PROCEEEDING**

**PLEASE TAKE NOTICE** that, on March 23, 2022, Be-Aviv 286 Rider LLC ("**Lender**") filed the following *Emergency Motion in Accordance with Court's Direction Pursuant to U.S.C. § 105 To Compel 286 Rider Ave Development LLC to Amend State Court Pleading and Enjoin State Court From Proceeding* ("**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing ("**Hearing**") on the Motion will be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 601, New York, New York 10004 ("**Bankruptcy Court**"), on **March 24, 2022, at 10 am ET**.

#11113497 v1/ 029200.5

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted telephonically and parties wishing to attend and/or participate in the Hearing may do so by registering with Court Solutions at www.court-solutions.com. Instructions for registering with Court Solutions are attached to General Order M-543.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion will be argued at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time-to-time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

| | |
|---|---|
| Dated: New York, New York<br>March 23, 2022 | **MORRISON COHEN LLP**<br><br>By: /s/ Joseph T. Moldovan<br>　　Joseph T. Moldovan, Esq.<br>　　Heath D. Rosenblat, Esq.<br>　　David J. Kozlowski, Esq.<br><br>909 Third Avenue<br>New York, New York 10022<br>(212) 735-8600<br>jmoldovan@morrisoncohen.com<br>hrosenblat@morrisoncohen.com<br>dkozlowski@morrisoncohen.com<br><br>*Attorneys for Be-Aviv 286 Rider LLC* |

#11113497 v1/ 029200.5