MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq.
Heath D. Rosenblat, Esq.
David J. Kozlowski, Esq.

*Attorneys for Be-Aviv 286 Rider LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**286 RIDER AVE ACQUISITION LLC,**<br><br>Debtor. | **Chapter 11**<br><br>Case No. 21-11298 (LGB) |

## CERTIFICATE OF SERVICE

I, Tukisha Knox, depose and say that I am employed by Morrison Cohen LLC, counsel to Be-Aviv 286 Rider LLC in the above-captioned case.

On March 23, 2022, I served true and correct copies of Be-Aviv's Emergency Motion in Accordance with Court's Direction Pursuant to U.S.C. § 105 To Compel 286 Rider Ave Development LLC to Amend State Court Pleading and Enjoin State Court From Proceeding with Exhibit A and Notice of Motion [Docket No. 358] via email upon: jason.nagi@offitkurman.com, Jkuhns@offitkurman.com, fbr@robinsonbrog.com, se@robinsonbrog.com, ls@robinsonbrog.com, leo@yakubovlaw.com, cy@robinsonbrog.com, grimlawyers@aol.com, greg.zipes@usdoj.gov, blederman@dagll.com, dspelfogel@mayerbrown.com, leisenberg@mayerbrown.com, skschlein@gmail.com, pryor@pryorlaw.com

| | |
|---|---|
| Dated: New York, New York<br>March 23, 2022 | /s/ *Tukisha Knox*<br>Tukisha Knox<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, New York 10022<br>(212) 735-8600 |

#11099607 v1 \029220 \0005