UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

                                             Chapter 11

286 Rider Ave Acquisition LLC,

                                             Case No.  21-11298-lgb

                      Debtor.

------------------------------------------------------X

**ORDER GRANTING MOTION TO SHORTEN NOTICE OF MOTION FOR
EXPEDITED RELIEF FROM AUTOMATIC STAY PURSUANT TO
11 U.S.C. §§ 362(D) AND 105 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE
4001(A)(1) TO PRESERVE VALUE OF REAL PROPERTY AND ENTITLEMENT
TO TAX ABATEMENT AT 286 RIDER AVENUE, BRONX, NEW YORK BY
286 RIDER AVE DEVELOPMENT LLC, TOBY MOSKOVITS
AND YECHIAL MICHAEL LICHTENSTEIN**

Upon consideration of the *Motion of 286 Rider Ave Development LLC for Entry of an Order Motion to Shorten Notice on the Motion for Expedited Relief from Automatic Stay Pursuant to 11 U.S.C. §§ 362(d) and 105 and Federal Rule of Bankruptcy Procedure 4001(a)(1) to Preserve Value of Real Property and Entitlement to Tax Abatement at 286 Rider Avenue, Bronx, New York by 286 Rider Ave Development LLC, Toby Moskovits and Yechial Michael Lichtenstein* (the "**Motion**"); and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(b)(2) and 1334; and consideration of the Motion, the relief requested therein, and the responses thereto being a core proceeding in accordance with 28 U.S.C. § 157(b); and the Motion having been discussed on the record at hearings involving all of the interested parties on March 23, 2022, March 24, 2022, and March 25, 2022; and upon the record of the hearings, and all other pleadings and proceedings in these cases, including the Motion; and it appearing that the relief requested in the Motion is in the best interests of the stakeholders; and it further appearing that the relief requested in the Motion is

based upon good and sufficient business reasons; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.  A hearing on the *Expedited Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §§ 362(d) and 105 and Federal Rule of Bankruptcy Procedure 4001(a)(1) to Preserve Value of Real Property and Entitlement to Tax Abatement at 286 Rider Avenue, Bronx, New York by 286 Rider Ave Development LLC, Toby Moskovits and Yechial Michael Lichtenstein* [ECF No. 350 (the "**Emergency Motion**") shall be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York through CourtSolutions to consider the Expedited Motion on **April 4, 2022 at 10:00 a.m.**, or as soon thereafter as counsel can be heard.

2.  Any objections to the Emergency Motion must be served upon **Offit Kurman, P.A., attorneys for the Movants, 590 Madison Avenue, 6th Floor, New York, New York 10022, Attn: Jason A. Nagi, Esq. and Joyce A. Kuhns, Esq.; and the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Greg Zipes, Esq.** with a courtesy copy to Chambers, so that they are received on or before March 31, 2022 at 12:00 p.m.

3.  Service of a copy of this Order and the Emergency Motion by email upon (i) the United States Trustee and (ii) all interested parties and their counsel shall be deemed good and sufficient service and notice of the Emergency Motion and the relief sought therein.

4.  This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this order.

Dated: March 25, 2022

      /s/ Lisa G. Beckerman
**THE HONORABLE LISA G. BECKERMAN,
UNITED STATES BANKRUPTCY JUDGE**

2