**Hearing Date & Time: March 29, 2022 (Eastern Time)**
**Response Deadline: 3/28/22 at 12:00 p.m. (Eastern Time)**

**D'Agostino, Levine, Landesman, Lederman**
**& Rivera, LLP**
**345 Seventh Avenue**
**23rd Floor**
**New York, New York 10001**
**Tel: (212) 564-9800**
**Fax: (646) 224-7246**
**blederman@dlpartnerslaw.com**

*Attorneys for 286 Rider Associates LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| **286 Rider Ave Acquisition LLC** | Case No. 21-11298 (LGB) |
| Debtor. | |

**JOINDER BY 286 RIDER ASSOCIATES LLC TO OMNIBUS OBJECTION TO (I) TIME AND EXPENSE RECORDS FOR BE-AVIV 286 RIDER LLC AS DIRECTED BY COURT ORDER DATED MARCH 3, 2022; AND (II) MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM & *(III) MOTION FOR FINAL COMPENDATION OF ROBINSON BROG***

286 Rider Associates LLC ("Associates"), by and through its undersigned counsel D'Agostino, Levine, Landesman, Lederman & Rivera, LLP hereby joins 286 Rider Ave Development LLC's ("Development") *Omnibus Objection to the (I) Fees Asserted By Be-Aviv, and (II)*, *Lee E. Buchwald's Motion for Allowance and Payment of Administrative Expense Claim* (the "Objection") and Development's objection to Motion for Final Compensation of Robinson Brog, objects to the fee claims asserted for the reasons detailed in Development's Objections, and

1

respectfully requests that the Court not approve such fees, and grant such other and further relief as is just and proper.

Dated: March 28, 2022
      New York, New York

Respectfully submitted,

By: /s/
Bruce Lederman, Esq.

**D'Agostino, Levine, Landesman, Lederman & Rivera, LLP**
**345 Seventh Avenue**
**23rd Floor**
**New York, New York 10001**
**Tel: (212) 564-9800**
**Fax: (646) 224-7246**
**blederman@dlpartnerslaw.com**

*Attorneys for 286 Rider* Associates LLC

746978275.2