UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

                                       Chapter 11

286 Rider Ave Acquisition LLC,

                                       Case No.  21-11298-lgb

                        Debtor.
------------------------------------------------------X

## ORDER DENYING PROOF OF ADMINISTRATIVE EXPENSE CLAIM AND REQUEST FOR PAYMENT FILED BY ROSEWOOD REALTY GROUP

Upon consideration of the Proof of Administrative Expense Claim and Request for Payment filed by Rosewood Realty Group [ECF No. 322], filed March 4, 2022 (the "Motion"), the objection filed to the Motion [ECF No. 343], the reply filed in support of the Motion [ECF No. 363]; and hearing having been held on the Motion on March 29, 2022; It is hereby ORDERED as follows:

1. For the reasons set forth on the record of the hearing, the Motion is DENIED.

Dated: March 31st, 2021                         **/s/ Lisa G. Beckerman**
                                                                 **THE HONORABLE LISA G. BECKERMAN,**
                                                                  **UNITED STATES BANKRUPTCY JUDGE**

4888-0366-3897,