UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                               Chapter 11

**286 RIDER AVE ACQUISITION LLC,**                    Case No: 21-11298-lgb

                                   Debtor.
-----------------------------------------------------------X

SUPPLEMENT TO
MOTION FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

DATED:   New York, New York
             April 1, 2022

                                                          **ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
*Attorneys for the Debtor and Debtor in Possession*
875 Third Avenue
New York, New York 10022
Tel. No.: (212) 603-6300



Webster Lock and Hardware
2471 Webster Avenue
Bronx, NY 10458

**Date Created:** 03/10/2022 1:53 PM          **SERVICE TICKET**    **W-0147072**

## Customer

| | | | |
|---|---|---|---|
| **Name:** | COD customer | **Contact:** | COD |
| **Site Address:** | 286 Rider Ave | | |
| | 286 Rider Ave | | |
| | bronx, ny | | |

## Problem

**Locksmith Other Request Read Description**                                    Done
SEE SAMANTHA FOR MATERIAL

VACANT

Warehouse

open and replace 4 padlock and hockey puck locks

Lee E. Buchwald
347-899-1477
Tel: (212) 970-1040

## Work Done

| | |
|---|---|
| **Repair Category:** | Service Call Completed |
| **Description:** | opened by drill 3 pad locks, one ilco mortise cylinder, furnished and installed, two hockey puc pad locks one 702 pad lock. |

## Invoice

**Amount:**          $332.07

## Attachments

**03/11/2022**  |  Signature  |  Service Ticket Signature Mar 11, 2022 2:51 PM

All work is guaranteed for 90 days from the date of the installation (warranty does not cover vandalism and acts of nature). Guaranteed work will be honored during normal business hours MON-FRI between the hours of 9am-5pm, otherwise customer will be charged a service call fee. All materials are property of Webster Lock until paid in full. No refunds or returns on special orders. All claims and returned goods must be accompanied by this bill. The customer understands they are liable for any legal or collection fees as well as interest if this bill has not been paid in the allotted time. The customer accepts these terms and conditions and take full responsibility for the above.

# Webster Lock & Hardware Co., Inc.  # Invoice

**2471 Webster Avenue**
**Bronx NY 10458**
**718-733-2200**

| | |
|---|---|
| Invoice # | S147661 |
| Date | 3/18/2022 |

**PAID 03/18/2022**

**Bill To:**

Lee E. Buchwald
286 Rider Ave
Bronx, NY 10451

**Location:**

286 Rider Ave
Bronx, NY

| P.O. No. | Terms | Due Date | Technician | Service Date | Ship Via |
|---|---|---|---|---|---|
| | | 3/18/2022 | 3J | 3/18/2022 | Our Truck |

| Qty | Description | Unit Price | Amount |
|---|---|---|---|
| 1<br>2<br>1<br>1 | Service Call<br><br>Throughout warehouse<br>Our servicemen open 3 Padlocks<br><br>Supplied and Installed<br>Mul-t-lock long shackle padlocks<br>Mul-t-lock hockey puck padlock | 465.00 | 465.00 |

Family Owned & Operated For 65 Years

**Thank You For Your Business**

| | |
|---|---|
| Subtotal | $465.00 |
| Sales Tax (8.875%) | $41.27 |
| Total | $506.27 |
| **Balance Due** | **$0.00** |

# Webster Lock & Hardware Co., Inc.

**Invoice**

2471 Webster Avenue
Bronx NY 10458
718-733-2200

| Invoice # | S147775 |
|---|---|
| Date | 3/18/2022 |

**PAID 03/18/2022**

**Bill To:**

Lee E. Buchwald
286 Rider Ave
Bronx, NY 10451

**Location:**

286 Rider Ave
Bronx, NY

| P.O. No. | Terms | Due Date | Technician | Service Date | Ship Via |
|---|---|---|---|---|---|
|  |  | 3/18/2022 | 3J | 3/18/2022 | Our Truck |

| Qty | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Service Call<br><br>Throughout Warehouse<br>Supplied and Installed<br>Mul-t-lock hockey puck padlock | 135.00 | 135.00 |

**Family Owned & Operated For 65 Years**

**Thank You For Your Business**

| | |
|---|---|
| Subtotal | $135.00 |
| Sales Tax (8.875%) | $11.98 |
| Total | $146.98 |
| **Balance Due** | $0.00 |