# EXHIBIT A

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

---------------------------------------------------------------

| | | |
|---|---|---|
| HERITAGE 875 4TH AVENUE LLC, HERITAGE 286 RIDER AVE LLC, 875 4TH AVENUE ACQUISITION LLC, 286 RIDER AVENUE ACQUISITION LLC, TOBY MOSKOVITS and MICHAEL LICHTENSTEIN, | : : : : : : | Index No.: 452010/2021 |
| Plaintiffs, | : : : | **STIPULATION OF DISONTINUANCE WITH PREJUDICE ON BEHALF OF PLAINTIFF 286 RIDER AVE ACQUISITION LLC** |
| -against- | : : | |
| AVIV ARAVA MANAGEMENT, LLC, BE-AVIV 4TH AVENUE MORTGAGE LENDER, LLC, BE-AVIV 286 RIDER LLC, BE-AVIV 4TH AVENUE LENDER LLC, BEN HARLEV and EYAL EPSTEIN, | : : : : : : | |
| Defendants. | : | |

---------------------------------------------------------------

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff 286 Rider Ave Acquisition LLC, as Borrower ("Plaintiff Acquisition") and Defendants, pursuant to CPLR Rule 3217, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued by Plaintiff Acquisition only, with prejudice, without interest, costs, or disbursements to any party as against any other party. A copy of this stipulation may be submitted to the Court to be so ordered and filed with the Clerk of the Court New York County.

[*Text Continued On Next Page*]

#11126057 v1 \029220 \0005

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in any number of counterparts by either an original signature or signature transmitted by facsimile or email transmission, or similar process, and each copy so executed shall be deemed to be an original and all copies so executed shall constitute one and the same agreement.

| **Morrison Cohen LLP** | **Robinson Brog Leinwand Greene Genovese & Gluck P.C.** |
|---|---|
| By: _____ <br> Latisha V. Thompson <br> 909 Third Avenue <br> New York, NY 100022 <br> 212-735-8600 | By: _____ <br> Fred B. Ringel <br> 875 Third Avenue, 9th Floor <br> New York, NY 10022 <br> 212-603-6301 |
| *Counsel for Defendants* | *Counsel for Plaintiff* <br> *286 Rider Ave Acquisition LLC,* <br> *Debtor and Debtor-in-Possession* |
| Dated: April \_\_\_, 2022 | Dated: April \_\_\_, 2022 |

**SO ORDERED:**

_____
J.S.C.