UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:    Chapter 11

**286 RIDER AVE ACQUISITION LLC,**    Case No: 21-11298-lgb

                        Debtor.
-------------------------------------------------------------X

ORDER SHORTENING NOTICE ON
MOTION TO APPROVE STIPULATION OF DISMISSAL AND
DISCONTINUANCE WITH PREJUDICE PURSUANT TO FED. R. BANKR. P. 9019(a)

**UPON** the request ("Motion") of 286 Rider Ave Acquisition LLC, the debtor and debtor in possession ("Debtor") in the above-referenced chapter 11 case for entry of an order shortening the notice period for scheduling a hearing on the Motion to Approve Stipulation of Dismissal and Discontinuance With Prejudice Pursuant to Bankruptcy Rule 9019(a) ("9019 Motion"); and the Court having determined it has subject matter jurisdiction to consider the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference Regarding Title 11 (S.D.N.Y. Feb. 1, 2012) (Preska, C.J.); and the Court having determined that the relief requested constitutes a core proceeding under 28 U.S.C. § 157(b); and the Court having determined that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and no other or further notice of the Motion is required; and the Court having determined that the relief requested is in the best interests of the Debtor and its estate and creditors; and the Court having determined that under Bankruptcy Rule 9006(c)(1) the Debtor has established cause for the relief granted

{01145480.DOCX;1 }

herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. A hearing shall be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York to consider the Contempt Motion on April 14, 2022 at 4:30 p.m., or as soon thereafter as counsel can be heard ("Hearing").

2. Any objections to the 9019 Motion may be filed no later than 4:00 p.m. on April 13, 2022.

3. Service of a copy of this Order and the 9019 Motion by email upon (i) the United States Trustee, (ii) counsel to Be-Aviv, and (iii) counsel to 286 Rider Ave Development LLC shall be deemed good and sufficient service and notice of the Contempt Motion and the relief sought therein.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this order.

**DATED:** New York, New York
April 7th, 2022

/s/ Lisa G. Beckerman
**HONORABLE LISA G. BECKERMAN**
**UNITED STATES BANKRUPTCY JUDGE**

{01145480.DOCX;1 }