JS 44C/SDNY
REV.
10/01/2020

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
286 Rider Ave Development LLC, Toby Moskovits, Michael Lichtenstein
Appellant

**DEFENDANTS**
286 Rider Ave Acquisition LLC, Appellee
286 Rider Ave Lender LLC, Appellee

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Offit Kurman, P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
Attn: Jason A. Nagi, Esq

**ATTORNEYS (IF KNOWN)**
Robinson Brog Leinwand Greene Genovese & Gluck PC
875 Third Avenue, 9th Floor
New York, NY 10022
Attn: Fred B. Ringel, Esq

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 USC 158

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]   Judge Previously Assigned

If yes, was this case Vol.[ ] Invol.[ ] Dismissed. No [ ] Yes [ ]  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No [X]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)    NATURE OF SUIT

TORTS                                                                                                    ACTIONS UNDER STATUTES

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY<br>[ ] 367 HEALTHCARE/ | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | PHARMACEUTICAL PERSONAL<br>INJURY/PRODUCT LIABILITY | [ ] 625 DRUG RELATED<br>SEIZURE OF PROPERTY | [X] 422 APPEAL<br>28 USC 158 | [ ] 375 FALSE CLAIMS<br>[ ] 376 QUI TAM |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT<br>LIABILITY | [ ] 365 PERSONAL INJURY | 21 USC 881 | [ ] 423 WITHDRAWAL<br>28 USC 157 | [ ] 400 STATE<br>REAPPORTIONMENT |
| [ ] 130 MILLER ACT | [ ] 320 ASSAULT, LIBEL &<br>SLANDER | PRODUCT LIABILITY<br>[ ] 368 ASBESTOS PERSONAL | [ ] 690 OTHER | | [ ] 410 ANTITRUST |
| [ ] 140 NEGOTIABLE<br>INSTRUMENT | [ ] 330 FEDERAL<br>EMPLOYERS' | INJURY PRODUCT<br>LIABILITY | **PROPERTY RIGHTS** | | [ ] 430 BANKS & BANKING<br>[ ] 450 COMMERCE |
| [ ] 150 RECOVERY OF<br>OVERPAYMENT &<br>ENFORCEMENT<br>OF JUDGMENT | LIABILITY<br>[ ] 340 MARINE | **PERSONAL PROPERTY** | [ ] 820 COPYRIGHTS [ ] 880 DEFEND TRADE SECRETS ACT<br>[ ] 830 PATENT | | [ ] 460 DEPORTATION<br>[ ] 470 RACKETEER INFLU-<br>ENCED & CORRUPT<br>ORGANIZATION ACT |
| [ ] 151 MEDICARE ACT<br>[ ] 152 RECOVERY OF<br>DEFAULTED<br>STUDENT LOANS<br>(EXCL VETERANS) | [ ] 345 MARINE PRODUCT<br>LIABILITY<br>[ ] 350 MOTOR VEHICLE<br>[ ] 355 MOTOR VEHICLE<br>PRODUCT LIABILITY | [ ] 370 OTHER FRAUD<br>[ ] 371 TRUTH IN LENDING | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION<br>[ ] 840 TRADEMARK<br>**SOCIAL SECURITY** | | (RICO)<br>[ ] 480 CONSUMER CREDIT |
| [ ] 153 RECOVERY OF<br>OVERPAYMENT<br>OF VETERAN'S<br>BENEFITS | [ ] 360 OTHER PERSONAL<br>INJURY<br>[ ] 362 PERSONAL INJURY -<br>MED MALPRACTICE | [ ] 380 OTHER PERSONAL<br>PROPERTY DAMAGE<br>[ ] 385 PROPERTY DAMAGE<br>PRODUCT LIABILITY | **LABOR**<br>[ ] 710 FAIR LABOR<br>STANDARDS ACT | [ ] 861 HIA (1395ff)<br>[ ] 862 BLACK LUNG (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID TITLE XVI | [ ] 485 TELEPHONE CONSUMER<br>PROTECTION ACT<br>[ ] 490 CABLE/SATELLITE TV<br>[ ] 850 SECURITIES/ |
