

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Douglas E. Spelfogel**
Partner
T: +1 212 506 2151
DSpelfogel@mayerbrown.com

April 12, 2022

BY ECF & EMAIL

Judge Lisa G. Beckerman
USB Southern District of New York
One Bowling Green
New York, NY  10004-1408

Re:    **In re 286 Rider Ave Acquisition LLC**
       **Case No.  21-11298**

Dear Judge Beckerman,

We are counsel for 286 Rider Ave Development LLC ("Development").  Further to additional discussion, we have confirmed authorization to transmit the wires as provided for pursuant to the Order.  Development otherwise reserves all rights, including but not limited to with respect to the 9019 Motion, and other matters scheduled for hearing on April 14, 2022.

Respectfully submitted,

*/s/ Douglas E. Spelfogel*

Douglas E. Spelfogel

cc: Fred Ringel
    Joe Moldovan
    Jason Nagi
    Joyce Kuhns

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

746890385