UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                                    Chapter 11

**286 RIDER AVE ACQUISITION LLC,**                     Case No: 21-11298 (LGB)

                    Debtor.
----------------------------------------------------------X

## DECLARATION OF DISBURSEMENTS

    Lee E. Buchwald declares as follows

    1.    I am the independent manager of 286 Rider Ave Acquisition LLC, the debtor and debtor in possession herein ("Debtor").

    2.    I submit this declaration with respect to the Debtor's actual and anticipated disbursements through April 22, 2022, the anticipated "Effective Date" under the Order Pursuant to Section 1112(b) and 349 of the Bankruptcy Code Dismissing Chapter 11 Case (ECF Doc. 403).

    3.    For April 2022, the Debtor had actual disbursements from its debtor in possession account in the amount of $25.00.

    4.    For April 2022, the Debtor anticipates constructive disbursements on account of (a) legal fees owed to Robinson Brog :Leinwand Greene Genovese & Gluck; (b) legal fees owed to Morrison Cohen, LLP, and (c) management fees owed to Buchwald Capital Advisors LLC up to the aggregate amount of $953,298.60.

    5.    As of the date of this declaration, there is $3,669.37 in the Debtors' DIP account, of which $1,963.50 is owed to 286 Rider Ave Development

{01146632.DOC;2 }

LLC as a refund from the funds remaining after payments to RAND, the Debtor's structural engineer.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Dated: April 13, 2022
       New York, New York

                              286 Rider Ave Acquisition LLC

                              By: /s/ Lee E. Buchwald
                              Lee E. Buchwald
                              Manager