MAYER BROWN LLP
Douglas Spelfogel
Leah Eisenberg
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Special Counsel to 286 Rider Ave Development LLC*

OFFIT KURMAN, P.A.
Jason A. Nagi
590 Madison Avenue, 6th Floor
New York, NY 10022
Tel (212) 545-1900

and

Joyce A. Kuhns, Esq. (Admitted *Pro Hac Vice*)
300 East Lombard Street, Suite 2010
Baltimore, Maryland 21202
Tel (410) 209-6463

*Attorneys for 286 Rider Ave Development LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| **286 Rider Ave Acquisition LLC,** | Case No. 21-11298 (LGB) |
| Debtor. | |

**VERIFICATION OF PAYMENTS AND**
**NOTICE OF EFFECTIVE DATE OF DISMISSAL**

    286 Rider Ave Development LLC files the within notice of verification of completion of payments and actions and notice of effective date of dismissal as provided for in Paragraphs 1, 2, and 3 of Order of Dismissal and Related Relief [ECF No. 403], as amended; payment to Morrison Cohen of the amounts allowed in the Second MC Fee Order and the Third MC Fee Order; payment to Robinson Brog of the RB Additional Estimated Fees; and the payment to the Manger of the LB

747573748

Additional Estimated Fees, see attached wire confirmations of funds transmitted to the Professionals.

|  |  |
|---|---|
| Dated:  April 28, 2022<br>New York, New York | Respectfully submitted,<br><br>By:  */s/ Douglas Spelfogel*<br>Douglas Spelfogel<br>Leah Eisenberg<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 506-2500<br>Facsimile:  (212) 262-1910<br>Email: dspelfogel@mayerbrown.com<br>          leisenberg@mayerbrown.com<br><br>*Special Counsel to 286 Rider Ave Development LLC*<br><br>**OFFIT KURMAN, P.A.**<br><br>Jason A. Nagi<br>590 Madison Avenue, 6th Floor<br>New York, NY 10022<br>Tel (212) 545-1900<br>Email: jason.nagi@offitkurman.com<br><br>and<br><br>Joyce A. Kuhns, Esq. (Admitted *Pro Hac Vice*)<br>300 East Lombard Street, Suite 2010<br>Baltimore, Maryland 21202<br>Tel (410) 209-6463<br>Email: jkuhns@offitkurman.com<br><br>*Attorneys for 286 Rider Ave Development LLC* |

2

## **WIRE CONFIRMATIONS**

747573748

 **BANK OF AMERICA**             **Funds Transfer Request Authorization**

### Customer Information
| | | | |
|---|---|---|---|
| Name: | [redacted] | Address: | [redacted] |
| Phone: | [redacted] | | |

### Account Information
| | |
|---|---|
| Account: | BUS_[redacted] |
| Account Title: | [redacted] |
| Requester Name: | |

### Wire Information
| | | | |
|---|---|---|---|
| Wire Type: | DOMESTIC | Wire Date: | 04/28/2022 |
| Country: | US | Wire Amount (USD): | 331,929.42 |
| Currency of Recipient Account: | USD | | |
| Source: | IN PERSON | | |
| ID Verification/Type: | U.S. DRIVER'S LICENSE (WITH OR WITH | | |
| ID Verification/Type: | BANK OF AMERICA DEBIT CARD, ATM CAR | Wire Fee: | 0.00 |

### Recipient Information
| | | | |
|---|---|---|---|
| Recipient Name: | MORRISON COHEN, LLP | Bank Name: | [redacted] |
| Account Number Type: | ACCOUNT NUMBER | Bank ID: | |
| Account Number: | [redacted] | Address: | [redacted] |
| Address: | NEW YORK NEW YORK US | | |

### Information about payment:
| | | | |
|---|---|---|---|
| Purpose of Payment: | | Additional Phone Advice: | |
| Additional Reference Information: | [redacted] | Additional Bank Instructions: | |

### Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions herein (including debiting my account if applicable), and agree that such transfer of funds is subject to this Funds Transfer Agreement (see disclosure pages of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided by Bank of America at the time the wire is sent. Exchange rates are determined by Bank of America, N.A. in our sole discretion. You may be able to get a better exchange rate if you handle this transaction online instead of in the financial center. Please see the Funds Transfer Agreement for further information regarding our exchange rates. For a Consumer International wire: We rely on you, the customer, to inform us of the currency of the receiving account (denoted under 'Currency of Recipient Account') so that we may disclose the exchange rate for conversion in the wire process. If you chose to send USD rather than the foreign currency of the receiving account, we will honor your choice, however, we will not be able to provide exchange rate information. Additionally, so that we may provide required disclosures, you must remain in the financial center until we provide you the Remittance Transfer Receipt (RTR). If you leave prior to receiving the RTR, we will cancel the international remittance transfer.

Customer Signature _[signature]_      Date of Request 4/28/2022

**IMPORTANT: FOR EACH WIRE Indicate Method of Signature Verification: (must complete one of the below)**

| Not Applicable (check box if no signature verification is required) | Signature Card (check box if signature card was reviewed) | Business Resolution (check box if business resolution was reviewed) | Posted Check# (reference PRO for date guidelines) (complete field below) | Leader Exception Granted (leader must place their initials or signature in box below) |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | Check # _____ | Exception Reason: _____ |

**For Bank Use Only: Financial Center Information**

| | | | |
|---|---|---|---|
| Financial Center Name | NORTH 4TH AND BERRY | Date: | April 28, 2022 |
| Company #/Cost Center #: | [redacted] | Phone #: | 929-283-3653 |
| Initiating Associate Name: | UVAROV, DMITRIY | Remittance ID #: | KE7V37C97 |

Transfer Submitted                                                                                         close window

**Print this Page**

**Confirmation Number:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**Transfer Accounts**

    From: ▉▉▉▉▉▉▉▉▉▉

    To: Robinson Brog (Signature Bank of New York)

**Transfer Details**

**Send amount**

    Send amount: $19,826.10

    Additional fee: $30.00

**Transfer description**

**Transfer dates**

    Frequency: One time, immediately

    Delivery speed: Same Day

    Start on date: 04/27/2022

    Estimated delivery date: 04/27/2022
    Note: The receiving bank may make funds available later than this.

Transfer Submitted                                                                 close window

**Print this Page**

**Transfer status: In Process**
**Order Number:** ▇▇▇▇▇▇▇▇

## Transfer Accounts

From: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

To: Buchwald Capital Advisors LLC (Chase Bank)

## Transfer Details

### Send amount

Send amount: $8,200.00

Additional fee: $30.00

### Transfer description

### Transfer dates

Frequency: One time, immediately

Delivery speed: Same Day

Start on date: 04/27/2022

Estimated delivery date: 04/27/2022
**Note:** The receiving bank may make funds available later than this.