UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                        Chapter 11

286 Rider Ave Acquisition LLC,                                Case No. 21-11298-lgb

                                    Debtor.

---------------------------------------------------------X

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): 286 Rider Ave Development LLC, Toby Moskovits, Yechial Michael Lichtenstein

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe) Equity Holders

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Granting Allowance of Attorney's Fees and Expenses (Dkt. #443)

2. State the date on which the judgment, order, or decree was entered: April 27, 2022

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Be-Aviv 286 Rider LLC    Attorney: Joseph T. Moldovan
   Morrison Cohen LLP
   909 Third Avenue, 27th Fl.
   New York, NY 10022

2. Party: _____    Attorney:

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*/s/ Jason A. Nagi*

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: May 11, 2022

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Jason A. Nagi, Esq.
Offit Kurman, P.A.
590 Madison Avenue - 6th Floor, New York, NY 10022
Tel (212) 545-1900
Email: Jason.nagi@offitkurman.com