UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 286 Rider Ave Development LLC,<br><br>         Appellant<br><br>-v-<br><br>286 Rider Ave Acquisition LLC, Be-Aviv 286 Rider LLC<br><br>         Appellee. | Chapter 11<br><br>Case No. 22-cv-02402-PAE |

### WITHDRAWAL OF NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that counsel to 286 Rider Ave Development LLC ("**Appellant**") hereby withdraws the Notice of Appeal from Order (A) Approving Bid Procedures in Connection with the Sale of the Debtor's Real Property; (B) Approving Form and Manner of Notice of Sale, and (C) Scheduling Auction (Dkt. No. 1).

Dated: New York, New York
   May 19, 2022

                 **OFFIT KURMAN, P.A.**

                 By: /s/ Jason A. Nagi
                   Jason A. Nagi
                   590 Madison Avenue
                   New York, New York 10022
                   (212) 545-1900
                   Jason.nagi@offitkurman.com

                   and

The Clerk of the Court is respectfully directed to close this case. SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
5/24/22

                 Joyce A. Kuhns, Esq. (Pro Hac)
                 300 East Lombard Street, Suite 2010
                 Baltimore, Maryland 21202
                 (410) 209-6463
                 Jkuhns@offitkurman.com

                 *Attorneys for 286 Rider Ave Development LLC, Toby Moskovits and Yechial Michael Lichtenstein*