**OFFIT KURMAN, P.A.**
Jason A. Nagi, Esq.
590 Madison Avenue, 6th Floor
New York, NY 10022
Tel (212) 545-1900
Email: Jason.nagi@offitkurman.com

    and

Joyce A. Kuhns, Esq. (admitted pro hac)
300 East Lombard Street, Suite 2010
Baltimore, Maryland 21202
Tel (410) 209-6463
Email: Jkuhns@offitkurman.com

*Attorneys for 286 Rider Ave Development LLC, sole holder and on behalf of 286 Rider Ave Acquisition LLC*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

286 Rider Ave Acquisition LLC,

                Debtor.

---------------------------------------------------------X

Chapter 11

Case No.  21-11298-lgb

## NOTICE OF PAYMENT OF FINAL QUARTERLY FEES TO THE OFFICE OF THE U.S. TRUSTEE

    NOTICE IS HEREBY GIVEN, that final payment has been made of all quarterly fees to the Office of the U.S. Trustee as evidenced by the attached confirmation of payment via the government portal.

Dated: New York, New York
August 29, 2022

                    OFFIT KURMAN, P.A.

                    By: /s/ Jason A. Nagi
                    Jason A. Nagi, Esq.
                    590 Madison Avenue
                    New York, New York 10022
                    (212) 545-1900
                    Jason.nagi@offitkurman.com

                    and

                    Joyce A. Kuhns, Esq. (admitted pro hac)
                    300 East Lombard Street, Suite 2010
                    Baltimore, Maryland 21202
                    (410) 209-6463
                    Jkuhns@offitkurman.com

                    *Attorneys for 286 Rider Ave Development LLC, sole equity holder and on behalf of 286 Rider Ave Acquisition LLC*


## CERTIFICATE OF SERVICE

A copy of this Notice of Payment of Final Quarterly Fees to the Office of the U.S. Trustee as served on August 29, 202 via E-Mail upon the following:

Greg Zipes on behalf of United States Trustee - greg.zipes@usdoj.gov

                    /s/ Jason A. Nagi
                    Jason A. Nagi, Esq.