| [ ] 160 STOCKHOLDERS<br>SUITS | | | [ ] 720 LABOR/MGMT<br>RELATIONS | [ ] 865 RSI (405(g)) | COMMODITIES/<br>EXCHANGE |
| [ ] 190 OTHER<br>CONTRACT | | **PRISONER PETITIONS**<br>[ ] 463 ALIEN DETAINEE | [ ] 740 RAILWAY LABOR ACT | | [ ] 890 OTHER STATUTORY<br>ACTIONS |
| [ ] 195 CONTRACT<br>PRODUCT<br>LIABILITY | **ACTIONS UNDER STATUTES** | [ ] 510 MOTIONS TO<br>VACATE SENTENCE<br>28 USC 2255 | [ ] 751 FAMILY MEDICAL<br>LEAVE ACT (FMLA) | **FEDERAL TAX SUITS**<br>[ ] 870 TAXES (U.S. Plaintiff or | [ ] 891 AGRICULTURAL ACTS |
| [ ] 196 FRANCHISE | **CIVIL RIGHTS** | [ ] 530 HABEAS CORPUS<br>[ ] 535 DEATH PENALTY | [ ] 790 OTHER LABOR<br>LITIGATION | Defendant)<br>[ ] 871 IRS-THIRD PARTY | [ ] 893 ENVIRONMENTAL<br>MATTERS |
| | [ ] 440 OTHER CIVIL RIGHTS<br>(Non-Prisoner) | [ ] 540 MANDAMUS & OTHER | [ ] 791 EMPL RET INC<br>SECURITY ACT (ERISA) | 26 USC 7609 | [ ] 895 FREEDOM OF<br>INFORMATION ACT |
| **REAL PROPERTY** | [ ] 441 VOTING | | | | [ ] 896 ARBITRATION |
| [ ] 210 LAND<br>CONDEMNATION | [ ] 442 EMPLOYMENT<br>[ ] 443 HOUSING/ | **PRISONER CIVIL RIGHTS** | **IMMIGRATION** | | [ ] 899 ADMINISTRATIVE<br>PROCEDURE ACT/REVIEW OR |
| [ ] 220 FORECLOSURE<br>[ ] 230 RENT LEASE &<br>EJECTMENT | ACCOMMODATIONS<br>[ ] 445 AMERICANS WITH<br>DISABILITIES - | [ ] 550 CIVIL RIGHTS<br>[ ] 555 PRISON CONDITION<br>[ ] 560 CIVIL DETAINEE | [ ] 462 NATURALIZATION<br>APPLICATION<br>[ ] 465 OTHER IMMIGRATION | | APPEAL OF AGENCY DECISION<br>[ ] 950 CONSTITUTIONALITY OF |
| [ ] 240 TORTS TO LAND<br>[ ] 245 TORT PRODUCT<br>LIABILITY | EMPLOYMENT<br>[ ] 446 AMERICANS WITH<br>DISABILITIES -OTHER | CONDITIONS OF CONFINEMENT | ACTIONS | | STATE STATUTES |
| [ ] 290 ALL OTHER<br>REAL PROPERTY | [ ] 448 EDUCATION | | | | |

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $ 0    OTHER existing appeal   JUDGE Paul A. Engelmayor    DOCKET NUMBER 22-cv-2402

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)      **ORIGIN**

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from (Specify District)  ☐ 6 Multidistrict Litigation (Transferred)  ☐ 7 Appeal to District Judge from Magistrate Judge

☐ a. all parties represented
☐ b. At least one party is pro se.

☐ 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)      **BASIS OF JURISDICTION**      *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 FEDERAL QUESTION   ☐ 4 DIVERSITY
(U.S. NOT A PARTY)

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
286 Rider Ave Development LLC
679 Driggs Avenue
Brooklyn, New York 11211

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
123 5th Avenue
4th Floor
Attn: 286 Rider Ave Lender LLC
New York, NY 10003

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☒ MANHATTAN

DATE 4/8/22   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 12  Yr. 2000 )
RECEIPT #   Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)